**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   GOL Linhas Aéreas Inteligentes S.A.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   N/A

4. **Debtor's address**

   **Principal place of business**

   Praça Comandante Linneu Gomes, S/N, Portaria 3
   Number    Street

   Jardim Aeroporto

   São Paulo           São Paulo   04626-020
   City                State       ZIP Code

   Brazil
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)

   https://www.voegol.com.br

Debtor __GOL Linhas Aéreas Inteligentes S.A._____ Case number *(if known)*_____
           Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  4  8  1  1 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  GOL Linhas Aéreas Inteligentes S.A.                              Case number (if known)_____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
           District _____  When _____  Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor     See Schedule 1                     Relationship  See Schedule 1
            District   Southern District of New York      When          Date Hereof
                                                                        MM / DD / YYYY
            Case number, if known   _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street
                              _____
                              _____    _____  _____
                              City                                State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

---

**Statistical and administrative information**

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **3**

Debtor  GOL Linhas Aéreas Inteligentes S.A.                         Case number (if known) _____
        Name

| 13. | **Debtor's estimation of available funds** | Check one:<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** (on a consolidated basis) | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☒ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated assets** (on a consolidated basis, based on estimated unaudited financial statements as of 12/2023) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** (on a consolidated basis, based on estimated unaudited financial statements as of 12/2023) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  01/25/2024<br><br>✗ /s/ Joseph W. Bliley                              Joseph W. Bliley<br>Signature of authorized representative of debtor        Printed name<br><br>Title  Authorized Signatory |
|---|---|---|

Debtor  GOL Linhas Aéreas Inteligentes S.A.  
      Name

Case number (if known) _____

**18. Signature of attorney**

✗ /s/ Evan R. Fleck  
Signature of attorney for debtor

Date 01/25/2024  
MM / DD / YYYY

Evan R. Fleck  
Printed name

Milbank LLP  
Firm name

55    Hudson Yards  
Number    Street

New York    NY    10001  
City    State    ZIP Code

(212) 530-5000    efleck@milbank.com  
Contact phone    Email address

4012662    NY  
Bar number    State

## SCHEDULE 1

Pending Bankruptcy Cases

On the date hereof, each of the entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of each entity listed in the table below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of GOL Linhas Aéreas Inteligentes S.A.

| COMPANY |
|---|
| GOL Linhas Aéreas Inteligentes S.A. |
| GOL Linhas Aéreas S.A. |
| GTX S.A. |
| GAC, Inc. |
| Gol Finance (Luxembourg) |
| Gol Finance (Cayman) |
| Smiles Fidelidade S.A. |
| Smiles Viagens e Turismo S.A. |
| Smiles Fidelidade Argentina S.A. |
| Smiles Viajes y Turismo S.A. |
| Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior |
| Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior |
| Gol Equity Finance |

**Fill in this information to identify the case:**

Debtor name: GOL Linhas Aéreas Inteligentes S.A.
United States Bankruptcy Court for the: Southern  District of New York (State)
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Reported on a Consolidated Basis)[1]    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff[2] | Unsecured claim |
| 1 | THE BANK OF NEW YORK MELLON  ATTN: COSTA, CARLOS & KOVACHEVA,  RENETA  101 BARCLAY STREET  FLOOR 7 EAST  NEW YORK, NY 10286 | THE BANK OF NEW YORK MELLON  ATTN: COSTA, CARLOS & KOVACHEVA, RENETA  PHONE:  FAX:  EMAIL: CARLOS.COSTA@BNYMELLON.COM; RENETA.KOVACHEVA@BNYMELLON.COM | Senior Notes Due 2025 | | | | $353,815,797.50 |
| 2 | COMANDO DA AERONAUTICA  ATTN: PRESIDENT OR GENERAL COUNSEL  RUA GEN JUSTO 160  RIO DE JANEIRO, RJ 20021-130  BRAZIL | COMANDO DA AERONAUTICA  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: 55 (11) 50982000  FAX:  EMAIL: NAOINFORMADO@NAOINFORMADO.COM.BR | Trade Debt | | | | $222,542,075.45 |
| 3 | THE BANK OF NEW YORK MELLON  ATTN: COSTA, CARLOS & KOVACHEVA,  RENETA  101 BARCLAY STREET  FLOOR 7 EAST  NEW YORK, NY 10286 | THE BANK OF NEW YORK MELLON  ATTN: COSTA, CARLOS & KOVACHEVA, RENETA  PHONE:  FAX:  EMAIL: CARLOS.COSTA@BNYMELLON.COM; RENETA.KOVACHEVA@BNYMELLON.COM | Perpetual Bonds | | $142,185,235.70 | | $142,185,235.70 |
| 4 | VIBRA ENERGIA S/A  ATTN: PRESIDENT OR GENERAL COUNSEL  RUA CORREIA VASQUES 250  RIO DE JANEIRO, RJ 20211-140  BRAZIL | VIBRA ENERGIA S/A  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (85) 695325468  FAX:  EMAIL: sac@sac.com.br; ISAACC@BR-PETROBRAS.COM.BR | Trade Debt | | | | $91,463,414.63 |
| 5 | THE BANK OF NEW YORK MELLON  ATTN: COSTA, CARLOS & KOVACHEVA,  RENETA  101 BARCLAY STREET  FLOOR 7 EAST  NEW YORK, NY 10286 | THE BANK OF NEW YORK MELLON  ATTN: COSTA, CARLOS & KOVACHEVA, RENETA  PHONE:  FAX:  EMAIL: CARLOS.COSTA@BNYMELLON.COM; RENETA.KOVACHEVA@BNYMELLON.COM | Senior Notes Due 2024 | | | | $42,953,404.38 |
| 6 | BOEING COMMERCIAL AIRPLANES  ATTN: TAMMY A. BREAUX  SN RUA 7500  EAST MARGINAL WAY  SEATTLE, WA 98124-2207 | BOEING COMMERCIAL AIRPLANES  ATTN: TAMMY A. BREAUX  PHONE:  FAX:  EMAIL: tammy.a.breaux@boeing.com; ROBERT.A.SOKOLIK@BOEING.COM | Trade Debt | Unliquidated | | | $15,249,149.84 |
| 7 | EMPRESA BRASILEIRA DE INFRAESTRUTUR  ATTN: PRESIDENT OR GENERAL COUNSEL  AEROPORTO SETOR DE CONC, LT 5 ED SE  BRASILIA, DF 71608-050  BRAZIL | EMPRESA BRASILEIRA DE INFRAESTRUTUR  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (61) 33122562  FAX:  EMAIL: presidencia@infraero.gov.br | Trade Debt | | | | $15,046,519.67 |

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed below. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.

[2] The Debtors reserve the right to assert setoff and other rights with respect to any of the claims listed herein.

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 1

Debtor: GOL Linhas Aéreas Inteligentes S.A.  
Case number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff[2] | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 8 | CFM INTERNATIONAL INC. ATTN: PRESIDENT OR GENERAL COUNSEL  SN RUA PO BOX 15514 INTERSTATE  CINCINNATI, OH 45215 | CFM INTERNATIONAL INC. ATTN: PRESIDENT OR GENERAL COUNSEL   PHONE: 55 (577) 77800000   FAX:   EMAIL: monthlyreports@ses.ie | Trade Debt | Unliquidated | $13,585,437.10 | | $13,585,437.10 |
| 9 | CONCESSIONARIA DO AEROPORTO INTERNA  ATTN: CAMILA YAMAGUTI  AVENIDA DEPUTADO DIOMÁCIO FREI 3393  FLORIANÃ"POLIS, SC 88047-402  BRAZIL | CONCESSIONARIA DO AEROPORTO INTERNA  ATTN: CAMILA YAMAGUTI  PHONE: (48) 33314114  FAX:   EMAIL: camila.yamaguti@floripa-airport.com | Trade Debt | Unliquidated | $11,995,623.61 | | $11,995,623.61 |
| 10 | SECURITIES AND EXCHANGE COMMISSION  ATTN: PRESIDENT OR GENERAL COUNSEL  95800 RUA RELEASE NO 95800  WASHINGTON, DC 20549 | SECURITIES AND EXCHANGE COMMISSION  ATTN: PRESIDENT OR GENERAL COUNSEL   PHONE:   FAX:   EMAIL: ogc_legal@sec.gov.ph | Tax Liability | | $9,392,588.41 | | $9,392,588.41 |
| 11 | MINISTERIO DA FAZENDA  ATTN: PRESIDENT OR GENERAL COUNSEL  AVENIDA AV.PRESIDENTE 375  SALA 214  RIO DE JANEIRO, RJ 20020-010  BRAZIL | MINISTERIO DA FAZENDA  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: 55 (21) 2334-4300  FAX:   EMAIL: gabinete.ministro@fazenda.gov.br | Tax Liability | Unliquidated | $7,388,167.05 | | $7,388,167.05 |
| 12 | SABRE GLBL INC  ATTN: EDUARDO WAKAMI   S/N 10Âª RUA 3150 SABRE DR  SOUTHLAKE, TX 76092 | SABRE GLBL INC  ATTN: EDUARDO WAKAMI   PHONE: 55 (11) 31461541  FAX:   EMAIL: eduardo.wakami@sabre.com | Trade Debt | | $5,691,380.51 | | $5,691,380.51 |
| 13 | ALMAP BBDO PUBLICIDADE E COMUNICACO  ATTN: PRESIDENT OR GENERAL COUNSEL  AVENIDA ROQUE PETRON 999  AND 3 5 E  SAO PAULO, SP 04707-000  BRAZIL | ALMAP BBDO PUBLICIDADE E COMUNICACO  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (11) 23954000  FAX:   EMAIL: almap@almapbbdo.com.br | Trade Debt | | $4,050,512.28 | | $4,050,512.28 |
| 14 | HONEYWELL AIRCRAFT LANDING SYSTEMS  ATTN: CESAR BASLER  SN RUA E. SKY HARBOR CIRCLE  PHOENIX, AZ 85034 | HONEYWELL AIRCRAFT LANDING SYSTEMS  ATTN: CESAR BASLER  PHONE:   FAX:   EMAIL: cesar.basler@honeywell.com | Trade Debt | Unliquidated | $2,526,766.92 | | $2,526,766.92 |
| 15 | JEPPESEN SANDERSON, INC.  ATTN: PRESIDENT OR GENERAL COUNSEL  RUA 55 INVERNESS DRIVE  ENGLEWOOD, CO 80122 | JEPPESEN SANDERSON, INC.  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE:   FAX:   EMAIL: captain@jeppesen.com | Trade Debt | | $2,433,414.92 | | $2,433,414.92 |
| 16 | JEPPESEN SYSTEMS AB  ATTN: PRESIDENT OR GENERAL COUNSEL  RUA BOX 192 ., 401 23 GOT  NAO INFORMADO, EX 1  SWEDEN | JEPPESEN SYSTEMS AB  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE:   FAX:   EMAIL: captain@jeppesen.com | Trade Debt | | $2,374,675.89 | | $2,374,675.89 |
| 17 | KLM ROYAL DUTCH AIRLINES  ATTN: PRESIDENT OR GENERAL COUNSEL  RUA PO BOX 7700  THE NETHERLANDS | KLM ROYAL DUTCH AIRLINES  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE:   FAX:   EMAIL: mail@klm-info.com | Trade Debt | | $2,367,281.32 | | $2,367,281.32 |
| 19 | MASTER FREIGHT TRANSPORTES INTERNAC  ATTN: PRESIDENT OR GENERAL COUNSEL  RUA 8925 NW 26 STREET  MIAMI , FL 33172 | MASTER FREIGHT TRANSPORTES INTERNAC  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: 55 (11) 50980000  FAX:   EMAIL: contact@masterfreight.com | Trade Debt | | $2,337,537.64 | | $2,337,537.64 |
| 19 | SAFRAN LANDING SYSTEMS MRO  ATTN: PRESIDENT OR GENERAL COUNSEL  SN RUA BATIMENT 60 A ROND-POINT, SN  CHATELLERAULT  FRANCE | SAFRAN LANDING SYSTEMS MRO  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: 55 (11) 50982000  FAX:   EMAIL: aogcsc.sls@safrangroup.com | Trade Debt | Unliquidated | $2,304,029.08 | | $2,304,029.08 |
| 20 | LOCALIZA RENT A CAR SA  ATTN: PRESIDENT OR GENERAL COUNSEL  AVENIDA BERNARDO DE VASCONCELOS 377  BELO HORIZONTE, MG 31150-900  BRAZIL | LOCALIZA RENT A CAR SA  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (11) 50943325  FAX:   EMAIL: acatibaia@speedycorp.com.br | Trade Debt | | $2,129,173.85 | | $2,129,173.85 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims   page 2

| Debtor | GOL Linhas Aéreas Inteligentes S.A. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff[2] | Unsecured claim |
| 21 | INFRAMERICA CONCESSIONARIA DO AEROP  ATTN: PRESIDENT OR GENERAL COUNSEL  AEROPORTO INTERNACIONAL DE B S/N, A  BRASÃLIA, DF 71608-900  BRAZIL | INFRAMERICA CONCESSIONARIA DO AEROP  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (61) 32146913  FAX:  EMAIL: financeiro@inframerica.aero | Trade Debt | Unliquidated | $2,110,367.99 | | $2,110,367.99 |
| 22 | BANCO DO BRASIL S/A  ATTN: PRESIDENT OR GENERAL COUNSEL  AVENIDA PAULISTA 2300  3 AND PART  SAO PAULO, SP 01310-300  BRAZIL | BANCO DO BRASIL S/A  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE:  FAX:  EMAIL: bbasset@bb.com.br | Trade Debt | | $1,811,102.08 | | $1,811,102.08 |
| 23 | CONCESSIONARIA AEROPORTO RIO DE JAN  ATTN: PRESIDENT OR GENERAL COUNSEL  AVENIDA VINTE DE JA S/N, AER INTERN  RIO DE JANEIRO, RJ 21941-570  BRAZIL | CONCESSIONARIA AEROPORTO RIO DE JAN  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (21) 37219227  FAX:  EMAIL: info@bnamericas.com | Trade Debt | Unliquidated | $1,607,504.89 | | $1,607,504.89 |
| 24 | PALLAS OPERADORA TURISTICA LTDA  ATTN: PRESIDENT OR GENERAL COUNSEL  AVENIDA DAS AMERIC 3434  BL 5 SL 51  RIO DE JANEIRO, RJ 22640-102  BRAZIL | PALLAS OPERADORA TURISTICA LTDA  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (21) 994674896  FAX:  EMAIL: campeonatos@pallastur.com.br | Trade Debt | | $1,579,914.83 | | $1,579,914.83 |
| 25 | INTELSAT INFLIGHT LLC  ATTN: PRESIDENT OR GENERAL COUNSEL  111 RUA 111 N CANAL STREET  CHICAGO, IL 60606 | INTELSAT INFLIGHT LLC  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: 312 (0) 5176482  FAX:  EMAIL: paula.duran@intelsat.com | Trade Debt | Unliquidated | $1,543,839.67 | | $1,543,839.67 |
| 26 | AKAD SEGUROS S.A.  ATTN: PRESIDENT OR GENERAL COUNSEL  RUA DAS NACOES UNI 12995, AND 24 ED  SAO PAULO, SP 04578-911  BRAZIL | AKAD SEGUROS S.A.  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (11) 30565534  FAX:  EMAIL: atendimento@akadseguros.com.br | Trade Debt | | $1,464,924.01 | | $1,464,924.01 |
| 27 | RM SERVICOS AUXILIARES DE TRANSPORT  ATTN: PRESIDENT OR GENERAL COUNSEL  ESTRADA DO AEROPORTO S/N, S/N  PORTO SEGURO, BA 45810-000  BRAZIL | RM SERVICOS AUXILIARES DE TRANSPORT  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (61) 99243780  FAX:  EMAIL: contato@rmghs.com.br | Trade Debt | | $1,422,568.78 | | $1,422,568.78 |
| 28 | DELTA AIRLINES INC.  ATTN: PRESIDENT OR GENERAL COUNSEL  1775 RUA M H JACKSON SERVICE RO  ATLANTA, GA 30354 | DELTA AIRLINES INC.  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE:  FAX:  EMAIL: edilene.nogueira@uol.com.br | Trade Debt | Unliquidated | $1,343,786.96 | | $1,343,786.96 |
| 29 | GOODYEAR DO BRASIL PRODUTOS DE BORR  ATTN: FERNANDO MIRANDA  AVENIDA JUSCELINO KUBITSCHEK DE 550  SANTA BARBARA D OESTE, SP 13457-190  BRAZIL | GOODYEAR DO BRASIL PRODUTOS DE BORR  ATTN: FERNANDO MIRANDA  PHONE: (11) 28184153  FAX:  EMAIL: fernando.miranda@goodyear.com | Trade Debt | | $1,277,289.34 | | $1,277,289.34 |
| 30 | MATHEX SOLUCOES TECNOLOGICAS LTDA  ATTN: PRESIDENT OR GENERAL COUNSEL  RUA RIO NEGRO 503, SL 2020  BARUERI, SP 06454-000  BRAZIL | MATHEX SOLUCOES TECNOLOGICAS LTDA  ATTN: PRESIDENT OR GENERAL COUNSEL  PHONE: (11) 985319185  FAX:  EMAIL: atendimento@mathex.com.br | Trade Debt | | $1,223,556.16 | | $1,223,556.16 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 3

**GOL LINHAS AÉREAS INTELIGENTES S.A.**
**CNPJ nº 06.164.253/0001-87**
**NIRE 35.300.314.441**

**ATA DA REUNIÃO DO CONSELHO DE ADMINISTRAÇÃO**
**REALIZADA EM 25 DE JANEIRO DE 2024**

**I.      Data, Horário e Local:** Realizada no dia 25 de janeiro de 2024, às 9 horas, presencial e virtualmente, sendo considerada como realizada na sede social da Gol Linhas Aéreas Inteligentes S.A. ("Companhia"), na Praça Comandante Linneu Gomes, s/n, Portaria 3, na sala de reuniões do Conselho de Administração, Jardim Aeroporto, CEP 04626-020, na cidade e Estado de São Paulo.

**II.     Convocação e Presenças:** Realizada a convocação nos termos do artigo 19 do estatuto social da Companhia, tendo comparecido a maioria dos membros do Conselho de Administração da Companhia.

**III.    Mesa:** Presidente: Sr. Constantino de Oliveira Junior; Secretário: Sr. Mario Tsuwei Liao.

**IV.     Ordem do Dia:** Deliberar sobre as seguintes matérias: autorização para apresentar pedido voluntário, pela Companhia, de submissão ao procedimento de que trata o *chapter 11* do *United States Code* ("*Bankruptcy Code*" e "*Procedimento Chapter 11*", respectivamente); a instalação do Comitê Independente (conforme abaixo definido), bem como a aprovação do seu regimento interno e a eleição dos seus membros; autorização para a celebração de financiamento *debtor-in-possession* nos termos do *Bankruptcy Code*, o uso de *cash colateral*, conforme definido na seção 363(a) do *Bankruptcy Code*, e para fornecer proteção adequada; retenção de consultores em conexão com os procedimentos de reestruturação; autorização para apresentar quaisquer petições, solicitações, requerimentos, propostas ou documentos semelhantes no Brasil, de modo a reconhecer o Procedimento *Chapter 11* (conforme abaixo definido) no Brasil, autorizar a implementação do Procedimento *Chapter 11* no Brasil, incluindo, mas não se limitando ao financiamento *debtor-in-possession*; implementar a reestruturação no Brasil e buscar a devida tutela judicial, extrajudicial ou administrativa adequada à Companhia; a convocação da Assembleia Geral Extraordinária da Companhia ("Assembleia Geral") para deliberar acerca da ratificação do protocolo, pela Companhia, do Procedimento *Chapter 11*; e outras autorizações e ratificações relacionadas.

**V.      Deliberações:**

**CONSIDERANDO QUE** o Conselho de Administração da Companhia, em conjunto com seus assessores jurídicos e financeiros, avaliou a liquidez, a condição financeira e operacional, incluindo recursos de capital e fontes e disponibilidades de caixa, da GLAI e de suas subsidiárias e afiliadas, bem como seus atuais instrumentos de empréstimo e financiamento no que diz respeito ao atendimento das suas necessidades de liquidez de curto prazo;

**CONSIDERANDO QUE** o Conselho de Administração da Companhia revisou o desempenho histórico e os resultados da Companhia, o mercado em que a Companhia atua, suas necessidades atuais de liquidez, de curto e longo prazo, suas perspectivas de negócios e suas obrigações de curto e de longo prazos;



1

**CONSIDERANDO QUE** o Conselho de Administração da Companhia revisou os materiais apresentados pelos assessores financeiros, operacionais, jurídicos e outros consultores contratados pela Companhia e se envolveu em discussões (incluindo, sem limitação, com sua administração e tais assessores), e teve a oportunidade de considerar plenamente a situação financeira da Companhia, incluindo seus recursos de capital e disponibilidades de caixa, passivos e posição de liquidez, as alternativas estratégicas disponíveis, o impacto do acima exposto nos negócios e operações da Companhia e a conveniência de entrar em acordos de reestruturação; e

**CONSIDERANDO QUE** o Conselho de Administração da Companhia consultou os seus respectivos assessores financeiros e legais e, tendo considerado as alternativas estratégicas disponíveis, concluiu que a adoção das ações descritas abaixo é aconselhável e está alinhada ao melhor interesse da Companhia em preservar e proteger seus negócios, e, portanto, os membros do Conselho de Administração, por unanimidade de votos, sem ressalvas, deliberaram o quanto segue:

### Aprovação do Procedimento *Chapter 11*

Aprovação da determinação pelo Conselho de Administração de que é desejável e no melhor interesse da Companhia e de seus respectivos credores e outras partes interessadas que a Companhia apresente ou faça com que seja apresentados (i) pedido voluntário de submissão da Companhia ao Procedimento *Chapter 11*, perante o Distrito Sul de Nova Iorque ("Tribunal"), (ii) quaisquer petições, solicitações, requerimentos ou documentos semelhantes que sejam desejáveis nos termos da legislação aplicável; e (iii) quaisquer petições, solicitações, requerimentos, propostas ou documentos semelhantes no Brasil, de modo a (a) reconhecer o Procedimento *Chapter 11* no Brasil, nos termos da Lei nº 11.101/2005; (b) implementar a reestruturação no Brasil; ou (c) obter a devida tutela judicial, extrajudicial ou administrativa no Brasil.

Aprovação de que qualquer diretor da Companhia e qualquer pessoa autorizada por qualquer diretor da Companhia (incluindo, sem limitação, Renata Domingues da Fonseca Guinesi e Joseph Wilfred Bliley IV), agindo isoladamente ("Pessoa Autorizada") ou em conjunto ("Pessoas Autorizadas"), estão, e cada um deles está, nos termos desta deliberação, autorizado e habilitado a celebrar e protocolar, ou fazer com que sejam protocoladas, todas as petições, anexos, listas, requerimentos, peças processuais e quaisquer outros instrumentos ou documentos necessários, incluindo quaisquer alterações aos documentos mencionados acima, e tomar toda e qualquer ação e realizar todo e qualquer ato adicional que considerem necessário ou adequado para obter tal resultado, incluindo a negociação dos acordos adicionais, modificações, aditamentos, relatórios, documentos, instrumentos, solicitações, notas ou declarações que possam ser exigidos e/ou o pagamento de todas as taxas, impostos e outras despesas conforme qualquer Pessoa Autorizada, a seu exclusivo critério, possa aprovar ou considerar necessário, apropriado ou desejável para a realização e implementação das deliberações objeto desta reunião e das transações e operações relacionadas a tais deliberações.

### Instalação do Comitê Independente Especial e Eleição de seus Membros

Foi aprovada a instalação do Comitê Independente Especial ("Comitê Independente"), que atuará como comitê de assessoramento ao Conselho de Administração da Companhia, nos termos do artigo 21, parágrafo 2º, do estatuto social da Companhia, com poderes e competência para avaliar, revisar, planejar, supervisionar negociações e dar recomendações com relação ao Procedimento *Chapter 11* e matérias a ele relacionadas, entre outros, conforme previsto no "Regimento Interno do Comitê



2

Independente Especial", que fica ora aprovado, conforme arquivado na sede social da Companhia ("Regimento Interno").

Foi aprovado que o Comitê Independente será composto por 3 (três) membros, exceto e conforme tal composição venha a ser alterada mediante deliberação do Conselho de Administração da Companhia, nos termos do Regimento Interno, tendo sido eleitos a Sra. Marcela De Paiva Bonfim Teixeira, o Sr. Timothy Robert Coleman e o Sr. Paul Stewart Aronzon como membros do Comitê Independente, todos os quais confirmaram à Companhia o seu respectivo atendimento aos critérios de independência nos termos do Regimento Interno.

### Financiamento *Debtor-In-Possession*, Uso de *Cash Colateral* e Proteção Adequada

Antes de iniciada a presente deliberação, retiraram-se da sala os Srs Constantino de Oliveira Junior e Ricardo Constantino. Ato seguinte, a votação foi iniciada e contou com a presença dos Srs. Anmol Bhargava, Germán Pasquale Quiroga Vilardo, Philipp Michael Schiemer, Marcela de Paiva Bonfim Teixeira, Paul Stewart Aronzon e Timothy Robert Coleman.

Inicialmente, os membros do Comitê Independente esclareceram que, como parte do seu processo de *onboarding* na Companhia (com relação ao Paul Stewart Aronzon e Timothy Robert Coleman) e, ainda, em preparação à sua potencial indicação ao Comitê Independente, tiveram a oportunidade de se reunir separadamente com os assessores financeiros e legais da Companhia, assim como analisar os termos propostos por cada potencial concedente de um financiamento *debtor-in-possession*, e acompanhar e opinar sobre as negociações realizadas. Após, os membros do Comitê Independente confirmaram a sua recomendação de que a Companhia dê seguimento à contratação do financiamento *debtor-in-possession* conforme proposto pela administração.

Após, os conselheiros participantes dessa deliberação se manifestaram pela:

Aprovação, na medida aplicável à Companhia, de que, no julgamento do que o Conselho de Administração, é desejável e no melhor interesse da Companhia, de seus acionistas, de seus credores e de outras partes interessadas, obter os benefícios da ocorrência de obrigações de financiamento *debtor-in-possession* entre GOL Finance, na qualidade de devedor/emissor, os garantidores descritos em tal contrato, os credores ou titulares de instrumentos de dívida de tempos em tempos descritos em tal contrato ("Credores DIP") o agente administrativo, agente de garantia e/ou *trustee* descrito em tal contrato (em conjunto o "Agente DIP"), e propor a celebração de determinado contrato de financiamento (ou qualquer outro contrato, instrumento ou arranjo *debtor-in-possession*) (o "Contrato DIP"), sujeitos à proposta na forma provisória e final (os "Ordens DIP") submetidas à aprovação pelo Tribunal.

Aprovação de que, para usar e obter os benefícios (a) dos Documentos DIP (conforme definido abaixo); e (b) do uso do *cash collateral*, conforme definido na seção 363(a) do *Bankruptcy Code*, e de acordo com a seção 363 do *Bankruptcy Code*, a Companhia outorgará certas garantias, garantias reais e encargos e fornecerá proteção adequada perante certas partes garantidas (*secured parties*) e aos Credores DIP para garantir as obrigações do credor e do fiador do Contrato DIP (coletivamente, as "Obrigações DIP").

Aprovação para que a Companhia, na qualidade de devedora ou *debtor-in-possession* nos termos do *Bankruptcy Code*, esteja autorizada a sujeitar-se às obrigações de proteção adequada (*adequate protection*) e às Obrigações DIP, bem como assuma as

3

obrigações e realize toda e qualquer transação relacionada ou em termos similares aos contemplados nos Documentos DIP, incluindo a outorga de garantias reais em relação a seus ativos visando garantir (*secure*) tais obrigações.

Aprovação da forma, dos termos e das disposições do Contrato DIP, das Ordens DIP e a forma, dos termos e das disposições de cada um dos instrumentos relacionados ao financiamento *debtor-in-possession*, incluindo garantias e tais outros contratos, documentos, instrumentos, certidões, petições, declarações, solicitações e outros relacionados ao Contrato DIP dos quais a Companhia é ou será parte (em conjunto com o Contrato DIP e as Ordens DIP, os "Documentos DIP"), conforme autorizado pela Pessoa Autorizada que assinará os Documentos DIP, em todos os aspectos. Ainda, fica aprovado o cumprimento pela Companhia de suas obrigações nos termos do Contrato DIP e dos outros Documentos DIP, incluindo os empréstimos sob o mesmo, da garantia das obrigações dos devedores e da concessão de uma garantia real em relação aos ativos da Companhia, se aplicável. Ainda, fica aprovado que, cada uma das Pessoas Autorizadas, agindo isoladamente ou com uma ou mais Pessoas Autorizadas, está autorizada, orientada e com poderes para assinar e negociar (incluindo por fac-símile, eletrônico ou método comparável) o Contrato DIP, as Ordens DIP, cada um dos outros Documentos DIP e cada um dos instrumentos, documentos, instrumentos, declarações, petições, solicitações e outros contemplados ou requeridos em tais documentos, ou conforme venham a ser razoavelmente solicitados pelo DIP Agent ou pelos Credores DIP, em nome e por conta da Companhia, em seu próprio nome ou das suas subsidiárias, conforme aplicável, com as alterações aprovadas pela Pessoa Autorizada que os assina, constituindo tal assinatura pela referida Pessoa Autorizada evidência conclusiva da aprovação dos termos de tais documentos, incluindo quaisquer alterações em relação a qualquer modelo inicialmente apresentado ao Conselho de Administração da Companhia.

Aprovação para que a Companhia obtenha benefícios decorrentes (a) da utilização dos ativos que serão objeto de garantia real dos credores nos termos do Contrato DIP; e (b) da assunção das obrigações decorrentes do financiamento *debtor-in-possession* nos termos do Contrato DIP e dos demais Documentos DIP ou decorrentes de cada Ordem DIP, os quais são necessários e convenientes para a condução, promoção e realização da atividade da Companhia.

Aprovação de que a outorga das garantias reais pela Companhia, nos termos do Contrato DIP, das Ordens DIP, dos demais Documentos DIP e de quaisquer outros acordos, documentos ou petições que venham a ser exigidos pelo DIP Agent ou pelos Credores DIP conforme seja determinado que sejam necessários, apropriados ou desejáveis de acordo com os termos dos Documentos DIP, esteja, em todos os aspectos, autorizada e aprovada.

Aprovação para que cada uma das Pessoas Autorizadas esteja autorizada e com poderes para, em nome e por conta da Companhia, apresentar ou autorizar o DIP *Agent* a apresentar quaisquer declarações de financiamento (*financing statements*) do *U.S. Uniform Commercial Code* ("UCC"), quaisquer outros arquivamentos equivalentes, quaisquer arquivamentos relacionados a propriedade intelectual, quaisquer registros ou anotações, quaisquer cessões para constituição de garantias reais ou outros documentos em nome da Companhia que o *DIP Agent* considere necessários ou apropriados para a formalização de qualquer garantia constituída nos termos das Ordens DIP e demais Documentos DIP, incluindo qualquer declaração de financiamento do UCC que contenha uma descrição genérica de garantias, tal como "todos os ativos", "todos os bens agora ou futuramente adquiridos" e outras descrições semelhantes de mesmo significado, bem como para executar, entregar, registar ou autorizar o registo de hipotecas e instrumentos fiduciários em relação aos ativos imobilizados da Companhia, em cada caso conforme o *DIP Agent*



4

venha a razoavelmente solicitar para a formalização das garantias reais do *DIP Agent* nos termos das Ordens DIP.

Aprovação para que as Pessoas Autorizadas, agindo isoladamente ou em conjunto, estejam autorizadas, possuam os devidos poderes e sejam orientadas a, em nome e por conta da Companhia, na qualidade de devedora ou *debtor-in-possession* (nos termos do *Bankruptcy Code*), garantir as obrigações decorrentes dos Documentos DIP em seu nome ou em nome de suas subsidiárias, conforme aplicável, para ceder, transferir, empenhar e outorgar, ou continuar a ceder, transferir, empenhar e outorgar, ao DIP Agent, para o benefício dos respectivos credores aplicáveis, garantia real em todos ou substancialmente todos os ativos da Companhia, como garantia para o pagamento e cumprimento imediato e integral, no momento em que forem devidas, das obrigações assumidas nos termos dos Documentos DIP dos quais a Companhia é parte e tomar ou fazer com que sejam tomadas quaisquer ações que possam ser necessárias, apropriadas ou desejáveis para fazer com que a Companhia outorgue, aperfeiçoe e mantenha uma garantia real em cada um de seus respectivos ativos ou propriedades que constituam garantia conforme descrito ou contemplado nos Documentos DIP.

Aprovação para que as Pessoas Autorizadas estejam autorizadas e possuam os devidos poderes para tomar todas as medidas adicionais, incluindo, sem limitação, pagar todas as taxas e despesas de acordo com os termos dos Documentos DIP, organizar e celebrar aditamentos, instrumentos, declarações ou documentos relacionados às transações contempladas no Contrato DIP, nas Ordens DIP e em quaisquer outros Documentos DIP e para celebrar e entregar todos esses acordos, instrumentos, declarações ou aditamentos em nome e por conta da Companhia que, a seu exclusivo critério, seja necessário, adequado ou aconselhável para viabilizar o cumprimento das Obrigações DIP assumidas pela Companhia nos termos ou em conexão com o Contrato DIP, as Ordens DIP ou qualquer dos Documentos DIP e as transações neles contemplados, cabendo a tal Pessoa Autorizada realizar de forma integral o objetivo desta deliberação, de tal forma e em tais termos que venham a ser aprovados pela Pessoa Autorizada que assine os documentos acima, sendo que tal assinatura constituirá evidência conclusiva da aprovação dos termos de tais documentos.

Aprovação para que as Pessoas Autorizadas estejam autorizadas e possuam os devidos poderes para assinar e entregar quaisquer aditamentos, reformulações, suplementos, modificações, renovações, substituições, consolidações e prorrogações do Contrato DIP, das Ordens DIP ou de qualquer um dos demais Documentos DIP que venha a ser, a seu exclusivo critério, necessários, adequados ou aconselháveis, na forma e nos termos que sejam aprovados pela Pessoa Autorizada que assine o mesmo, sendo que tal assinatura constituirá evidência conclusiva da aprovação dos termos de tais documentos.

Aprovação para que, em relação a todas as transações autorizadas acima, as Pessoas Autorizadas estejam autorizadas a abrir contas com terceiros que considerem necessárias ou desejáveis com o propósito de se envolver em tais transações, ficando a outra parte de tais transações autorizadas a agir de acordo com quaisquer ordens e instruções verbais ou escritas das Pessoas Autorizadas em conexão com tais contas e transações.

Aprovação para que as Pessoas Autorizadas estejam autorizadas e possuam poderes para adotar todas as medidas ou deixar de tomar qualquer medida em nome da Companhia em relação às transações contempladas nas deliberações tomadas como acionista de cada subsidiária da Companhia, se houver, existente na presente data ou no futuro, em cada caso, conforme tal Pessoa Autorizada venha a considerar necessário ou desejável, incluindo, sem limitação, a autorização de tomada de deliberações e realização



5

de acordos necessários para autorizar a celebração, entrega e cumprimento, de acordo com qualquer um dos Documentos DIP (incluindo, sem limitação, certificados, declarações juramentadas, declarações de natureza financeira, avisos, reafirmações, aditamentos e reformulações dos mesmos ou relacionadas a eles) conforme venha a ser necessário, apropriado ou conveniente para efetivar os propósitos das transações contempladas na presente. O cumprimento de qualquer ato adicional e a celebração de qualquer documento ou instrumento por qualquer uma das Pessoas Autorizadas de acordo com as deliberações desta reunião constituirá evidência conclusiva de que tal ato, documento ou instrumento foi aprovado pela Companhia em todos os aspectos.

Aprovação de que todos os atos e ações praticados pelas Pessoas Autorizadas antes da presente data com relação às transações previstas no Contrato DIP, nas Ordens DIP ou qualquer um dos Documentos DIP são, em todos os aspectos, confirmados, aprovados e ratificados.

Aprovação de que a assinatura de qualquer Pessoa Autorizada da Companhia constitui evidência conclusiva da autoridade de tal Pessoa Autorizada com relação à assinatura e entrega dos documentos dos quais a Companhia seja parte. Os poderes outorgados às Pessoas Autorizadas nos termos da presente aplicar-se-ão com igual força e efeito a quaisquer sucessores dos cargos ocupados das Pessoas Autorizadas identificadas na presente.

Todos os termos iniciados em letras maiúsculas usados nas deliberações objeto desta seção, exceto de outra forma aqui definidos, terão os significados atribuídos a tais termos no Contrato DIP, conforme aplicável.

Finalizada a votação referente a presente deliberação, os Srs. Constantino de Oliveira Junior e Ricardo Constantino retornaram à sala para dar continuidade a deliberação das demais matérias da ordem do dia.

### **Aprovação da Contratação de Consultores**

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para contratar o escritório de advocacia Milbank LLP como assessor jurídico em assuntos gerais relacionados a falência e recuperação judicial para representar e aconselhar a Companhia no desempenho das funções da Companhia de acordo com o *Bankruptcy Code* e para tomar todas e quaisquer ações para promover seus direitos e obrigações, incluindo a apresentação de quaisquer alegações relacionadas ao Procedimento *Chapter 11* e com qualquer financiamento neste âmbito, estando as Pessoas Autorizadas autorizadas, habilitadas e orientadas a assinar acordos de retenção apropriados, pagar os honorários apropriados antes e imediatamente após o arquivamento do Procedimento *Chapter 11*, e fazer com que seja executado e arquivado um pedido apropriado junto ao Tribunal para a manutenção da contratação dos serviços do Milbank LLP.

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para contratar o escritório Hughes Hubbard & Reed LLP, como assessor jurídico em assuntos relacionados a aviação para representar e aconselhar a Companhia no desempenho das funções da Companhia de acordo com o *Bankruptcy Code* e para tomar todas e quaisquer ações para promover seus direitos e obrigações, incluindo a apresentação de quaisquer alegações relacionadas ao Procedimento *Chapter 11* e com qualquer financiamento neste âmbito, estando as Pessoas Autorizadas autorizadas, habilitadas e orientadas a assinar acordos de retenção apropriados, pagar os honorários apropriados antes e imediatamente após o arquivamento do Procedimento *Chapter 11*, e fazer com que seja executado e arquivado um pedido



apropriado junto ao Tribunal para a manutenção da contratação dos serviços do Hughes Hubbard & Reed LLP.

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para contratar o Seabury Securities LLC, como banco de investimento e consultor financeiro para representar e auxiliar a Companhia no desempenho das funções da Companhia de acordo com o *Bankruptcy Code* e para tomar todas e quaisquer ações para promover seus direitos e obrigações em conexão com o Procedimento *Chapter 11* e com qualquer financiamento neste âmbito, estando as Pessoas Autorizadas autorizadas, habilitadas e orientadas a assinar acordos de retenção apropriados, pagar os honorários apropriados antes e imediatamente após o arquivamento do Procedimento *Chapter 11* e fazer com que seja executado e arquivado um requerimento apropriado no Tribunal para a manutenção da contratação dos serviços do Seabury Securities LLC.

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para contratar o AlixPartners, LLP, como consultor financeiro para representar e auxiliar a Companhia no desempenho das funções da Companhia de acordo com o *Bankruptcy Code* e para tomar todas e quaisquer ações para promover seus direitos e obrigações em conexão com o Procedimento *Chapter 11* e com qualquer financiamento neste âmbito, estando as Pessoas Autorizadas autorizadas, habilitadas e orientadas a assinar acordos de retenção apropriados, pagar os honorários apropriados antes e imediatamente após o arquivamento do Procedimento *Chapter 11* e fazer com que seja executado e arquivado um requerimento apropriado no Tribunal para a manutenção da contratação dos serviços da AlixPartners, LLP.

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para contratar o Kroll Restructuring Administration LLC, como agente para recebimentos de intimações e reivindicações (*notice and claims agent*) para representar e auxiliar a Companhia no desempenho de tais deveres da Companhia de acordo com o *Bankruptcy Code*, e para tomar todas e quaisquer ações para promover seus direitos e obrigações em conexão com o Procedimento *Chapter 11* e com qualquer financiamento neste âmbito, estando as Pessoas Autorizadas autorizadas, habilitadas e orientadas a assinar acordos de retenção apropriados, pagar os honorários apropriados antes e imediatamente após o arquivamento do Procedimento *Chapter 11* e fazer com que seja executado e arquivado um requerimento apropriado no Tribunal para a manutenção da contratação dos serviços do Kroll Restructuring Administration LLC.

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para contratar quaisquer outros profissionais, incluindo advogados, contadores, consultores fiscais e agentes para recebimentos de intimações e reivindicações (*notice and claims agent*) que sejam necessários para assessorar as Pessoas Autorizadas a cumprir com as obrigações da Companhia nos termos do *Bankruptcy Code*, estando as Pessoas Autorizadas autorizadas, habilitadas e orientadas a assinar acordos de retenção devidos, pagar honorários devidos, antes ou imediatamente após o arquivamento do Procedimento *Chapter 11*, e fazer com que seja executado e arquivado um requerimento apropriado no Tribunal para a manutenção da contratação dos serviços de quaisquer outros profissionais, conforme necessário.

### Convocação da Assembleia Geral



7

Foi aprovada a convocação da Assembleia Geral para deliberar acerca da ratificação do protocolo, pela Companhia, do Procedimento *Chapter 11*, bem como da ratificação da eleição dos membros do Conselho de Administração aprovada na reunião do Conselho de Administração da Companhia realizada em 18 de janeiro de 2024, nos termos do edital de convocação e da proposta da administração relativos à Assembleia Geral, a serem devida e oportunamente publicados e/ou divulgado, conforme aplicável, pela Companhia.

### Outras Autorizações e Ratificações

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para, em nome da Companhia, implementar e conduzir o Procedimento *Chapter 11* da forma que, em seu respectivo julgamento negocial (*business judgment*), seja suscetível de maximizar a recuperação para as partes interessadas (*stakeholders*) da Companhia e minimizar as obrigações incorridas pela Companhia.

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para, em nome da Companhia, fazer com que a Companhia celebre, entregue, certifique, arquive, registre e cumpra as obrigações de tais acordos, instrumentos, petições, declarações, pedidos de aprovação ou decisões de autoridades governamentais ou reguladoras, certificados ou outros documentos, bem como adotar outras medidas que, no julgamento de tal Pessoa Autorizada, sejam ou se tornem necessárias, adequadas e desejáveis para a conclusão do Procedimento *Chapter 11* de forma bem-sucedida, incluindo, mas sem limitação, a implementação das matérias aprovadas anteriormente e das transações contempladas nas referidas matérias.

Aprovação para que as Pessoas Autorizadas da Companhia sejam, e cada uma delas está, autorizadas, orientadas e possuem os devidos poderes para, em nome da Companhia, alterar, complementar ou de outra forma modificar, de tempos em tempos, os termos de quaisquer documentos, certificados, instrumentos, acordos ou outras inscrições referidas nas demais matérias aprovadas acima.

Aprovação de que todos os atos, ações e transações relacionadas aos assuntos previstos nas demais deliberações acima, praticados em nome e por conta da Companhia, cujos atos estejam em conformidade com os termos das aprovações acima caso tais atos tivessem sido praticados antes da efetiva aprovação das respectivas matérias aqui deliberadas, são ora aprovados e ratificados em todos os aspectos.

Aprovação de que, na medida em que a Companhia atue como acionista ou único acionista ("Controladora") de qualquer outra sociedade ("Controlada"), cada Pessoa Autorizada de tal Controladora que possa agir sem a adesão de qualquer outra Pessoa Autorizada de tal Controlada fica individualmente autorizado, com poderes e orientados a, em nome e por conta de tal Controladora (agindo em nome de tal Controlada na capacidade estabelecida acima, conforme aplicável), tomar todas as ações em nome de tal Controlada que uma Pessoa Autorizada de tal Controladora esteja autorizada a tomar em nome de tal Controladora nos termos das deliberações aprovadas acima.

**VI.    ENCERRAMENTO, LAVRATURA DA ATA E ASSINATURA**: Nada mais havendo a tratar, foram suspensos os trabalhos, para lavratura desta ata, que, lida, conferida e aprovada, sem restrições ou ressalvas, foi assinada pelos membros da mesa e pelos membros do Conselho de Administração presentes. **Assinaturas**: Mesa: Sr. Constantino de Oliveira Junior – Presidente; Sr. Mario Tsuwei Liao – Secretário; Membros do Conselho de Administração: Sr. Constantino de Oliveira Junior, Sr. Ricardo Constantino, Sr. Germán



8

Pasquale Quiroga Vilardo, Sr. Anmol Bhargava, Sra. Marcela de Paiva Bomfim Teixeira, Sr. Philip Michael Schiemer, Sr. Paul Stewart Aronzon e Sr. Timothy Robert Coleman.

*Certifica-se que a presente é cópia fiel da ata lavrada no livro próprio.*

São Paulo/SP, 25 de janeiro de 2024.

**Mesa:**

| Constantino de Oliveira Junior | Mario Tsuwei Liao |
|---|---|
| Presidente | Secretário |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
GOL Linhas Aéreas Inteligentes S.A.,          :   Case No. 24-[_____] ( )
                                              :
                         Debtor.              :   (Joint Administration Requested)
                                              :
------------------------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of GOL Linhas Aéreas Inteligentes S.A.'s equity:

| Equity Holder | Percentage of Interests Held | |
|---|---|---|
| | Common Shares | Preferred Shares |
| Abra Mobi LLP | 49.999% | 18.797% |
| Abra Kingsland LLP | 50.000% | 18.797% |

**Fill in this information to identify the case and this filing:**

Debtor Name: GOL Linhas Aéreas Inteligentes S.A.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (*If known*): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/25/2024
MM / DD / YYYY

✗ /s/ Joseph W. Bliley
Signature of individual signing on behalf of debtor

Joseph W. Bliley
Printed name

Authorized Signatory
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**