Evan R. Fleck
Lauren C. Doyle
Bryan V. Uelk
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Andrew M. Leblanc
Erin E. Dexter (admitted *pro hac vice*)
**MILBANK LLP**
1850 K St. NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                :

In re:                :   Chapter 11
                :

GOL LINHAS AÉREAS INTELIGENTES S.A.,  :   Case No. 24-10118 (MG)
*et al.*,[1]             :
                :   (Jointly Administered)
         Debtors.     :
                :

------------------------------------------------------------x

## NOTICE OF SECOND AMENDED OCP LIST

      **PLEASE TAKE NOTICE** that on February 20, 2024, the Debtors filed *Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Legal Professionals Utilized in the Ordinary Course of Business* [Docket No. 158] (the "OCP Motion").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A).  The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

**PLEASE TAKE FURTHER NOTICE** that on March 11, 2024, the Court entered the *Order Authorizing Employment and Payment of Legal Professionals Utilized in the Ordinary Course of Business* [Docket No. 254] (the "OCP Order").  Pursuant to the OCP Order, the Debtors are authorized to amend the OCP List as necessary to add or remove professionals utilized in the ordinary course of business (each, an "OCP") from time to time, in their sole discretion, provided that the Debtors file with the Court and serve on the Notice Parties a notice reflecting the modifications to the OCP List, and provided further that each additional OCP shall be subject to the OCP Procedures.[2]

**PLEASE TAKE FURTHER NOTICE** that on April 1, 2024, the Debtors filed with the Court, and served on the Notice Parties, the *Notice of First Amended OCP List* [Docket No. 394] (the "First OCP Notice").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is an amended OCP List, and attached hereto as **Exhibit B** is a redline of the amended OCP List against the OCP List that was filed with the First OCP Notice.  The Debtors intend to serve this Notice on the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the OCP Order, the Notice Parties have ten (10) days after service of this Notice to object to the amended OCP List.

*[Remainder of page intentionally left blank]*

---

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the OCP Motion or OCP Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the OCP Motion, the OCP Order, and other pleadings can be viewed and/or obtained by: (i) accessing the Court's website at http://www.nysb.uscourts.gov, (ii) from the Debtors' claims and noticing agent, Kroll, at https://cases.ra.kroll.com/GOL, or by calling 844.553.2247 (U.S./Canada) (toll free) or +1.646.777.2315 (International) or by e-mail via GOLInfo@ra.kroll.com.  Note that a PACER password is needed to access documents on the Court's website.

Dated:  New York, New York      **MILBANK LLP**
        June 6, 2024

/s/ *Evan R. Fleck*
Evan R. Fleck
Lauren C. Doyle
Bryan V. Uelk
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

-and-

Andrew M. Leblanc
Erin E. Dexter (admitted *pro hac vice*)
**MILBANK LLP**
1850 K St NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East
33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile:  (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*

## **EXHIBIT A**

### **Amended OCP List**

## Exhibit 1

**Tier 1 Ordinary Course Professionals**

**Tier 1 OCP List**

| LEGAL PROFESSIONAL | ADDRESS | LEGAL SERVICES PERFORMED BY PROFESSIONAL |
|---|---|---|
| Caldara e Queiroz Advogados | Avenida Rio Branco 116, 22º Floor, Centro, Rio de Janeiro, RJ Brazil, Zip Code20.040.001 | Consumer Litigation |
| Lefosse Advogados | Rua Tabapua 1227, 14 andar, São Paulo, Brazil | Corporate, Tax, Litigation, Finance, Contracts |
| Paixão Côrtes Advogados Associados | Setor de Administracao, QD 02 BL G, Brasilia, DF – Brazil, 70070-600 | Labor |
| Villemor, Trigueiro, Sauer e Advogados | Rua Farme de Amoedo nº 56º, 4º andar Ipanema, Rio de Janeiro, RJ, Brazil 22.420-020 | Consumer Litigation |

## Exhibit 2

**Tier 2 Ordinary Course Professionals**

**Tier 2 OCP List**

| LEGAL PROFESSIONAL | ADDRESS | LEGAL SERVICES PERFORMED BY PROFESSIONAL |
|---|---|---|
| Abi-Ackel Advogados Associados | 1049 Alagoas St, Savassi, 30.130-160, Belo Horizonte, Minas Gerais, Brazil | Consumer Litigation |
| ACF Abogados Ltda. | Calle Francisco Iriarte nº 5000, Edificio Fujita, Piso 2, Achumani, La Paz, Bolivia | Corporate |
| Barreto Veiga Sociedade de Advogados | Rua Fidencio Ramos, 160, 15th floor, Vila Olimpia, Zip Code 04551-010, São Paulo - SP, Brazil | Corporate |
| Daniel Carnio Costa | Rua Almeida Torres, 119, ap. 122B, Aclimação, São Paulo, SP, Brazil, Zip Code 01530-010 | Corporate Litigation (Legal Opinion) |
| De Luca, Derenusson, Schuttoff Sociedade de Advogados | Rua James Joule, 92 6 floor – 62, São Paulo, S.P. 04576-080, Brazil | Corporate |
| Desio Senra Sociedade de Advogados | Av. 9 de Julho, 4939, suite 41-A, São Paulo, SP, Brazil | Corporate |
| Haidamus e Associados Advocacia | R. Dr. Rafael de Barros, 210,  Paraíso, São Paulo, SP, Brazil, Zip Code 04003-041 | Criminal Litigation |
| Kasznar Leonardos | Rua Teofilo Otoni, 63, and 5 sl 5, Rio de Janeiro, RJ, 20090-080 Brazil | IP & Marketing |
| Manoel Pereira Calças & Junqueira Sociedade de Advogados | Alameda dos Jurupis, n.º 1005, sl 104-B, Indianópolis, São Paulo, SP, Brazil, Zip Code 04.088-907 | Corporate Litigation (Legal Opinion) |
| Martins, Franco e Teixeira Sociedade de Advogados | Rua Gomes de Carvalho, 1507, 1st floor, Vila Olimpia, São Paulo, SP, Brazil, 04547-000 | Tax Litigation |
| Mascarenhas Barbosa Advogados | R. Alagoas 365, Jardim dos Estados, Campo Grande, MS Brasil 79.020-120 | Consumer Litigation |

| Mundie e Advogados | Avenida Brigadeiro Faria Lima, 3400 – 15th floor - São Paulo, SP, Brazil | Tax Litigation |
|---|---|---|
| NautaDutilh Avocats Luxembourg S.a.r.l. | 2, rue Jean Bertholet, L-1233 Luxembourg, Luxembourg | Corporate |
| Paul, Weiss, Wharton & Garrison LLP | 1285 Avenue of the Americas, New York, US | Corporate Litigation |
| Pinheiro Neto Advogados | Rua Hungria 1100, São Paulo, SP, Brazil, Zip Code 01455-906 | Tax |
| Queiroz Cavalcanti Advocacia | Rua da Hora, n  692, Espinheiro,Recife - PE, Pernambuco, Brazil, Zip Code 52020-015 | Consumer Litigation |
| Simonaggio Perícias Contabeis e em Economia S/S Ltda. | Rua George Ohm, 230, Torre B, 15º andar, Brooklin, São Paulo,SP, Brazil, CEP 04576-020 | Corporate |
| Souza Okawa Advogados | Brigadeiro Faria Lima Av., 1663, 14th floor, Jardim Paulistano, São Paulo, SP, Brazil, Zip Code 01.452-001 | Tax Litigation |
| Thomaz Bastos, Waisberg, Kurzweil Advogados Associados | Avenida Brigadeiro Faria Lima, 3311, 13th Floor, São Paulo/SP, Zip Code 0453-133, Brazil | Corporate Litigation |
| Wayar & von Borries Abogados S.C. | Av. Los Cusis No. 2020 | Corporate |

## **Exhibit 3**

**Tier 3 Ordinary Course Professionals**

**Tier 3 OCP List**

| LEGAL PROFESSIONAL | ADDRESS | LEGAL SERVICES PERFORMED BY PROFESSIONAL |
|---|---|---|
| Araque, Reyna, Sosa, Viso y asociados | Office 80C, 8th Floor, Tower "C", Centro Lido, Avenida Francisco de Miranda, El Rosal, Caracas | Corporate |
| Augusta Abogados, S.L.P. | Vía Augusta 252, 4ª - 08017 Barcelona | Consumer Litigation |
| Amaral, Biazzo, Portela & Zucca Sociedade De Advogados a/k/a asbz | Av. Brig. Faria Lima, 4285, 4º andar - Itaim Bibi, São Paulo, SP, Brazil, Zip Code 04538-133 | Corporate |
| Bruchou & Funes de Rioja | Ingeniero Enrique Butty 275, Piso 11, Beunos Aires, Argentina | Tax |
| Bottini & Tamasauskas Avogados | Alameda Santos 2441, And 10, São Paulo, SP, 01419-101 Br | Compliance |
| CFMA S.C. a/k/a Cambiaso y Ferrari Abogados | Cerrito 1186, 8th Floor, City of Buenos Aires, Argentina, Zip code C1010AAX | Corporate |
| Carneiro de Oliveira Sociedade de Advogados | Rua Dr. Renato Paes de Barros, nr. 778, 10th floor, Itaim Bibi. São Paulo, SP, Brazil, Zip Code 04530-001 | Corporate |
| Chediak, Lopes da Costa e Cristófaro – Advogados | Rua Helena 235, andar 6, Vila Olimpia, São Paulo, SP, Brazil, CEP 04.552-050 | Corporate |
| CMC Abogados SAS | 10B Street #36-32, Office 402, Medellin, Colombia | Corporate |
| CPA Ferrere | Juncal 1392 Montevideo, Uruguay | Corporate |

| Asesoria y Consultoria para el Desarrollo de Lineas de Negocio S.A.S. d/b/a Consultores Especializados | Boulevard Anillo Periferico Adolfo Lopez Mateos 4293 piso 3 int 300 Col. Jardines En la montana, Alcaldia Tlalpan, Ciudad de Mexico C.P. 14210 | Corporate |
|---|---|---|
| Di Ciero Advogados | Rua do Mercado nº 11/10º andar, Centro, Rio de Janeiro, RJ, CEP 20010-120 | Corporate |
| EHZ Sarl d'Avocats | 11 bis rue Portalis, 75008 Paris, France | Consumer Litigation |
| Elizabeth Mireya Freidenberg Law Firm | Rua 25 de Mayo 611, Floor 3, Office 3, Bueno Aires, Argentina (Zip Code: 1002) | Consumer Litigation |
| Sergio Bermudes Advogados / Escritório de Advocacia Sergio Bermudes | Rua Prof. Atilio Innocenti, 165, 9th floor, São Paulo, SP, Brazil, Zip Code 04538-000 | Corporate Litigation |
| Estudio Olaechea | Calle Bernando Monteagudo No. 201, Lima, Peru | Corporate |
| Flores, Olivares, Cobián Abogados & Consultores, S.C. | Blvd. Adolfo López Mateos 4293, Piso 3 Interior 300 Jardines de la Montaña, Ciudad de México, 14210 | Corporate |
| Focaccia Amaral e Lamonica Sociedade de Advogados | Rua Gomes de Carvalho, No. 1507, Andares 4, 5 e 9, Bloco B, Vila Olimpia, São Paulo, SP, Brazil, Zip Code 04.547-005 | Corporate |
| GHP Attorneys at Law / Abogados | Ricardo Brugada No. 196, Asuncion, Paraguay | Corporate |
| Gonzalez & Ferraro Mila | Palacio Benini – Juan Maria Gutierrez 3765, 4th floor, Buenos Aires, Argentina | Corporate |
| Guyer & Regules | Rua Plaza Independencia 811 P.B., Montevideo, Uruguay | Corporate |

| Iokoi e Paiva Advogados | Avenida Professor Alfonso Bovero, nº 600, Loja, Perdizes, São Paulo, SP, CEP 05019-010 | Corporate |
|---|---|---|
| Karlis M. Novickis Advogados | Av. Engenheiro Luiz Carlos Berrini, nº. 105 apartamento 82K, Cidade Monções, São Paulo, SP, Brazil, CEP 04571-010 | Corporate |
| King & Spalding LLP | 200 S. Biscayne Boulevard, Suite 4700, Miami, FL 33131 | Corporate Litigation |
| Machado Meyer, Sendacz e Opice Advogados | Rua Joaquim Floria 1052, Cj 151 E 1, Sao Paulo, SP, 04534-004 Br | Corporate |
| Maeda, Ayres e Sarubbi | Av. Juscelino Kubitschek 1700, 6º andar, Vila Olímpia, São Paulo, SP, Brazil, CEP: 04552-080 | Corporate |
| Maples and Calder (Cayman) LLP | Ugland House, 121 South Church Street, George Town, Grand Cayman, KY1-1104, Cayman Islands | Corporate |
| Marta Stolze Lyrio Sociedade Individual de Advocacia | Luis Viana Filho Avenue, nº 13223, Hangar Business Park Torre A, suite 613, Sao Cristovao, Salvador, BA, Brazil, Zip Code 41500-300 | Tax |
| Marval O'Farrell Mairal | Av. Leandro N. Alem 882. C1001AAQ., Buenos Aires, Argentina | Corporate |
| Mejía Pérez Legal Consulting | Calle Eduardo Vicioso 19, Torre Romance, Suite S1, Bella Vista, Distrito Nacional, Dominican Republic | Corporate |
| Mosquera Abogados S.A.S. | Cra. 7 # 71-21, Torre A, Ofc. 602, Bogota, Colombia | Corporate |
| MP Servicios Juridicos SpA | Rua Isidora Goyenechea, 2934, 10th Floor, 1001, Las Condes, Santiago de Chile | Corporate |
| Naranjo Martinez & Subia Cia. Ltda. | Rua Manuel Iturrey N28-05, Edif Artes, 4to Piso, Quito - Ecuador | Corporate |

| | | |
|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | 1200 17th Street, NW, Washington, DC 20036 | Corporate |
| Pipek, Penteado e Paes Manso, Advogados Associados | Avenida Paulista 1754, 9.0 andar CEP 01310-920, São Paulo, SP, Brazil | Labor |
| Posadas, Posadas & Vecino | Mones Roses 6937, Zip Code 11500, Montevideo, Uruguay | Corporate |
| Securato e Abdul Ahad Advogados | Rua Tabapua 1123, and 13 cj, São Paulo, SP, Brazil, Zip Code 04533-014 | Corporate |
| Shyamnarain Associates N.V. | Rua Wagenwegstraat 50, Paramaribo, Suriname | Corporate |
| Squire Patton Boggs International (DR), LTD. d/b/a Squire Patton Boggs Peña Prieto Gamundi | Av. Pedro Henríquez Ureña No. 157, Santo Domingo, Dominican Republic | Corporate |
| Vinicius Marques de Carvalho, Ticiana Nogueira da Cruz Lima e Marcela Mattiuzzo Advogados a/k/a VMCA Advogados | Rua Dr. Rafael de Barros, 210, 9th floor, São Paulo, SP, Brazil, Zip Code 04003-041 | Antitrust |
| Vieira Melo & Lionello Advogados | Av. Diário de Notícias, n. 200, 10º e 17º andares, Porto Alegre – RS, CEP: 90810-080 | Consumer Litigation |

**Exhibit 4**

**Tier 4 Ordinary Course Professionals**

**Tier 4 OCP List**

| LEGAL PROFESSIONAL | ADDRESS | LEGAL SERVICES PERFORMED BY PROFESSIONAL |
|---|---|---|
| Barbosa Müssnich e Aragão Advogados | Juscelino Kubitschek Av, 1455, 10th floor, São Paulo – SP, Brazil, Zip Code 04543-011 | Tax Litigation & Finance |
| Galdino e Coelho, Pimenta, Takemi, Ayoub Advogados | Rua João Lira, 144, Leblon, CEP 22430210, Rio de Janeiro, Brazil. | Corporate Litigation |
| Mattos Filho, Veiga Filho, Marrey Jr. e Quiroga Advogados | Alameda Joaquim Eugenio de Lima, 447, São Paulo, SP, 01403-001 Brazil | Tax & Finance & Corporate Litigation |
| M.J. Alves, Burle e Viana Advogados | Brasília – DF, na SHIS QI 09, Conjunto 20, Lote 3-5, CEP: 71.625-200 | Tax |
| Ogawa and Lazzerotti Advogados | Rua Pequetita 215, 14th floor, São Paulo, SP, Brazil, Zip Code 04552-060 | Tax Litigation |

# **EXHIBIT B**

**Redline**

**<u>Exhibit 1</u>**

**Tier 1 Ordinary Course Professionals**

**Tier 1 OCP List**

| LEGAL PROFESSIONAL | ADDRESS | LEGAL SERVICES PERFORMED BY PROFESSIONAL |
|---|---|---|
| Caldara e Queiroz Advogados | Avenida Rio Branco 116, 22º Floor, Centro, Rio de Janeiro, RJ Brazil, Zip Code20.040.001 | Consumer Litigation |
| Lefosse Advogados | Rua Tabapua 1227, 14 andar, São Paulo, Brazil | Corporate, Tax, Litigation, Finance, Contracts |
| Paixão Côrtes Advogados Associados | Setor de Administracao, QD 02 BL G, Brasilia, DF – Brazil, 70070-600 | Labor |
| Villemor, Trigueiro, Sauer e Advogados | Rua Farme de Amoedo nº 56º, 4º andar Ipanema, Rio de Janeiro, RJ, Brazil 22.420-020 | Consumer Litigation |

## Exhibit 2

**Tier 2 Ordinary Course Professionals**

**Tier 2 OCP List**

| LEGAL PROFESSIONAL | ADDRESS | LEGAL SERVICES PERFORMED BY PROFESSIONAL |
|---|---|---|
| Abi-Ackel Advogados Associados | 1049 Alagoas St, Savassi, 30.130-160, Belo Horizonte, Minas Gerais, Brazil | Consumer Litigation |
| ACF Abogados **Ltda.** | Calle Francisco Iriarte nº 5000, Edificio Fujita, Piso 2, Achumani**, La Paz, Bolivia** | Corporate |
| Barreto Veiga Sociedade de Advogados | Rua Fidencio Ramos, 160, 15th floor, Vila Olimpia, Zip Code 04551-010, São Paulo - SP, Brazil | Corporate |
| Daniel Carnio Costa | Rua Almeida Torres, 119, ap. 122B, Aclimação, São Paulo, SP, Brazil, Zip Code 01530-010 | Corporate Litigation (Legal Opinion) |
| De Luca, Derenusson, Schuttoff Sociedade de Advogados | Rua James Joule, 92 6 floor – 62, São Paulo, S.P. 04576-080, Brazil | Corporate |
| Desio Senra Sociedade de Advogados | Av. 9 de Julho, 4939, suite 41-A, São Paulo, SP, Brazil | Corporate |
| Haidamus e Associados Advocacia | R. Dr. Rafael de Barros, 210,  Paraíso, São Paulo, SP, Brazil, Zip Code ~~04003-042~~**04003-041** | Criminal Litigation |
| Kasznar Leonardos | Rua Teofilo Otoni, 63, and 5 sl 5, Rio de Janeiro, RJ, 20090-080 Brazil | IP & Marketing |
| Manoel Pereira Calças & Junqueira Sociedade de Advogados | Alameda dos Jurupis, n.º 1005, sl 104-B, Indianópolis, São Paulo, SP, Brazil, Zip Code 04.088-907 | Corporate Litigation (Legal Opinion) |
| Martins, Franco e Teixeira Sociedade de Advogados | Rua Gomes de Carvalho, 1507, 1st floor, Vila Olimpia, São Paulo, SP, Brazil, 04547-000 | Tax Litigation |
| Mascarenhas Barbosa Advogados | R. Alagoas 365, Jardim dos Estados, Campo Grande, MS Brasil 79.020-120 | Consumer Litigation |

| Mundie e Advogados | Avenida Brigadeiro Faria Lima, 3400 – 15th floor - São Paulo, SP, Brazil | Tax Litigation |
| NautaDutilh Avocats Luxembourg S.a.r.l. | 2, rue Jean Bertholet, L-1233 Luxembourg, Luxembourg | Corporate |
| Paul, ~~Weis~~**Weiss**, Wharton & Garrison LLP | 1285 Avenue of the Americas, New York, US | Corporate Litigation |
| Pinheiro Neto Advogados | Rua Hungria 1100, São Paulo, SP, Brazil, Zip Code 01455-906 | Tax |
| Queiroz Cavalcanti Advocacia | Rua da Hora, n  692, Espinheiro,Recife - PE, Pernambuco, Brazil, Zip Code 52020-015 | Consumer Litigation |
| Simonaggio Perícias Contabeis e em Economia S/S Ltda. | Rua George Ohm, 230, Torre B, 15º andar, Brooklin, São Paulo,SP, Brazil, CEP 04576-020 | Corporate |
| Souza Okawa Advogados | Brigadeiro Faria Lima Av., 1663, 14th floor, Jardim Paulistano, São Paulo, SP, Brazil, Zip Code 01.452-001 | Tax Litigation |
| Thomaz Bastos, Waisberg, Kurzweil Advogados Associados | Avenida Brigadeiro Faria Lima, 3311, 13th Floor, São Paulo/SP, Zip Code 0453-133, Brazil | Corporate Litigation |
| Wayar & von Borries Abogados S.C. | Av. Los Cusis No. 2020 | Corporate |

**Exhibit 3**

**Tier 3 Ordinary Course Professionals**

**Tier 3 OCP List**

| LEGAL PROFESSIONAL | ADDRESS | LEGAL SERVICES PERFORMED BY PROFESSIONAL |
|---|---|---|
| Araque, Reyna, Sosa, Viso y asociados | Office 80C, 8th Floor, Tower "C", Centro Lido, Avenida Francisco de Miranda, El Rosal, Caracas | Corporate |
| Augusta Abogados**, S.L.P.** | Vía Augusta 252, 4ª - 08017 Barcelona | Consumer Litigation |
| Amaral, Biazzo, Portela & Zucca Sociedade De Advogados **a/k/a asbz** | Av. Brig. Faria Lima, 4285, 4º andar - Itaim Bibi, São Paulo, SP, Brazil, Zip Code 04538-133 | Corporate |
| Bruchou & Funes de Rioja | Ingeniero Enrique Butty 275, Piso 11, Beunos Aires, Argentina | Tax |
| Bottini & Tamasauskas Avogados | Alameda Santos 2441, And 10, São Paulo, SP, 01419-101 Br | Compliance |
| CFMA S.C. a/k/a Cambiaso y Ferrari Abogados | Cerrito 1186, 8th Floor, City of Buenos Aires, Argentina, Zip code C1010AAX | Corporate |
| Carneiro de Oliveira Sociedade de Advogados | Rua Dr. Renato Paes de Barros, nr. 778, 10th floor, Itaim Bibi. São Paulo, SP, Brazil, Zip Code 04530-001 | Corporate |
| Chediak, Lopes da Costa e Cristófaro – Advogados | Rua Helena 235, andar 6, Vila Olimpia, São Paulo, SP, Brazil, CEP 04.552-050 | Corporate |
| CMC Abogados SAS | 10B Street #36-32, Office 402, Medellin, Colombia | Corporate |
| CPA ~~Ferrer~~**Ferrere** | Juncal 1392 Montevideo, Uruguay ~~, Edificio Ferrere~~ | Corporate |
| Asesoria y Consultoria para el | Boulevard Anillo Periferico Adolfo Lopez Mateos 4293 piso 3 int 300 Col. Jardines En la montana, Alcaldia | Corporate |

| | | |
|---|---|---|
| Desarrollo de Lineas de Negocio S.A.S. d/b/a Consultores Especializados | Tlalpan, Ciudad de Mexico C.P. 14210 | |
| **Di Ciero Advogados** | **Rua do Mercado nº 11/10º andar, Centro, Rio de Janeiro, RJ, CEP 20010-120** | **Corporate** |
| EHZ Sarl d'Avocats | 11 bis rue Portalis, 75008 Paris, France | Consumer Litigation |
| Elizabeth Mireya Freidenberg Law Firm | Rua 25 de Mayo 611, Floor 3, Office 3, Bueno Aires, Argentina (Zip Code: 1002) | Consumer Litigation |
| Sergio Bermudes Advogados / Escritório de Advocacia Sergio Bermudes | Rua Prof. Atilio Innocenti, 165, 9th floor, São Paulo, SP, Brazil, Zip Code 04538-000 | Corporate Litigation |
| Estudio Olaechea | Calle Bernando Monteagudo No. 201, Lima, Peru | Corporate |
| Flores, Olivares, Cobián Abogados & Consultores, S.C. | Blvd. Adolfo López Mateos 4293, Piso 3 Interior 300 Jardines de la Montaña, Ciudad de México, 14210 | Corporate |
| Focaccia Amaral e Lamonica Sociedade de Advogados | Rua Gomes de Carvalho, No. 1507, Andares 4, 5 e 9, Bloco B, Vila Olimpia, São Paulo, SP, Brazil, Zip Code 04.547-005 | Corporate |
| GHP Attorneys at Law / Abogados | Ricardo Brugada No. 196, Asuncion, Paraguay | Corporate |
| Gonzalez & Ferraro Mila | Palacio Benini – Juan Maria Gutierrez 3765, 4th floor, Buenos Aires, Argentina | Corporate |
| Guyer & Regules | Rua Plaza Independencia 811 P.B., Montevideo, Uruguay | Corporate |
| Iokoi e Paiva Advogados | Avenida Professor Alfonso Bovero, nº 600, Loja, Perdizes, São Paulo, SP, CEP 05019-010 | Corporate |
| Karlis M. Novickis Advogados | Av. Engenheiro Luiz Carlos Berrini, nº. 105 apartamento 82K, Cidade Monções, São Paulo, SP, Brazil, CEP | Corporate |

| | 04571-010 | |
|---|---|---|
| King & Spalding LLP | 200 S. Biscayne Boulevard, Suite 4700, Miami, FL 33131 | Corporate Litigation |
| Machado Meyer, Sendacz e Opice Advogados | Rua Joaquim Floria 1052, Cj 151 E 1, Sao Paulo, SP, 04534-004 Br | Corporate |
| Maeda, Ayres e Sarubbi | Av. Juscelino Kubitschek 1700, 6º andar, Vila Olímpia, São Paulo, SP, Brazil, CEP: 04552-080 | Corporate |
| Maples and Calder (Cayman) LLP | Ugland House, 121 South Church Street, George Town, Grand Cayman, KY1-1104, Cayman Islands | Corporate |
| Marta Stolze Lyrio Sociedade Individual de Advocacia | Luis Viana Filho Avenue, nº 13223, Hangar Business Park Torre A, suite 613, Sao Cristovao, Salvador, BA, Brazil, Zip Code 41500-300 | Tax |
| Marval O'Farrell Mairal | Av. Leandro N. Alem 882. C1001AAQ., Buenos Aires, Argentina | Corporate |
| Mejía Pérez Legal Consulting | Calle Eduardo Vicioso 19, Torre Romance, Suite S1, Bella Vista, Distrito Nacional, Dominican Republic | Corporate |
| Mosquera Abogados S.A.S. | Cra. 7 # 71-21, Torre A, Ofc. 602, Bogota, Colombia | Corporate |
| MP Servicios Juridicos SpA | Rua Isidora Goyenechea, 2934, 10th Floor, 1001, Las Condes, Santiago de Chile | Corporate |
| Naranjo Martinez & Subia Cia. Ltda. | Rua Manuel Iturrey N28-05, Edif Artes, 4to Piso, Quito - Ecuador | Corporate |
| Pillsbury Winthrop Shaw Pittman LLP | 1200 17th Street, NW, Washington, DC 20036 | Corporate |
| Pipek, Penteado e Paes Manso, Advogados Associados | Avenida Paulista 1754, 9.0 andar CEP 01310-920, São Paulo, SP, Brazil | Labor |

| Posadas, Posadas & Vecino | Mones Roses 6937, Zip Code 11500, Montevideo, Uruguay | Corporate |
|---|---|---|
| Securato e Abdul Ahad Advogados | Rua Tabapua 1123, and 13 cj, São Paulo, SP, Brazil, Zip Code 04533-014 | Corporate |
| Shyamnarain Associates N.V. | Rua Wagenwegstraat 50, Paramaribo, Suriname | Corporate |
| **Squire Patton Boggs International (DR), LTD. d/b/a** Squire Patton Boggs Peña Prieto Gamundi | Av. Pedro Henríquez Ureña No. 157, Santo Domingo, Dominican Republic | Corporate |
| Vinicius Marques de Carvalho, Ticiana Nogueira da Cruz Lima e Marcela Mattiuzzo Advogados a/k/a VMCA Advogados | Rua Dr. Rafael de Barros, 210, 9th floor, São Paulo, SP, Brazil, Zip Code 04003-041 | Antitrust |
| Vieira Melo & Lionello **Advogados** | Av. Diário de Notícias, n. 200, 10º e 17º andares, Porto Alegre – RS, CEP: 90810-080 | Consumer Litigation |

**<u>Exhibit 4</u>**

**Tier 4 Ordinary Course Professionals**

**Tier 4 OCP List**

| LEGAL PROFESSIONAL | ADDRESS | LEGAL SERVICES PERFORMED BY PROFESSIONAL |
|---|---|---|
| Barbosa Müssnich e Aragão Advogados | Juscelino Kubitschek Av, 1455, 10th floor, São Paulo – SP, Brazil, Zip Code 04543-011 | Tax Litigation & Finance |
| Galdino e Coelho ~~Sociedade de~~**, Pimenta, Takemi, Ayoub** Advogados ~~Associados~~ | Rua ~~Brg Faria Lima 3900, And 11, São Paulo, SP, 04538-132 Br~~**João Lira, 144, Leblon, CEP 22430210, Rio de Janeiro, Brazil.** | Corporate Litigation |
| Mattos Filho, Veiga Filho, Marrey Jr. ~~E~~**e** Quiroga Advogados | Alameda Joaquim Eugenio de Lima, 447, São Paulo, SP, 01403-001 Brazil | Tax & Finance & Corporate Litigation |
| M.J. Alves, Burle e Viana Advogados | Brasília – DF, na SHIS QI 09, Conjunto 20, Lote 3-5, CEP: 71.625-200 | Tax |
| Ogawa and Lazzerotti Advogados | Rua Pequetita 215, 14th floor, São Paulo, SP, Brazil, Zip Code 04552-060 | Tax Litigation |