**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GOL LINHAS AÉREAS INTELIGENTES S.A., *et al*.,[1] | Case No. 24-10118 (MG) |
| Debtors. | (Jointly Administered) |

<u>**AFFIDAVIT OF SERVICE**</u>

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as <u>**Exhibit A**</u>:

- Order Authorizing the Filing of Certain Information Under Seal in Connection with Debtors' Motion for Entry of an Order (I) Authorizing Them to Enter into Sale and Leaseback Agreements with AerCap Ireland Limited and (II) Granting Related Relief [Docket No. 739]

- Order (I) Authorizing the Debtors to Enter into Sale and Leaseback Agreements with AerCap Ireland Limited and (II) Granting Related Relief [Docket No. 740]

- Notice of Discovery Conference on July 1, 2024, at 2:00 p.m. (prevailing Eastern Time) [Docket No. 741]

---

[1] The Debtors in these chapter 11 cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo De Investimento Multimercado Crédito Privado Investimento No Exterior (N/A); Sorriso Fundo De Investimento Em Cotas De Fundos De Investimento Multimercado Crédito Privado Investimento No Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' principal offices are located at Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

Dated: June 27, 2024

/s/ Engels Medina
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 27, 2024, by Engels Medina, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 80314

**Exhibit A**

# Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 5 SECURED CREDITORS | ABRA GLOBAL FINANCE | ATTN: JORGE MARIN - CONTROLLER<br>WILLOW HOUSE, CRICKET SQUARE<br>4TH FLOOR<br>GRAND CAYMAN KY1-9010 CAYMAN ISLANDS | JMM@ABRAGROUP.NET | First Class Mail and Email |
| COUNSEL TO ELLIOT INVESMTNENT MANAGEMENT L.P. | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF, PHILIP C. DUBLIN, ZACH LANIER, OMID RAHNAMA<br>ONE BRYANT PARK<br>NEW YORK NY 10036 | IDIZENGOFF@AKINGUMP.COM<br>PDUBLIN@AKINGUMP.COM<br>ZLANIER@AKINGUMP.COM<br>ORAHNAMA@AKINGUMP.COM | Email |
| COUNSEL TO AMERICAN AIRLINES, INC. | AMERICAN AIRLINES, INC. | ATTN: DONALD BROADFIELD, JR.<br>1 SKYVIEW DRIVE, MD 8B503<br>FORT WORTH TX 76155 | DONALD.BROADFIELDJR@AA.COM | Email |
| COUNSEL TO BANCO DO BRASIL S.A. | BAKER & MCKENZIE LLP | ATTN: DANIELA FONSECA PUGGINA<br>1111 BRICKELL AVENUE<br>10TH FLOOR<br>MIAMI FL 33131 | DANIELA.FONSECAPUGGINA@BAKERMCKENZIE.COM | Email |
| COUNSEL TO BANCO DO BRASIL S.A. | BAKER & MCKENZIE LLP | ATTN: DEBRA A. DANDENEAU<br>452 FIFTH AVENUE<br>NEW YORK NY 10018 | DEBRA.DANDENEAU@BAKERMCKENZIE.COM | Email |
| TOP 5 SECURED CREDITORS | BANCO DO BRASIL S.A. | ATTN: RODRIGO SZABO LUIZ<br>AV PAULISTA<br>1230 7° ANDAR<br>B VISTA, CEP 01310-100 BRAZIL | RODRIGOSZABO@BB.COM.BR | First Class Mail and Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | CHAMBERS OF HONORABLE JUDGE MARTIN GLENN | GOL LINHAS CHAMBERS COPY<br>US BANKRUPTCY COURT SDNY<br>ONE BOWLING GREEN<br>NEW YORK NY 10004-1408 | | First Class Mail |
| COMMONWEALTH OF PUERTO RICO | COMMONWEALTH OF PUERTO RICO | ATTENTION BANKRUPTCY DEPT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | | First Class Mail |
| COUNSEL TO AZUL S.A. | DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER, TIMOTHY GRAULICH, JOSH STURM<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | MARSHALL.HUEBNER@DAVISPOLK.COM<br>TIMOTHY.GRAULICH@DAVISPOLK.COM<br>JOSHUA.STURM@DAVISPOLK.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF ABRA NOTEHOLDERS | DECHERT LLP | ATTN: ALLAN S. BRILLIANT STEPHEN M. WOLPERT ERIC O. HILMO DONGHAO (HELEN) YAN, MICHAEL LOSCO<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | ALLAN.BRILLIANT@DECHERT.COM<br>STEPHEN.WOLPERT@DECHERT.COM<br>ERIC.HILMO@DECHERT.COM<br>HELEN.YAN@DECHERT.COM<br>MICHAEL.LOSCO@DECHERT.COM | Email |
| COUNSEL TO HONEYWELL INTERNATIONAL, INC. | DYKEMA GOSSETT PLLC | ATTN: DEBORAH D. WILLIAMSON, DANIELLE R. BEHRENDS<br>112 EAST PECAN STREET<br>SUITE 1800<br>SAN ANTONIO TX 78205 | DWILLIAMSON@DYKEMA.COM<br>DBEHRENDS@DYKEMA.COM | Email |
| COUNSEL TO COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION | EMMET, MARVIN & MARTIN, LLP | ATTN: THOMAS A. PITTA, JUDITH SWARTZ<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK NY 10271 | TPITTA@EMMETMARVIN.COM<br>JSWARTZ@EMMETMARVIN.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| FEDERAL AVIATION ADMINISTRATION | FEDERAL AVIATION ADMINISTRATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>800 INDEPENDENCE AVENUE, SW<br>WASHINGTON DC 20591 | | First Class Mail |
| COUNSEL TO GOL 2026 SENIOR SECURED NOTES AD HOC GROUP | HOGAN LOVELLS US LLP | ATTN: DAVID P. SIMONDS, EDWARD J. MCNEILLY<br>1999 AVENUE OF THE STARS<br>SUITE 1400<br>LOS ANGELES CA 90067 | DAVID.SIMONDS@HOGANLOVELLS.COM<br>EDWARD.MCNEILLY@HOGANLOVELLS.COM | Email |
| COUNSEL TO GOL 2026 SENIOR SECURED NOTES AD HOC GROUP | HOGAN LOVELLS US LLP | ATTN: JOHN D. BECK, PIETER VAN TOL, JENNIFER Y. LEE<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | JOHN.BECK@HOGANLOVELLS.COM<br>PIETER.VANTOL@HOGANLOVELLS.COM<br>JENNIFER.LEE@HOGANLOVELLS.COM | Email |



Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO SAPPHIRE LEASING I (AOE 7) LIMITED; UMB BANK, NATIONAL ASSOCIATION ESNS 889564, 888558; UMB BANK NATIONAL ASSOCIATION MSN 60715; UMB BANK NATIONAL ASSOCIATION MSN 67772; BOC AVIATION (IRELAND) LIMITED; SFV AIRCRAFT HOLDINGS IRE TLC DAC; SFV AIRCRAFT HOLDINGS IRE 1 DESIGNATED ACIVITY COMPANY; BANK OF UTAH MSN 34654; BANK OF UTAH MSN 34655;  EOS AVIATION 4 (IRELAND) LIMITED; EOS AVIATION 9 (IRELAND) LIMITED; SKY HIGH LXXXV LEASING COMPANY LIMITED; BANK OF UTAH MSN 44008; BANK OF UTAH MSN 44023; BANK OF UTAH MSN 44031; BANK OF UTAH MSN 34997; BANK OF UTAH MSN 34998; AERDRAGON AVIATION PARTNERS LIMITED; DRAGAO AVIACAO LEASING LIMITED; C&E ENGINE LEASING LIMITED; ENGINE LEASE FINANCE CORPORATION, AWAS 43989 Trust, AWAS 43987 Trust, AWAS 43986 Trust, AWAS 43990 Trust, DAE (SABS) Leasing (Ireland) 45 Designated Activity Company, Navigator Aviation MSN 39613 Trust, DAE 40235 Trust, AWAS 32415 Trust, Dubai Aerospace Enterprise (DAE) Ltd, SMBC AVIATION CAPITAL LIMITED, JETAIR 11 LIMITED (F/K/A SKY AIRCRAFT 841163 LIMITED), JETAIR 10 LIMITED (F/K/A SKY AIRCRAFT 839629 LIMITED), GLOBAL AVIATION EQUIPMENT LEASING I IRELAND LIMITED, GAL MSN 39614 LIMITED, AGUAPEI AVIATION LEASING LIMITED (F/K/A SKY AIRCRAFT 839634 LIMITED), PIONEER AIRCRAFT LEASING THREE LIMITED | HOLLAND & KNIGHT LLP | ATTN: BARBRA R. PARLIN, ESQ, 31 WEST 52ND ST. NEW YORK NY 10019 | BARBRA.PARLIN@HKLAW.COM | Email |
| COUNSEL TO SAPPHIRE LEASING I (AOE 7) LIMITED; UMB BANK, NATIONAL ASSOCIATION ESNS 889564, 888558; UMB BANK NATIONAL ASSOCIATION MSN 60715; UMB BANK NATIONAL ASSOCIATION MSN 67772; BOC AVIATION (IRELAND) LIMITED; SFV AIRCRAFT HOLDINGS IRE TLC DAC; SFV AIRCRAFT HOLDINGS IRE 1 DESIGNATED ACIVITY COMPANY; BANK OF UTAH MSN 34654; BANK OF UTAH MSN 34655;  EOS AVIATION 4 (IRELAND) LIMITED; EOS AVIATION 9 (IRELAND) LIMITED; SKY HIGH LXXXV LEASING COMPANY LIMITED; BANK OF UTAH MSN 44008; BANK OF UTAH MSN 44023; BANK OF UTAH MSN 44031; BANK OF UTAH MSN 34997; BANK OF UTAH MSN 34998; AERDRAGON AVIATION PARTNERS LIMITED; DRAGAO AVIACAO LEASING LIMITED; C&E ENGINE LEASING LIMITED; ENGINE LEASE FINANCE CORPORATION, AWAS 43989 Trust, AWAS 43987 Trust, AWAS 43986 Trust, AWAS 43990 Trust, DAE (SABS) Leasing (Ireland) 45 Designated Activity Company, Navigator Aviation MSN 39613 Trust, DAE 40235 Trust, AWAS 32415 Trust, Dubai Aerospace Enterprise (DAE) Ltd, SMBC AVIATION CAPITAL LIMITED, JETAIR 11 LIMITED (F/K/A SKY AIRCRAFT 841163 LIMITED), JETAIR 10 LIMITED (F/K/A SKY AIRCRAFT 839629 LIMITED), GLOBAL AVIATION EQUIPMENT LEASING I IRELAND LIMITED, GAL MSN 39614 LIMITED, AGUAPEI AVIATION LEASING LIMITED (F/K/A SKY AIRCRAFT 839634 LIMITED), PIONEER AIRCRAFT LEASING THREE LIMITED | HOLLAND & KNIGHT LLP | ATTN: ROBERT W. JONES, ESQ. , BRIAN SMITH ESQ. 1722 ROUTH STREET SUITE 1500 DALLAS TX 75201 | ROBERT.JONES@HKLAW.COM BRIAN.SMITH@HKLAW.COM | Email |
| PROPOSED CO-COUNSEL TO DEBTOR | HUGHES HUBBARD & REED LLP | ATTN: JEFF MARGOLIN, KATIE COLEMAN, CHRIS GARTMAN ONE BATTERY PARK PLAZA 16TH FLOOR NEW YORK NY 10004-1482 | JEFF.MARGOLIN@HUGHESHUBBARD.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | First Class Mail and Email |
| COUNSEL TO AMERICAN AIRLINES, INC. | LATHAM & WATKINS LLP | ATTN: ANDREW SORKIN JONATHAN J. WEICHSELBAUM 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 | ANDREW.SORKIN@LW.COM JON.WEICHSELBAUM@LW.COM | Email |
| COUNSEL TO AKAD SEGUROS S.A | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: MINYAO WANG 77 WATER STREET SUITE 2100 NEW YORK NY 10005 | MINYAO.WANG@LEWISBRISBOIS.COM | Email |
| COUNSEL TO AKAD SEGUROS S.A | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: RICHARD S. LAUTER 550 W ADAMS STREET SUITE 3000 CHICAGO IL 60661 | RICHARD.LAUTER@LEWISBRISBOIS.COM | Email |
| COUNSEL TO GE AEROSPACE AND CFMI | MAYER BROWN LLP | ATTN: LISA A. HOLL CHANG 71 SOUTH WACKER DRIVE CHICAGO IL 60606 | LHOLLCHANG@MAYERBROWN.COM | Email |
| COUNSEL TO GE AEROSPACE AND CFMI | MAYER BROWN LLP | ATTN: LOUIS S. CHIAPPETTA, DABIN CHUNG, DANIELLE A. SIGAL 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 | LCHIAPPETTA@MAYERBROWN.COM DCHUNG@MAYERBROWN.COM DSIGAL@MAYERBROWN.COM | Email |
| COUNSEL TO U.S. SPECIALTY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER 300 DELAWARE AVE SUITE 1014 WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM | Email |
| COUNSEL TO GENESIS AIRCRAFT SERVICES LIMITED, GENESIS FUNDING SWEDEN 1 AB, AND GENESIS FUNDING NORWAY 1 AS (COLLECTIVELY "GENESIS") | MCGUIREWOODS LLP | ATTN: SHAWN R. FOX HA YOUNG CHUNG 1251 AVENUE OF THE AMERICAS 20TH FLOOR NEW YORK NY 10020-1104 | SFOX@MCGUIREWOODS.COM HCHUNG@MCGUIREWOODS.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | MILBANK LLP | ATTN: ANDREW M. LEBLANC, ERIN E. DEXTER<br>1850 K ST. NW<br>SUITE 1100<br>WASHINGTON DC 20006 | ALEBLANC@MILBANK.COM<br>EDEXTER@MILBANK.COM | Email |
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | MILBANK LLP | ATTN: EVAN R. FLECK, ANDREW C. HARMEYER, BRYAN V. UELK<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | EFLECK@MILBANK.COM<br>AHARMEYER@MILBANK.COM<br>BUELK@MILBANK.COM<br>IDOYLE@MILBANK.COM | Email |
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | MILBANK LLP | ATTN: GREGORY A. BRAY<br>2029 CENTURY PARK EAST<br>33RD FLOOR<br>LOS ANGELES CA 90067 | GBRAY@MILBANK.COM | Email |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE ("WILMINGTON TRUST") | MORGAN, LEWIS & BOCKIUS LLP | ATTN: GLENN E. SIEGEL, GRAHAM L. FISHER<br>101 PARK AVENUE<br>NEW YORK NY 10178-0060 | GLENN.SIEGEL@MORGANLEWIS.COM<br>GRAHAM.FISHER@MORGANLEWIS.COM | Email |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, IN ITS CAPACITY AS INDENTURE TRUSTEE ("WILMINGTON TRUST") | MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARY E. CIULLO<br>1 FEDERAL STREET<br>BOSTON MA 02110-1726 | MARYBETH.CIULLO@MORGANLEWIS.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | | First Class Mail |
| OFFICE OF THE ATTORNEY GENERAL GUAM | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPT<br>590 S. MARINE CORPS DR., SUITE 901<br>TAMUNING GU 96913 | | First Class Mail |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: ANNIE WELLS, BRIAN MASUMOTO<br>ONE BOWLING GREEN<br>NEW YORK NY 10004 | ANNIE.WELLS@USDOJ.GOV<br>BRIAN.MASUMOTO@USDOJ.GOV | First Class Mail and Email |
| INTERESTED PARTY | PRIVATE PORTFOLIO | ATTN: RICARDO LLANOS<br>17038 REDLAND RD.<br>SUITE 120<br>SAN ANTONIO TX 78247 | RLLANOS@PRIVATEPORTFOLIO.COM | Email |
| PROPOSED SPECIAL LITIGATION COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE, DEBRA D. O'GORMAN, ERIC KAY, ANIL MAKHIJANI<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK NY 10010 | SUSHEELKIRPALANI@QUINNEMANUEL.COM<br>JAMESTECCE@QUINNEMANUEL.COM<br>ERICKAY@QUINNEMANUEL.COM<br>ANILMAKHIJANI@QUINNEMANUEL.COM<br>DEBRAOGORMAN@QUINNEMANUEL.COM | Email |
| COUNSEL FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE 3.75% EXCHANGEABLE SENIOR NOTES DUE 2024, 7.00% SENIOR NOTES DUE 2025, AND 8.75% PERPETUAL NOTE | REED SMITH LLP | ATTN: JASON D. ANGELO<br>1201 N. MARKET STREET<br>SUITE 1500<br>WILMINGTON DE 19801 | JANGELO@REEDSMITH.COM | Email |
| COUNSEL FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE 3.75% EXCHANGEABLE SENIOR NOTES DUE 2024, 7.00% SENIOR NOTES DUE 2025, AND 8.75% PERPETUAL NOTE | REED SMITH LLP | ATTN: KURT F. GWYNNE<br>599 LEXINGTON AVENUE<br>22ND FLOOR<br>NEW YORK NY 10022 | KGWYNNE@REEDSMITH.COM | Email |
| COUNSEL FOR THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE 3.75% EXCHANGEABLE SENIOR NOTES DUE 2024, 7.00% SENIOR NOTES DUE 2025, AND 8.75% PERPETUAL NOTE | REED SMITH LLP | ATTN: LUKE A. SIZEMORE<br>225 FIFTH AVENUE<br>SUITE 1200<br>PITTSBURGH PA 15222 | LSIZEMORE@REEDSMITH.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| COUNSEL TO AERCAP IRELAND LIMITED | SIDLEY AUSTIN LLP | ATTN: MICHAEL G. BURKE, ESQ., ANNE G. WALLICE, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | MGBURKE@SIDLEY.COM<br>ANNE.WALLICE@SIDLEY.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | First Class Mail and Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | First Class Mail and Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | First Class Mail and Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV | First Class Mail and Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | First Class Mail and Email |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | First Class Mail and Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | First Class Mail and Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | First Class Mail and Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601 | | First Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | First Class Mail and Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>6 STATE HOUSE STATION<br>AUGUSTA  ME 04333-0000 | | First Class Mail |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | First Class Mail and Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 | | First Class Mail |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | First Class Mail and Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | First Class Mail and Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | First Class Mail and Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | First Class Mail and Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | First Class Mail and Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | First Class Mail and Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | | First Class Mail |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY UNIT, CIVIL RECOVERIES BUREAU<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | First Class Mail and Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | First Class Mail and Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | First Class Mail and Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | GINA.HANTEL@AG.TN.GOV | First Class Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | First Class Mail and Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV<br>AGO.Info@vermont.gov | First Class Mail and Email |

In re: GOL Linhas Aéreas Inteligentes S.A., et al.
Case No. 24-10118 (MG)

Page 5 of 7

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND  VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | First Class Mail and Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO BANCO SANTANDER (BRASIL) S.A. | STEPTOE LLP | ATTN: JEFFREY M. REISNER<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | JREISNER@STEPTOE.COM | Email |
| COUNSEL TO BANCO SANTANDER (BRASIL) S.A. | STEPTOE LLP | ATTN: JOSHUA R. TAYLOR<br>1330 CONNECTICUT AVENUE, N.W.<br>WASHINGTON DC 20036 | JRTAYLOR@STEPTOE.COM | Email |
| TOP 5 SECURED CREDITORS AND TOP 30 UNSECURED CREDITORS | THE BANK OF NEW YORK MELLON | ATTN: ALEX T. CHANG<br>240 GREENWICH STREET<br>NEW YORK NY 10286 | ALEX.CHANG@BNYMELLON.COM | First Class Mail and Email |
| COUNSEL TO BANCO BRADESCO S.A | THE LAW OFFICES OF RICHARD J CORBI PLLC | ATTN: RICHARD J. CORBI<br>1501 BROADWAY<br>12TH FLOOR<br>NEW YORK NY 10036 | RCORBI@CORBILAW.COM | Email |
| COUNSEL TO LATAM AIRLINES GROUP S.A. AND CREDITOR TAM LINHAS AÉREAS S.A. (COLLECTIVELY, "LATAM") | TOGUT, SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ, ESQ., BRYAN M. KOTLIAR, ESQ., JARED C. BORRIELLO, ESQ., BRIAN F. SHAUGNESSY, ESQ.<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK NY 10119 | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>BSHAUGHNESSY@TEAMTOGUT.COM<br>JBORRIELLO@TEAMTOGUT.COM | Email |
| COUNSEL TO DELTA AIR LINES, INC. | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: GARY W. MARSH<br>600 PEACHTREE STREET, NE<br>SUITE 3000<br>ATLANTA GA 30308 | GARY.MARSH@TROUTAN.COM | Email |
| COUNSEL TO DELTA AIR LINES, INC. | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: MATHEW R. BROOKS, JESSICA D. MIKHAILEVICH<br>875 THIRD AVENUE<br>NEW YORK NY 10022 | MATHEW.BROOKS@TROUTAN.COM<br>JESSICA.MIKHAILEVICH@TROUTAN.COM | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION<br>86 CHAMBERS STREET<br>3RD FLOOR<br>NEW YORK NY 10007 | JEFFREY.OESTERICHER@USDOJ.GOV<br>LAWRENCE.FOGELMAN@USDOJ.GOV<br>PETER.ARONOFF@USDOJ.GOV<br>LINDA.RIFFKIN@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO JACKSON SQUARE AVIATION IRELAND LIMITED, JACKSON SQUARE AVIATION, LLC, JSA INTERNATIONAL U.S. HOLDINGS, LLC, ORIX AVIATION SYSTEMS LIMITED, KORNERSTONE AIRLEASE NO. 1 LIMITED, WWTAI AIROPCO II DAC, AVIATION CAPITAL GROUP LLC, SANTA ROSA LEASING LLC, ZEPHYRUS CAPITAL AVIATION PARTNERS 2A LIMITED, ZEPHYRUS CAPITAL AVIATION PARTNERS 1F LIMITED, MACQUARIE AEROSPACE FINANCE 35845-2 TRUST, MERINO AEROSPACE FINANCE 35845 LIMITED, MACQUARIE AIRFINANCE ACQUISITIONS (UK) LIMITED, AND MERINO AEROSPACE FINANCE 36566 LIMITED | VEDDER PRICE P.C | ATTN: MICHAEL J. EDELMAN<br>1633 BROADWAY<br>31ST FLOOR<br>NEW YORK NY 10019 | MJEDELMAN@VEDDERPRICE.COM | Email |
| COUNSEL TO JACKSON SQUARE AVIATION IRELAND LIMITED, JACKSON SQUARE AVIATION, LLC, JSA INTERNATIONAL U.S. HOLDINGS, LLC, ORIX AVIATION SYSTEMS LIMITED, KORNERSTONE AIRLEASE NO. 1 LIMITED, WWTAI AIROPCO II DAC, AVIATION CAPITAL GROUP LLC, SANTA ROSA LEASING LLC, ZEPHYRUS CAPITAL AVIATION PARTNERS 2A LIMITED, ZEPHYRUS CAPITAL AVIATION PARTNERS 1F LIMITED, MACQUARIE AEROSPACE FINANCE 35845-2 TRUST, MERINO AEROSPACE FINANCE 35845 LIMITED, MACQUARIE AIRFINANCE ACQUISITIONS (UK) LIMITED, AND MERINO AEROSPACE FINANCE 36566 LIMITED | VEDDER PRICE P.C | ATTN: WILLIAM W. THORSNESS, BROOKE BLACKWELL<br>222 N. LASALLE ST.<br>STE. 2600<br>CHICAGO IL 60601 | WTHORSNESS@VEDDERPRICE.COM<br>BBLACKWELL@VEDDERPRICE.COM | Email |
| COUNSEL TO ABRA GROUP LIMITED AND ABRA GLOBAL FINANCE | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD G. MASON, ESQ, AMY R. WOLF, ESQ, BENJAMIN S. ARFA, ESQ, ANGELA K. HERRING, ESQ,<br>51 WEST 52ND STREET<br>NEW YORK NY 10019-6150 | RGMASON@WLRK.COM<br>ARWOLF@WLRK.COM<br>BSARFA@WLRK.COM<br>AKHERRING@WLRK.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO RECARO AIRCRAFT SEATING AMERICAS, LLC | WARNER NORCROSS + JUDD LLP | ATTN: GORDON J. TOERING<br>150 OTTAWA AVENUE NW<br>SUITE 1500<br>GRAND RAPIDS MI 49503 | GTOERING@WNJ.COM | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | First Class Mail and Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GOL LINHAS AÉREAS INTELIGENTES S.A., ET AL. (THE "COMMITTEE") | WILLKIE FARR & GALLAGHER LLP | ATTN: BRETT H. MILLER, TODD M. GOREN, CRAIG A. DAMAST, JAMES H. BURBAGE<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | BMILLER@WILLKIE.COM<br>TGOREN@WILLKIE.COM<br>CDAMAST@WILLKIE.COM<br>JBURBAGE@WILLKIE.COM | Email |