**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re:                                                              :    Chapter 11
:
GOL LINHAS AÉREAS INTELIGENTES S.A.,    :    Case No. 24-10118 (MG)
*et al.*,[1]                                                        :
:
                                     Debtors.             :    (Jointly Administered)
:
---------------------------------------------------------------x

## SUPPLEMENT TO FIRST INTERIM APPLICATION OF HUGHES HUBBARD & REED LLP FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS FROM JANUARY 25, 2024 THROUGH AND INCLUDING MAY 31, 2024

Hughes Hubbard & Reed LLP hereby files this supplement in further support of the *First Interim Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors from January 25, 2024 Through and Including May 31, 2024* (the "Application") [Docket No. 803],[2] which was filed with the Bankruptcy Court on July 15, 2024, and respectfully represents as follows:

1. The Application requested that the Court enter an order allowing on an interim basis (i) compensation to Hughes Hubbard of $8,991,941.75 for reasonable and necessary professional services rendered to the Debtors; and (ii) $77,861.55 for reimbursement of actual and

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

2. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

necessary costs and expenses incurred by Hughes Hubbard, for a total of $9,069,803.30. In response to comments raised by the Debtors and U.S. Trustee as to the Application, Hughes Hubbard has agreed to reduce the amount of its fee request by $135,000.00 and the amount of its expense request by $3,580.82. As a result of these reductions, Hughes Hubbard now respectfully requests that the Court enter an order allowing on an interim basis (i) compensation to Hughes Hubbard of $8,856,941.75 for reasonable and necessary professional services rendered to the Debtors; and (ii) $74,280.73 for reimbursement of actual and necessary costs and expenses incurred by Hughes Hubbard, for a total of $8,931,222.48.

2. Annexed as <u>Exhibit B</u> to the Application was a schedule of the number of hours billed by partners, counsel, associates, and paraprofessionals during the First Interim Application Period with respect to each of the subject matter categories Hughes Hubbard has established in accordance with its internal billing procedures. Hughes Hubbard billed $213,560,00 in fees to the subject matter category "Employment and Fee Applications." Of this amount, $89,062.50 related to fee matters and the remaining $124,497.50 related to Hughes Hubbard retention matters. The portion allocable to fee matters constituted approximately one percent (1%) of the total fees requested in the Application.

Dated: New York, New York
       August 19, 2024

Respectfully submitted,

**HUGHES HUBBARD & REED LLP**

*/s/ Kathryn A. Coleman*
Kathryn A. Coleman
Christopher C. Gartman
Jeffrey S. Margolin
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Co-Counsel for Debtors and Debtors-in-Possession*