David H. Botter
Jane VanLare
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Gol 2026 Senior Secured Notes Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GOL LINHAS AÉREAS INTELIGENTES S.A., *et al.*,[1] | Case No. 24-10118 (MG) |
| Debtors. | (Jointly Administered) |

**FOURTH VERIFIED STATEMENT OF THE GOL 2026 SENIOR**
**SECURED NOTES AD HOC GROUP PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the ad hoc group of holders of the 8.00% senior secured notes due 2026 issued by Gol Finance (Luxembourg) (the "Gol 2026 Senior Secured Notes Ad Hoc Group"), by and through its undersigned counsel, Cleary Gottlieb Steen & Hamilton, LLP ("Cleary Gottlieb"),[2] hereby submits this fourth verified statement (the "Fourth Verified Statement"), and respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

[2] Cleary Gottlieb was retained to represent the Gol 2026 Senior Secured Notes Ad Hoc Group as of July 17, 2024.

1. On February 13, 2024, the Gol 2026 Senior Secured Notes Ad Hoc Group submitted the Verified Statement of the Gol 2026 Senior Secured Notes Ad Hoc Group Pursuant to Bankruptcy Rule 2019 [Docket No. 124].

2. On April 19, 2024, the Gol 2026 Senior Secured Notes Ad Hoc Group submitted the Second Verified Statement to update the holdings of disclosable economic interests held by its members [Docket No. 505].

3. On September 13, 2024, the Gol 2026 Senior Secured Notes Ad Hoc Group submitted the Third Verified Statement to update the holdings of disclosable economic interests held by its members [Docket No. 942].

4. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of each Gol 2026 Senior Secured Notes Ad Hoc Group member, and the nature and amount of all disclosable economic interests held by each member in relation to the Debtors as of the date indicated in **Exhibit A**. Each claim and claim amount set forth on **Exhibit A** has been provided to Cleary Gottlieb by the applicable Gol 2026 Senior Secured Notes Ad Hoc Group member.

5. By filing this Fourth Verified Statement, the Gol 2026 Senior Secured Notes Ad Hoc Group makes no representation regarding the amount, allowance, or priority of the claims set forth on **Exhibit A** hereto and reserves all rights with respect thereto.

6. Neither the Gol 2026 Senior Secured Notes Ad Hoc Group, nor any member of the Gol 2026 Senior Secured Notes Ad Hoc Group, represents or purports to represent the interests of any other member, or other person, in connection with the Debtors' chapter 11 cases. In addition, each member of the Gol 2026 Senior Secured Notes Ad Hoc Group (a) does not assume any fiduciary or other duties to any other member of the Gol 2026 Senior Secured Notes Ad Hoc Group or any

other person and (b) does not purport to act or speak on behalf of any other member of the Gol 2026 Senior Secured Notes Ad Hoc Group or any other person in connection with these chapter 11 cases.

7. Nothing contained in this Fourth Verified Statement (or **Exhibit A** hereto) should be construed as a limitation upon, or waiver of, any Gol 2026 Senior Secured Notes Ad Hoc Group member's right to assert, file, or amend its claim(s) in accordance with applicable law and any orders entered in these chapter 11 cases, including any order establishing procedures for filing proofs of claim, or to be heard on any other matter in the these chapter 11 cases.

8. The Gol 2026 Senior Secured Notes Ad Hoc Group reserves the right to amend or supplement this Fourth Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: November 21, 2024  
New York, New York

Respectfully submitted,

*/s/ David H. Botter*  
David H. Botter  
Jane VanLare  
Cleary Gottlieb Steen & Hamilton LLP  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999  
Email: dbotter@cgsh.com  
         jvanlare@cgsh.com

*Counsel to the Gol 2026 Senior Secured Notes Ad Hoc Group*

3

## EXHIBIT A

| LEGAL ENTITY NAME[1] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST[2] |
|---|---|---|
| **Avenue Aviation Opportunities Fund III (Onshore) L.P.** | 11 West 42nd Street, 9th Floor New York, NY 10036 | **Gol 2026 SSNs**[3] $10,000,000.00<br><br>**DIP Notes**[4] $1,522,527.00<br><br>Holdings as of November 20, 2024 |
| **GLG Partners, L.P. (as Investment Adviser on behalf of Man Funds VI plc, Man Funds XII SPC, and Man GLG Credit Multi-Strategy Master Fund)** | Riverbank House, 2 Swan Lane, London EC4R 3AD, United Kingdom | **Gol 2026 SSNs** $6,735,000.00<br><br><br><br>Holdings as of November 21, 2024 |
| **Global Investment Opportunities ICAV** | 35 Shelbourne Rd, Ballsbridge, Dublin, D04 A4E0, Ireland | **Gol 2026 SSNs** $5,500,000.00<br><br>**DIP Notes** $852,614.00<br><br>Holdings as of November 20, 2024 |

---

[1]   Each Gol 2026 Senior Secured Notes Ad Hoc Group member's disclosure is on behalf of itself or certain of its affiliates as a holder of, or as investment manager, adviser and/or sub-adviser for the funds or accounts that hold, the 2026 senior secured notes or other debt in relation to the Debtors.

[2]   In accordance with Bankruptcy Rule 2019, the nature and amount of an institution's disclosable economic interest set forth herein is as reported by each member as of the date hereof. All figures stated herein are based upon the principal amount of such notes listed in aggregate amounts (in USD).

[3]   "Gol 2026 SSNs" shall mean the 8.00% Senior Secured Notes due 2026 issued by Gol Finance (Luxembourg).

[4]   "DIP Notes" shall have the meaning given to it in the *Final Order (a) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Providing Claims With Superiority Administrative Expense Status, (C) Granting Adequate Protection to the Prepetition Secured Parties, (D) Modifying the Automatic Stay, (E) Authorizing the Debtors to Use Cash Collateral, and (F) Granting Related Relief* [Docket No. 207] (the "Final DIP Order").

| | | |
|---|---|---|
| **ICU Trading Ltd.** | ICU Trading Ltd<br>Trident Chambers, PO Box 146, Road Town, Tortola, British Virgin Islands<br><br>Notice address:<br>Petoussis Building, 18 Evagora Papachristoforou, Office 101B, 3030, Limassol, Cyprus | **Gol 2026 SSNs**<br>$3,000,000.00<br><br><br><br><br><br>Holdings as of November 21, 2024 |
| **IPG Investment Advisors, LLC** | 501 West Broadway, Suite 1350<br>San Diego, CA 92101 | **Gol 2026 SSNs**<br>$3,785,000.00<br><br>Holdings as of November 19, 2024 |
| **Plenisfer Investments SGR S.p.A. (as Investment Adviser on behalf of the Plenisfer Funds)** | The Stable Yard<br>58-60 Petty France<br>London<br>SW1H 9EU<br>United Kingdom | **Gol 2026 SSNs**<br>$13,264,000.00<br><br>**DIP Notes**<br>$487,105.00<br><br>Holdings as of November 21, 2024 |
| **Sandglass Capital Advisors LLC (as Investment Adviser on behalf of Sandglass Funds)** | 1133 Broadway, Suite 1528<br>New York, NY 10010 | **Gol 2026 SSNs**<br>$42,028,000.00<br><br><br>Holdings as of November 20, 2024 |
| **Seamrog Distressed Credit and Special Situations Sub-Fund** | FPP Asset Management,<br>Berkeley Square House,<br>Berkeley Square, Mayfair<br>W1J D6B, London<br>United Kingdom | **Gol 2026 SSNs**<br>$6,335,000.00<br><br>Holdings as of November 21, 2024 |
| **Shiprock Capital Master Fund LP** | C/O Walkers Corporate Limited,<br>190 Elgin Avenue<br>George Town, Cayman,<br>KY1-9008, KY | **Gol 2026 SSNs**<br>$79,856,000.00<br><br>Holdings as of November 20, 2024 |

| **VR Global Partners, L.P.** | One Nexus Way, Camana Bay, Grand Cayman, KY1-9005, Cayman Islands<br><br>c/o VR Advisory Services (USA) LLC,<br>601 Lexington Avenue<br>59th Floor,<br>New York, NY 10022 | **Gol 2026 SSNs**<br>$31,588,000.00<br><br>**Abra Common Shares**<br>1,272,329 shares<br><br>**Abra SSNs**[5]<br>$32,674,224.00<br><br>Holdings as of November 21, 2024 |
|---|---|---|

---

[5]  "Abra SSNs" shall mean the 11.50% Senior Secured Notes due 2028 issued by Abra Global Finance.