**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GOL LINHAS AÉREAS INTELIGENTES S.A., ) | |
| et al., ) | Case No. 24-10118 (MG) |
| ) | (Jointly Administered) |
| Debtors. ) | |

# DECLARATION OF SERVICE

I, Alan Maza, declare under penalty of perjury that on January 30, 2025, I caused a true and correct copy of the Limited Objection by the Securities and Exchange Commission to Approval of the Amended Disclosure Statement and Confirmation of the Debtors' Amended Plan Containing Third Party Releases to be served upon those parties registered to receive notice through the Court's CM/ECF system and by email on the following:

**Counsel to the Debtors**

Evan R. Fleck (efleck@milbank.com)
Andrew M. Leblanc (aleblanc@milbank.com)
Gregory A. Bray (gbray@milbank.com)
Lauren C. Doyle (ldoyle@milbank.com)
Bryan V. Uelk (buelk@milbank.com)

**Counsel to the Creditors' Committee**

Brett H. Miller (bmiller@willkie.com)
Todd M. Goren (tgoren@willkie.com)
Craig A. Damast (cdamast@willkie.com)
James H. Burbage (jburbage@willkie.com)

**Office of the United States Trustee**

Annie Wells (annie.wells@usdoj.gov)
Brian Masumoto (brian.masumoto@usdoj.gov)

Dated: January 31, 2025
      New York, NY

                UNITED STATES SECURITIES AND
                EXCHANGE COMMISSION

                By: /s/ Alan Maza
                    Alan Maza
                100 Pearl Street
                Suite 20-100
                New York, NY 10004
                (212) 336-1100
                mazaa@sec.gov