| | |
|---|---|
| Evan R. Fleck | Andrew M. Leblanc |
| Lauren C. Doyle | Erin E. Dexter (admitted *pro hac vice*) |
| Bryan V. Uelk | **MILBANK LLP** |
| **MILBANK LLP** | 1850 K St. NW, Suite 1100 |
| 55 Hudson Yards | Washington, DC 20006 |
| New York, NY 10001 | Telephone: (202) 835-7500 |
| Telephone: (212) 530-5000 | Facsimile:  (202) 263-7586 |
| Facsimile:  (212) 530-5219 | |

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile:  (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re:                                    :    Chapter 11
:
GOL LINHAS AÉREAS INTELIGENTES S.A.,      :    Case No. 24-10118 (MG)
*et al.*,[1]                              :
:
                            Debtors.      :    (Jointly Administered)
:
---------------------------------------------------------------x

### AGENDA OF MATTERS SCHEDULED FOR HEARING
### ON MARCH 26, 2025, AT 11:00 A.M. (PREVAILING EASTERN TIME)

Location of Hearing:    The Hearing will be conducted before the Honorable Martin Glenn, Chief United States Bankruptcy Judge for the Southern District of New York, via Zoom for Government only.  Parties wishing to appear at the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A).  The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

Hearing must make an electronic appearance (an "eCourtAppearance") through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern time) on March 25, 2025.

**I.    CONTESTED MATTERS**

1.  **Sealing Motion.** *Debtors' Motion for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with Debtors' Motion for Entry of an Order (I) Approving Terms of, and Authorizing Debtors' Entry into and Performance Under, the Exit Financing Commitment Letter and Fee Letter, (II) Authorizing Debtors to Enter into Additional Fee Letters with Additional Commitment Parties, and (III) Authorizing Incurrence, Payment and Allowance of Certain Obligations Thereunder as Administrative Expenses* [Docket No. 1397]

    **Response Received:**

    a.  **UST Objection.** *Limited Objection of the United States Trustee to the Debtors' Motions (A) for Entry of an Order (I) Approving Terms of, and Authorizing Debtors' Entry into and Performance Under, the Exit Financing Commitment Letter and Fee Letter, (II) Authorizing Debtors to Enter into Additional Fee Letters with Additional Commitment Parties, and (III) Authorizing Incurrence, Payment and Allowance of Certain Obligations Thereunder as Administrative Expenses and (B) for Entry of an Order Authorizing the Filing of Certain Information Under Seal* [Docket No. 1403]

    **Status:** This matter is going forward.

2.  **Commitment Letter and Fee Letter Motion.** *Debtors' Motion for Entry of an Order (I) Approving Terms of, and Authorizing Debtors' Entry into and Performance Under, the Exit Financing Commitment Letter and Fee Letter, (II) Authorizing Debtors to Enter into Additional Fee Letters with Additional Commitment Parties, and (III) Authorizing Incurrence, Payment and Allowance of Certain Obligations Thereunder as Administrative Expenses* [Docket No. 1398]

    **Response Received:**

    a.  **UST Objection.** *Limited Objection of the United States Trustee to the Debtors' Motions (A) for Entry of an Order (I) Approving Terms of, and Authorizing Debtors' Entry into and Performance Under, the Exit Financing Commitment Letter and Fee Letter, (II) Authorizing Debtors to Enter into Additional Fee Letters with Additional Commitment Parties, and (III) Authorizing Incurrence, Payment and Allowance of Certain Obligations Thereunder as Administrative Expenses and (B) for Entry of an Order Authorizing the Filing of Certain Information Under Seal* [Docket No. 1403]

**Status:** This matter is going forward.

| | |
|---|---|
| Dated:  New York, New York<br>           March 25, 2025 | **MILBANK LLP**<br><br>*/s/ Evan R. Fleck*<br>Evan R. Fleck<br>Lauren C. Doyle<br>Bryan V. Uelk<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone:  (212) 530-5000<br>Facsimile:  (212) 530-5219<br><br>-and-<br><br>Andrew M. Leblanc<br>Erin E. Dexter (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1850 K St NW, Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 835-7500<br>Facsimile:  (202) 263-7586<br><br>-and-<br><br>Gregory A. Bray<br>**MILBANK LLP**<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile:  (213) 629-5063<br><br>*Counsel for Debtors and Debtors-in-Possession* |