Evan R. Fleck  
Lauren C. Doyle  
Bryan V. Uelk  
**MILBANK LLP**  
55 Hudson Yards  
New York, NY 10001  
Telephone: (212) 530-5000  
Facsimile: (212) 530-5219  

Andrew M. Leblanc  
Erin E. Dexter (admitted *pro hac vice*)  
**MILBANK LLP**  
1850 K St. NW, Suite 1100  
Washington, DC 20006  
Telephone: (202) 835-7500  
Facsimile: (202) 263-7586  

-and-

Gregory A. Bray  
**MILBANK LLP**  
2029 Century Park East, 33rd Floor  
Los Angeles, CA 90067  
Telephone: (424) 386-4000  
Facsimile: (213) 629-5063  

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
In re:                                                    :   Chapter 11
:
GOL LINHAS AÉREAS INTELIGENTES S.A.,                      :   Case No. 24-10118 (MG)
*et al.*,[1]                                              :
:
Debtors.                                                  :   (Jointly Administered)
:
-----------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

**NOTICE OF FILING OF OCP DECLARATION AND
RETENTION QUESTIONNAIRE ON BEHALF OF GOUVEIA,
MAGALHAES E MOURY FERNANDES ADVOGADOS IN ACCORDANCE
WITH THE ORDER AUTHORIZING EMPLOYMENT AND PAYMENT OF
LEGAL PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that on February 20, 2024, the Debtors filed *Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Legal Professionals Utilized in the Ordinary Course of Business* [Docket No. 158] (the "OCP Motion").

**PLEASE TAKE FURTHER NOTICE** that on March 11, 2024, the Court entered the *Order Authorizing Employment and Payment of Legal Professionals Utilized in the Ordinary Course of Business* [Docket No. 254] (the "OCP Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the OCP Order, attached hereto as **Exhibit A** and **Exhibit B**, respectively, is the declaration (the "OCP Declaration") and retention questionnaire (the "Retention Questionnaire") in support of the retention and compensation of Gouveia, Magalhaes e Moury Fernandes Advogados (the "Firm") as an Ordinary Course Professional (as defined in the OCP Motion) in these chapter 11 cases.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the OCP Order, the Notice Parties (as defined in the OCP Order) have ten (10) days after service of the OCP Declaration and Retention Questionnaire to object to the retention, employment, and compensation of the Firm as an Ordinary Course Professional.

Dated: New York, New York
April 2, 2025

**MILBANK LLP**

*/s/ Evan R. Fleck*
Evan R. Fleck
Lauren C. Doyle
Bryan V. Uelk
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

Andrew M. Leblanc
Erin E. Dexter (admitted *pro hac vice*)
**MILBANK LLP**
1850 K St NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East
33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*

# EXHIBIT A

## OCP Declaration

# EXHIBIT A

## OCP Declaration

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
GOL LINHAS AÉREAS INTELIGENTES S.A.,                        :    Case No. 24-10118 (MG)
et al.,[1]                                                  :
                                                            :    (Jointly Administered)
                         Debtors.                           :
                                                            :
------------------------------------------------------------x

**DECLARATION AND DISCLOSURE STATEMENT OF** Rodrigo Antonio Freitas Farias de Souza, **ON BEHALF OF** Gouveia, Magalhães e Moury Fernandes Advogados

STATE OF     Rio de Janeiro )
                            ) s.s.:
COUNTY OF   Rio de Janeiro )

Rodrigo Antonio Freitas Farias de Souza, declares, pursuant to 28. U.S.C. § 1746, as follows:

1. I am a partner of Gouveia, Magalhães e Moury Fernandes Advogados, located at Lauro Muller Street, 26h floor, set 2603, Rio de Janeiro – RJ, Zip Code 22290-160 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have requested that the Firm provide Legal services to the Debtors, and the Firm has consented to provide such services (the "Services").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.



3.  The Services include, but are not limited to, the following: <u>The firm was hired to represent Gol Linhas Aéreas Inteligentes S.A in various labor lawsuits and administrative actions. Representing the company in labor courts in Brazil.</u>

4.  The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these cases, for persons that are parties in interest in the Debtors' cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5.  Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6.  Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7.  As of the commencement of these cases, the Debtors owed the Firm $ <u>0,00</u> in respect of prepetition services rendered to the Debtors.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

2



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on <u>March 28, 2025</u>.

_____
Declarant Name

Rodrigo Antonio Freitas Farias de Souza

3

# EXHIBIT B

**Retention Questionnaire**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
GOL LINHAS AÉREAS INTELIGENTES S.A.,                            :   Case No. 24-10118 (MG)
et al.,[1]                                                      :
                                                                :   (Jointly Administered)
                        Debtors.                                :
                                                                :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in these cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   GOUVEIA, MAGALHÃES E MOURY FERNANDES ADVOGADOS, located at Lauro Muller Street

   26h floor, set 2603, Rio de Janeiro – RJ, ZIP CODE 22290-160, Brazil

2. Date of retention: April 1, 2025

3. Type of services to be provided:

   Legal services related to lawsuits by Gol Linhas Aéreas Inteligentes S/A

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

4. Brief description of services to be provided:

The firm was hired to represent Gol Linhas Aéreas Inteligentes S/A, in various lawsuits and Administrative actions. Representing the company in labor courts in Brazil.

5. Arrangements for compensation (hourly, contingent, etc.):

Monthly considering the number of active legal and administrative actions. Based on the number of actives actions, monthly fees are estimated at a total of $9.763,76 (nine thousand seven hundred and sixty-three dollars and seventy-six cents). The monthly amount may vary due to increase or reduction in cases.

(a) Average hourly rate (if applicable): N/A

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition): N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim: $ N/A

Date claim arose: N/A

Nature of claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the company:

Name: N/A

Status: N/A

Amount of claim: $ N/A

Date claim arose: N/A

Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed:

N/A

9. Name and title of individual completing this form:

Rodrigo Antonio Freitas Farias de Souza – partner at Gouveia, Magalhães e Moury Fernandes Advogados

Dated:  March 28, 2025.