Evan R. Fleck
Lauren C. Doyle
Bryan V. Uelk
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile:  (212) 530-5219

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile:  (213) 629-5063

Andrew M. Leblanc
Erin E. Dexter (admitted *pro hac vice*)
**MILBANK LLP**
1850 K St. NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
GOL LINHAS AÉREAS INTELIGENTES S.A.,      :   Case No. 24-10118 (MG)
*et al.*,[1]                              :
                                          :
                      Debtors.            :   (Jointly Administered)
                                          :
----------------------------------------------------------------x

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

**NOTICE OF FILING OF AMENDED REDACTIONS
TO CERTAIN EXHIBITS TO THE DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) APPROVING THE DEBTORS'
ENTRY INTO THE LETTER AGREEMENTS WITH THE BOEING
COMPANY, (II) APPROVING ASSUMPTION OF CERTAIN AGREEMENTS
WITH THE BOEING COMPANY, AND (III) GRANTING RELATED RELIEF**

 **PLEASE TAKE NOTICE** that on March 19, 2025, the above captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with Debtors' Motion for Entry of an Order (i) Approving the Debtors' Entry Into the Letter Agreements with The Boeing Company, (ii) Approving Assumption of Certain Agreements with The Boeing Company, and (iii) Granting Related Relief* [Docket No. 1386] (the "Sealing Motion") and the *Debtors' Motion for Entry of an Order (i) Approving the Debtors' Entry into the Letter Agreements with The Boeing Company, (ii) Approving Assumption of Certain Agreements with The Boeing Company, and (iii) Granting Related Relief* [Docket No. 1387] (the "Assumption Motion").[2]

 **PLEASE TAKE FURTHER NOTICE** that pursuant to the Sealing Motion the Debtors filed under seal (a) the Purchase Agreement attached as Exhibit E to the Assumption Motion, and (b) certain commercially sensitive information contained in the Boeing Motion, and the Ethier Declaration, Accommodations Agreement, Side Agreement, BGS Agreement, Additional Considerations Letter, and Leased Weight Agreement attached as exhibits to the Assumption Motion.

 **PLEASE TAKE FURTHER NOTICE** that on April 1, 2025, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") filed the *United States Trustee's Objection to Debtors' Motion for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with Debtors' Motion for Entry of an Order (i) Approving the Debtors' Entry into the Letter Agreements with the Boeing Company, (ii) Approving Assumption of Certain Agreements with The Boeing Company, and (iii) Granting Related Relief* [Docket No. 1449] (the "UST Objection").

 **PLEASE TAKE FURTHER NOTICE** that following discussions with the U.S. Trustee, the Debtors hereby file redacted copies of the Purchase Agreement, the Accommodations Agreement, and the BGS Agreement, attached as **Exhibit A**, **Exhibit B**, and **Exhibit C**, respectively. The copies of these agreements disclose certain information that was previously redacted, reflecting an agreed resolution with the U.S. Trustee in respect of the UST Objection.

*[Remainder of page intentionally left blank]*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Assumption Motion.

Dated:  New York, New York          **MILBANK LLP**
        April 4, 2025


*/s/ Evan R. Fleck*
Evan R. Fleck
Lauren C. Doyle
Bryan V. Uelk
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219

-and-

Andrew M. Leblanc
Erin E. Dexter (admitted *pro hac vice*)
**MILBANK LLP**
1850 K St NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile:  (202) 263-7586

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East
33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile:  (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*

**<u>EXHIBIT A</u>**

**Purchase Agreement**

# PURCHASE AGREEMENT NUMBER 3780

## between

## THE BOEING COMPANY

## and

## GAC INCORPORATED (GAC Inc.)

## Relating to Boeing Model 737-8 Aircraft

# TABLE OF CONTENTS

## SUPPLEMENTAL AGREEMENT NUMBER 17

ARTICLES
Article 1.    Quantity, Model and Description
Article 2.    Delivery Schedule
Article 3.    Price
Article 4.    Payment
Article 5.    Additional Terms

TABLE

| | | |
|---|---|---|
| 1R1 | 737-8 Aircraft Information Table | SA-16 |
| 1-1R2 | 737-8 Aircraft Information Table | SA-16 |
| 1-3R2 | 737-10 Aircraft Information Table | SA-16 |
| 1-4R1 | 737-8 ███ Aircraft Information Table | SA-16 |
| 1-5 | 737-10 Aircraft Information Table | SA-16 |

EXHIBIT

| | | |
|---|---|---|
| A | 737-8 Aircraft Configuration | SA-9 |
| A2 | 737-10 Aircraft Configuration | SA-10 |
| A3 | 737-8 Aircraft Configuration | SA-13 |
| A4 | 737-8 Aircraft Configuration | SA-13 |
| A5 | 737-8 Aircraft Configuration | SA-13 |
| A6 | 737-8 Aircraft Configuration | SA-13 |
| A7 | 737-8 Aircraft Configuration | SA-13 |
| A8 | 737-8 Aircraft Configuration | SA-13 |
| A9 | 737-8 Aircraft Configuration | SA-16 |
| A10 | 737-8 Aircraft Configuration | SA-16 |
| B | Aircraft Delivery Requirements and Responsibilities | |

SUPPLEMENTAL EXHIBITS

| | | |
|---|---|---|
| AE1. | Escalation Adjustment/Airframe and Optional Features | |
| BFE1. | BFE Variables | SA-8 |
| CS1. | Customer Support Variables | SA-9 |
| EE1. | Engine Escalation/Engine Warranty and Patent Indemnity | |
| SLP1. | Service Life Policy Components | |

**BOEING PROPRIETARY**

| LETTER AGREEMENTS | SA Number |
|---|---|
| GOT-PA-3780-LA-1207832 | |
| GOT-PA-3780-LA-1207833 | |
| GOT-PA-3780-LA-1207834 | |
| GOT-PA-3780-LA-1207835R1 | SA-7 |
| GOT-PA-3780-LA-1207836R**6** | **SA-17** |
| GOT-PA-3780-LA-1207838R1 | SA-3 |
| GOT-PA-3780-LA-1207737R5 | SA-16 |
| GOT-PA-3780-LA-1207734R1 | SA-3 |
| GOT-PA-3780-LA-1207839 | |
| GOT-PA-3780-LA-1207840R5 | SA-16 |
| GOT-PA-3780-LA-1207841 | |
| GOT-PA-3780-LA-1207842R1 | SA-10 |
| GOT-PA-3780-LA-1207845 | |
| ~~GOT PA 3780 LA 1207848R5~~ | SA-13 |
| GOT-PA-3780-LA-1207735R2 | |
| GOT-PA-3780-LA-1207830 | |
| GOT-PA-3780-LA-1207847 | |
| GOT-PA-3780-LA-1501790R1 | SA-7 |
| GOT-PA-3780-LA-1600544 | SA-10 |
| GOT-PA-3780-LA-1701805 | SA-9 |
| GOT-PA-3780-LA-1804583 | SA-10 |
| GOT-PA-3780-LA-1804642R1 | SA-13 |
| GOT-PA-3780-LA-1804661 | SA-10 |
| GOT-PA-3780-LA-1804029R1 | SA-16 |
| GOT-PA-3780-LA-1804679 | SA-10 |
| GOT-PA-3780-LA-1804682R1 | SA-16 |
| GOT-PA-3780-LA-2102847R1 | SA-16 |
| GOT-PA-3780-LA-2103050 | SA-13 |
| GOT-PA-3780-LA-2204635 | SA-16 |
| GOT-PA-3780-LA-2204638 | SA-16 |
| GOT-PA-3780-LA-2204660 | SA-16 |
| GOT-PA-3780-LA-2204992 | SA-16 |
| GOT-PA-3780-LA-2205025 | SA-16 |



GOT PA 3780 SA-**17**

Page 2

**BOEING PROPRIETARY**

## RECORD OF SUPPLEMENTAL AGREEMENTS

| | | | |
|---|---|---|---|
| SA-1 | 1 | October | 2012 |
| SA-2 | 4 | November | 2013 |
| SA-3 | 2 | October | 2015 |
| SA-4 | 2 | October | 2015 |
| SA-5 | 6 | November | 2015 |
| SA-6 | | Not used | 2016 |
| SA-7 | 19 | April | 2016 |
| SA-8 | 5 | December | 2016 |
| SA-9 | 22 | January | 2017 |
| SA-10 | 12 | September | 2018 |
| SA-11 | 21 | November | 2018 |
| SA-12 | 23 | September | 2019 |
| SA-13 | 31 | July | 2021 |
| SA-14 | 10 | November | 2021 |
| SA-15 | 28 | January | 2022 |
| SA-16 | 31 | March | 2023 |
| **SA-17** | 21 | **December** | **2023** |

**BOEING PROPRIETARY**

## Purchase Agreement No. 3780

### between

### The Boeing Company

### and

### GAC Incorporated (GAC Inc.)

This Purchase Agreement No. 3780 between The Boeing Company, a Delaware corporation, **(Boeing)** and GAC Inc., a company incorporated under the laws of the Cayman Islands, **(Customer)** relating to the purchase and sale of Model 737-8 aircraft together with all tables, exhibits, supplemental exhibits, letter agreements and other attachments thereto, if any, **(Purchase Agreement)** incorporates and amends the terms and conditions (except as specifically set forth below) of the Aircraft General Terms Agreement dated as of 17 May 2004 between the parties, identified as AGTA-GOT **(AGTA)**.

1.    Quantity, Model and Description.

The aircraft to be delivered to Customer will be designated as Model 737-8 aircraft **(Aircraft)**.  Boeing will manufacture and sell to Customer Aircraft conforming to the configuration described in Exhibit A in the quantities listed in Table 1 to the Purchase Agreement.

2.    Delivery Schedule.

The scheduled months of delivery of the Aircraft are listed in the attached Table 1.  Exhibit B describes certain responsibilities for both Customer and Boeing in order to accomplish the delivery of the Aircraft.

3.    Price.

3.1    Aircraft Basic Price.  The Aircraft Basic Price is listed in Table 1 and is subject to escalation in accordance with the terms of this Purchase Agreement.

3.2    Advance Payment Base Prices. The Advance Payment Base Prices listed in Table 1 were calculated utilizing the latest escalation factors available to Boeing on the date of this Purchase Agreement projected to the month of scheduled delivery.

4.    Payment.

4.1    Boeing acknowledges receipt of a deposit in the amount shown in Table 1 for each Aircraft **(Deposit)**.

4.2    The standard advance payment schedule for the Model 737-8 aircraft requires Customer to make certain advance payments, expressed in a percentage of the Advance Payment Base Price of each Aircraft beginning with a payment of ▇▇▇▇ ▇▇▇▇▇▇▇▇, less the Deposit, on the effective date of the Purchase Agreement for the Aircraft.  Additional advance payments for each Aircraft are due as specified in and on the first business day of the months listed in the attached Table 1.

PA 3780

**BOEING PROPRIETARY**



4.3   For any Aircraft whose scheduled month of delivery █████████

███████████████████████████████████████████████████████████████

4.4   Customer will pay the balance of the Aircraft Price of each Aircraft at delivery.

5.   Additional Terms.

5.1   Aircraft Information Table.   Table 1 consolidates information contained in Articles 1, 2, 3 and 4 with respect to (i) quantity of Aircraft, (ii) applicable Detail Specification, (iii) month and year of scheduled deliveries, (iv) Aircraft Basic Price, (v) applicable escalation factors and (vi) Advance Payment Base Prices and advance payments and their schedules.

5.2   Escalation Adjustment/Airframe and Optional Features.   Supplemental Exhibit AE1 contains the applicable airframe and optional features escalation formula.

5.3   Buyer Furnished Equipment Variables.   Supplemental Exhibit BFE1 contains supplier selection dates, on dock dates and other variables applicable to the Aircraft.

5.4   Customer Support Variables.   Information, training, services and other things furnished by Boeing in support of introduction of the Aircraft into Customer's fleet are described in Supplemental Exhibit CS1.   The level of support to be provided under Supplemental Exhibit CS1 (**Entitlements**) assumes that at the time of delivery of Customer's first Aircraft under the Purchase Agreement, Customer has not taken possession of a 737 aircraft whether such 737 aircraft was purchased, leased or otherwise obtained by Customer from Boeing or another party. █████████

███████████████████████████████████████████████████████████████

5.5   Engine Escalation Variables.   Supplemental Exhibit EE1 describes the applicable engine escalation formula and contains the engine warranty and the engine patent indemnity for the Aircraft.

5.6   Service Life Policy Component Variables.   Supplemental Exhibit SLP1 lists the SLP Components covered by the Service Life Policy for the Aircraft.

5.7   Public Announcement.   Boeing reserves the right to make a public announcement regarding Customer's purchase of the Aircraft upon approval of Boeing's press release by Customer's public relations department or other authorized representative.

5.8   Negotiated Agreement; Entire Agreement.   This Purchase Agreement, including the provisions of Article 8.2 of the AGTA relating to insurance, and Article 11 of Part 2 of Exhibit C of the AGTA relating to DISCLAIMER AND RELEASE and EXCLUSION OF CONSEQUENTIAL AND OTHER DAMAGES, has been the subject of discussion and negotiation and is understood by the parties; the Aircraft Price and other

PA 3780

**BOEING PROPRIETARY**

agreements of the parties stated in this Purchase Agreement were arrived at in consideration of such provisions. This Purchase Agreement, including the AGTA, contains the entire agreement between the parties and supersedes all previous proposals, understandings, commitments or representations whatsoever, oral or written, and may be changed only in writing signed by authorized representatives of the parties.

AGREED AND ACCEPTED this

October 1, 2012
Date



PA 3780

**BOEING PROPRIETARY**

**Table 1R1 To**

**Purchase Agreement No. PA-03780**

**Aircraft Delivery, Description, Price and Advance Payments**



**Table 1-1R2 To**

**Purchase Agreement No. PA-03780**

**Aircraft Delivery, Description, Price and Advance Payments**



**Boeing Proprietary**

SA-16
Page 1

**Table 1-1R2 To**

**Purchase Agreement No. PA-03780**

**Aircraft Delivery, Description, Price and Advance Payments**



**Boeing Proprietary**

**Table 1-1R2 To**

**Purchase Agreement No. PA-03780**

**Aircraft Delivery, Description, Price and Advance Payments**





**Table 1-3R2 To**
**Purchase Agreement No. PA-03780**
**737-10 Aircraft Delivery, Description, Price and Advance Payments**



**Boeing Proprietary**

**Table 1-3R2 To**
**Purchase Agreement No. PA-03780**
**737-10 Aircraft Delivery, Description, Price and Advance Payments**



Total:                    25

Notes:

Table 1-**R1** To
Purchase Agreement No. PA-03780
Aircraft Delivery, Description, and Price



**Table 1-5 To**
**Purchase Agreement No. PA-03780**
**737-10 Block 3 Aircraft Delivery, Description, Price and Advance Payments**



**Table 1-5 To**

**Purchase Agreement No. PA-03780**

**737-10 Block 3 Aircraft Delivery, Description, Price and Advance Payments**

| | | Escalation | | Escalation Estimate | Advance Payment Per Aircraft (Amts. Due/Mos. Prior to Delivery): | | | |
|---|---|---|---|---|---|---|---|---|

Notes:
(1) Block 3 Aircraft

Boeing Proprietary

# SUPPLEMENTAL AGREEMENT NO. 1

to

### Purchase Agreement No. 3780

#### between

### THE BOEING COMPANY

and

### GAC INC.

### Relating to Boeing Model 737-8EH Aircraft

THIS SUPPLEMENTAL AGREEMENT, entered into as of the ____17____ day of
_____April_____ 2013, by and between THE BOEING COMPANY, a Delaware
corporation with its principal offices in the City of Seattle, State of Washington, USA
(Boeing), and GAC INC., a company organized under the laws of the Cayman Islands
(Buyer);

## W I T N E S S E T H:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated
October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase
and sale of ███████████████████ aircraft; and

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions
associated with the Agreement, and

████████████████████████████████████████████

████████████████████████████████████████████

WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to
incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein,
the parties agree to amend the Agreement as follows:

PA3780
SA-1

1

GOT



1.     Table of Contents.

        Remove and replace, in its entirety, the Table of Contents with a new Table of
Contents (attached hereto) to reflect the incorporation of this Supplemental Agreement
No. 1 (SA-1) into the Purchase Agreement.

2.     Tables.



3.     Exhibits.

        3.1     Remove and replace the Supplemental Exhibit No. BFE1, Buyer Furnished
Equipment Variables, with a new Supplemental Exhibit No. BFE1 (attached hereto)



PA 3780
SA-1

2

GOT



Customer and Boeing each understands that certain commercial and financial information contained in this Supplemental Agreement are considered by both Customer and Boeing as confidential. Customer and Boeing agree that each will treat this Supplemental Agreement and the information contained herein as confidential and, except as otherwise required by law, will not, without the prior written consent of the other party, disclose this Supplemental Agreement or any information contained herein to any other person or entity.

The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.



PA 3780
SA-1

4

GOT



# TABLE OF CONTENTS

SUPPLEMENTAL
AGREEMENT
NUMBER

**ARTICLES**
Article 1.    Quantity, Model and Description
Article 2.    Delivery Schedule
Article 3.    Price
Article 4.    Payment
Article 5.    Additional Terms


TABLE
1.    Aircraft Information Table                    SA1


EXHIBIT
A.    Aircraft Configuration
B.    Aircraft Delivery Requirements and Responsibilities

SUPPLEMENTAL EXHIBITS
AE1.    Escalation Adjustment/Airframe and Optional Features
BFE1.    BFE Variables                    SA1
CS1.    Customer Support Variables
EE1.    Engine Escalation/Engine Warranty and Patent Indemnity
SLP1.    Service Life Policy Components



## LETTER AGREEMENTS

GOT-PA-3780-LA-1207832
GOT-PA-3780-LA-1207833
GOT-PA-3780-LA-1207834
GOT-PA-3780-LA-1207835
GOT-PA-3780-LA-1207836
GOT-PA-3780-LA-1207838
GOT-PA-3780-LA-1207737
GOT-PA-3780-LA-1207734
GOT-PA-3780-LA-1207839
GOT-PA-3780-LA-1207840
GOT-PA-3780-LA-1207841
GOT-PA-3780-LA-1207842
GOT-PA-3780-LA-1207845
GOT-PA-3780-LA-1207848
GOT-PA-3780-LA-1207735
GOT-PA-3780-LA-1207830
GOT-PA-3780-LA-1207847



# RECORD OF SUPPLEMENTAL AGREEMENTS

SA-1      _     _____     2013

## SUPPLEMENTAL AGREEMENT NO. 2

**to**

**Purchase Agreement No. 3780**

**between**

## THE BOEING COMPANY

**and**

## GAC INC.

### Relating to Boeing Model 737-8EH Aircraft

THIS SUPPLEMENTAL AGREEMENT, entered into as of the _____ day of
_____ 2013, by and between THE BOEING COMPANY, a Delaware
corporation with its principal offices in the City of Seattle, State of Washington, USA
(Boeing), and GAC INC., a company organized under the laws of the Cayman Islands
(Buyer);

### W I T N E S S E T H:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated
October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase
and sale of                                                      aircraft;

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions
associated with the Agreement;

WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to
incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein,
the parties agree to amend the Agreement as follows:

1. Table of Contents.

GOT
Legal Dept.
Approved

Remove and replace, in its entirety, the Table of Contents with a new Table of Contents (attached hereto) to reflect the incorporation of this Supplemental Agreement No. 2 (SA-2) into the Purchase Agreement.



3.    Exhibits.

    3.1    Remove and replace the Supplemental Exhibit No. BFE1, Buyer Furnished Equipment Variables, with a new Supplemental Exhibit No. BFE1 (attached hereto)







6.     Confidential Treatment.

Customer and Boeing each understands that certain commercial and financial information
contained in this Supplemental Agreement are considered by both Customer and Boeing as
confidential.  Customer and Boeing agree that each will treat this Supplemental Agreement
and the information contained herein as confidential and, except as otherwise required by
law, will not, without the prior written consent of the other party, disclose this
Supplemental Agreement or any information contained herein to any other person or entity.



The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.





### SUPPLEMENTAL AGREEMENT NO. 3

to

### Purchase Agreement No. 3780

between

### THE BOEING COMPANY

and

### GAC INC.

### Relating to Boeing Model 737-8EH Aircraft

THIS SUPPLEMENTAL AGREEMENT, entered into as of the 2nd day of October 2015, by and between THE BOEING COMPANY, a Delaware corporation with its principal offices in the City of Seattle, State of Washington, USA (Boeing), and GAC INC., a company organized under the laws of the Cayman Islands (Buyer);

### WITNESSETH:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of Boeing Model ▮ aircraft;

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;



WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:

PA3780
SA-3

1

GOT



1.    Table of Contents.

Remove and replace, in its entirety, the Table of Contents with a new Table of
Contents (attached hereto) to reflect the incorporation of this Supplemental Agreement No.
3 (SA-3) into the Purchase Agreement.



3.    Confidential Treatment.

Customer and Boeing each understands that certain commercial and financial information
contained in this Supplemental Agreement are considered by both Customer and Boeing as
confidential. Customer and Boeing agree that each will treat this Supplemental Agreement
and the information contained herein as confidential and, except as otherwise required by
law, will not, without the prior written consent of the other party, disclose this
Supplemental Agreement or any information contained herein to any other person or entity.



The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.




PA 3780
SA-3

3

GOT



# TABLE OF CONTENTS

SUPPLEMENTAL
AGREEMENT
<u>NUMBER</u>

**<u>ARTICLES</u>**

| | |
|---|---|
| Article 1. | Quantity, Model and Description |
| Article 2. | Delivery Schedule |
| Article 3. | Price |
| Article 4. | Payment |
| Article 5. | Additional Terms |

<u>TABLE</u>

| | | |
|---|---|---|
| 1. | Aircraft Information Table | SA2 |

EXHIBIT

| | |
|---|---|
| A. | Aircraft Configuration |
| B. | Aircraft Delivery Requirements and Responsibilities |

SUPPLEMENTAL EXHIBITS

| | | |
|---|---|---|
| AE1. | Escalation Adjustment/Airframe and Optional Features | |
| BFE1. | BFE Variables | SA2 |
| CS1. | Customer Support Variables | |
| EE1. | Engine Escalation/Engine Warranty and Patent Indemnity | |
| SLP1. | Service Life Policy Components | |

| **LETTER AGREEMENTS** | | **SA Number** |
|---|---|---|
| GOT-PA-3780-LA-1207832 | | |
| GOT-PA-3780-LA-1207833 | | |
| GOT-PA-3780-LA-1207834 | | |
| GOT-PA-3780-LA-1207835 | | |
| GOT-PA-3780-LA-1207836 | | |
| GOT-PA-3780-LA-1207838 | | **SA-3** |
| GOT-PA-3780-LA-1207737 | | **SA-3** |
| GOT-PA-3780-LA-1207734 | | **SA-3** |
| GOT-PA-3780-LA-1207839 | | |
| GOT-PA-3780-LA-1207840 | | **SA-3** |
| GOT-PA-3780-LA-1207841 | | |
| GOT-PA-3780-LA-1207842 | | |
| GOT-PA-3780-LA-1207845 | | |
| GOT-PA-3780-LA-1207848 | | |
| GOT-PA-3780-LA-1207735 | | |
| GOT-PA-3780-LA-1207830 | | |
| GOT-PA-3780-LA-1207847 | | |
| GOT-PA-3780-LA-1501970 | | **SA-3** |

## RECORD OF SUPPLEMENTAL AGREEMENTS

| SA-1 | 1 | October | 2012 |
|------|---|---------|------|
| SA-2 | 4 | November | 2013 |
| **SA-3** | | | **2015** |

## SUPPLEMENTAL AGREEMENT NO. 4

to

### Purchase Agreement No. 3780

### between

### THE BOEING COMPANY

and

### GAC INC.

### Relating to Boeing Model 737-8EH Aircraft

THIS SUPPLEMENTAL AGREEMENT, entered into as of the _____ day of _____ 2015, by and between THE BOEING COMPANY, a Delaware corporation with its principal offices in the City of Seattle, State of Washington, USA (Boeing), and GAC INC., a company organized under the laws of the Cayman Islands (Buyer);

### W I T N E S S E T H:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of ███████████████████ aircraft;

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:

PA3780
SA-4

1

GOT



1.    Table of Contents.

Remove and replace, in its entirety, the Table of Contents with a new Table of Contents (attached hereto) to reflect the incorporation of this Supplemental Agreement No. 2 (SA-4) into the Purchase Agreement.



3.    Exhibits.

3.1    Remove and replace the Supplemental Exhibit No. BFE1, Buyer Furnished Equipment Variables, with a new Supplemental Exhibit No. BFE1 (attached hereto)







6.    Confidential Treatment.

Customer and Boeing each understands that certain commercial and financial information
contained in this Supplemental Agreement are considered by both Customer and Boeing as
confidential.  Customer and Boeing agree that each will treat this Supplemental Agreement
and the information contained herein as confidential and, except as otherwise required by
law, will not, without the prior written consent of the other party, disclose this
Supplemental Agreement or any information contained herein to any other person or entity.



The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.



PA 3780
SA-4

4

GOT



## SUPPLEMENTAL AGREEMENT NO. 5

to

### Purchase Agreement No. 3780

**between**

## THE BOEING COMPANY

**and**

## GAC INC.

### Relating to Boeing Model 737-8 Aircraft

THIS SUPPLEMENTAL AGREEMENT, entered into as of the ___06___ day of ___NOVEMBER___ 2015, by and between THE BOEING COMPANY, a Delaware corporation with its principal offices in the City of Seattle, State of Washington, USA (Boeing), and GAC INC., a company organized under the laws of the Cayman Islands (Buyer);

### W I T N E S S E T H:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ aircraft (Aircraft);

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;



WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:



1.     Table of Contents.

    Remove and replace, in its entirety, the Table of Contents with a new Table of Contents (attached hereto) to reflect the incorporation of this Supplemental Agreement No. 5 (SA-5) into the Purchase Agreement.



3.     Exhibits.

    Remove and replace the Supplemental Exhibit No. BFE1, Buyer Furnished Equipment Variables, with a new Supplemental Exhibit No. BFE1 (attached hereto)





2





6.    Confidential Treatment.

Buyer and Boeing each understands that certain commercial and financial information
contained in this Supplemental Agreement are considered by both Buyer and Boeing as
confidential. Buyer and Boeing agree that each will treat this Supplemental Agreement and
the information contained herein as confidential and, except as otherwise required by law,
will not, without the prior written consent of the other party, disclose this Supplemental
Agreement or any information contained herein to any other person or entity.



The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.



4

GOT



**SUPPLEMENTAL AGREEMENT NO. 7**

to

**Purchase Agreement No. 3780**

**between**

**THE BOEING COMPANY**

**and**

**GAC INC.**

**Relating to Boeing Model 737-8 Aircraft**


THIS SUPPLEMENTAL AGREEMENT, entered into as of the ___19___ day of ___april___ 2016, by and between THE BOEING COMPANY, a Delaware corporation with its principal offices in the City of Seattle, State of Washington, USA (Boeing), and GAC INC., a company organized under the laws of the Cayman Islands (Buyer);

W I T N E S S E T H:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of Boeing Model 737-8 aircraft (Aircraft);

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;

███████████████████████████████████████████████████████████████

WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:

1.    Table of Contents.

Remove and replace, in its entirety, the Table of Contents with a new Table of
Contents (attached hereto) to reflect the incorporation of this Supplemental Agreement
No. 7 (SA-7) into the Purchase Agreement.



3.    Exhibits.

Remove and replace the Supplemental Exhibit No. BFE1, Buyer Furnished
Equipment Variables, with a new Supplemental Exhibit No. BFE1 (attached hereto)







5.Confidential Treatment.

Buyer and Boeing each understands that certain commercial and financial information contained in this Supplemental Agreement are considered by both Buyer and Boeing as confidential.  Buyer and Boeing agree that each will treat this Supplemental Agreement and the information contained herein as confidential and, except as otherwise required by law, will not, without the prior written consent of the other party, disclose this Supplemental Agreement or any information contained herein to any other person or entity.



The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.



4

GOT



## TABLE OF CONTENTS

SUPPLEMENTAL
AGREEMENT
NUMBER

**ARTICLES**
Article 1.      Quantity, Model and Description
Article 2.      Delivery Schedule
Article 3.      Price
Article 4.      Payment
Article 5.      Additional Terms


TABLE
**1-1.**        **Aircraft Information Table**                                   SA7
**1-2.**        **Aircraft Information Table**                                   SA7
**1-2R.**       **Aircraft Information Table for Reconfirmation Aircraft**       SA7

EXHIBIT
A.              Aircraft Configuration
B.              Aircraft Delivery Requirements and Responsibilities

SUPPLEMENTAL EXHIBITS
AE1.            Escalation Adjustment/Airframe and Optional Features
**BFE1.**       **BFE Variables**                                               SA7
CS1.            Customer Support Variables
EE1.            Engine Escalation/Engine Warranty and Patent Indemnity
SLP1.           Service Life Policy Components

| **LETTER AGREEMENTS** | **SA Number** |
|---|---|
| GOT-PA-3780-LA-1207832 | |
| GOT-PA-3780-LA-1207833 | |
| GOT-PA-3780-LA-1207834 | |
| **GOT-PA-3780-LA-1207835R1** | **SA-7** |
| **GOT-PA-3780-LA-1207836R1** | **SA-7** |
| GOT-PA-3780-LA-1207838R1 | SA-3 |
| **GOT-PA-3780-LA-1207737R2** | **SA-7** |
| GOT-PA-3780-LA-1207734R1 | SA-3 |
| GOT-PA-3780-LA-1207839 | |
| **GOT-PA-3780-LA-1207840R2** | **SA-7** |
| GOT-PA-3780-LA-1207841 | |
| GOT-PA-3780-LA-1207842 | |
| GOT-PA-3780-LA-1207845 | |
| **GOT-PA-3780-LA-1207848R1** | **SA-7** |
| GOT-PA-3780-LA-1207735 | |
| GOT-PA-3780-LA-1207830 | |
| GOT-PA-3780-LA-1207847 | |
| **GOT-PA-3780-LA-1501970R1** | **SA-7** |
| **GOT-PA-3780-LA-1600544** | **SA-7** |
| **GOT-PA-3780-LA-1601003** | **SA-7** |
| **GOT-PA-3780-LA-1601021** | **SA-7** |
| **GOT-PA-3780-LA-1601086** | **SA-7** |

## RECORD OF SUPPLEMENTAL AGREEMENTS

| | | | |
|---|---|---|---|
| SA-1 | 1 | October | 2012 |
| SA-2 | 4 | November | 2013 |
| SA-3 | 2 | October | 2015 |
| SA-4 | 2 | October | 2015 |
| SA-5 | 6 | November | 2015 |
| **SA-6** | | | **2016** |
| **SA-7** | | | **2016** |

**SUPPLEMENTAL AGREEMENT NO. 8**

to

**Purchase Agreement No. 3780**

between

**THE BOEING COMPANY**

and

**GAC INC.**

**Relating to Boeing Model 737-8 Aircraft**


THIS SUPPLEMENTAL AGREEMENT, entered into as of the __5th__ day of __December__ 2016, by and between THE BOEING COMPANY, a Delaware corporation with its principal offices in the City of Seattle, State of Washington, USA (Boeing), and GAC INC., a company organized under the laws of the Cayman Islands (Buyer);

$$\underline{W\ I\ T\ N\ E\ S\ S\ E\ T\ H}:$$

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of Boeing Model 737-8 aircraft (Aircraft);

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;



WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:

PA3780
SA-8

1

GOT

**BOEING PROPRIETARY**



1.      Table of Contents.

Remove and replace, in its entirety, the Table of Contents with a new Table of Contents to reflect the incorporation of this Supplemental Agreement No. 8 (SA-8) into the Purchase Agreement.



PA 3780
SA-8

2

GOT

**BOEING PROPRIETARY**





5. Confidential Treatment.

Buyer and Boeing each understands that certain commercial and financial
information contained in this Supplemental Agreement are considered by both Buyer and
Boeing as confidential. Buyer and Boeing agree that each will treat this Supplemental
Agreement and the information contained herein as confidential and, except as otherwise
required by law, will not, without the prior written consent of the other party, disclose this
Supplemental Agreement or any information contained herein to any other person or entity.

**BOEING PROPRIETARY**



The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.



4

GOT

**BOEING PROPRIETARY**



SUPPLEMENTAL AGREEMENT NO. 9

to

Purchase Agreement No. 3780

between

THE BOEING COMPANY

and

GAC INC.

Relating to Boeing Model 737-8 Aircraft

THIS SUPPLEMENTAL AGREEMENT, entered into as of the _22_ _ND_ day of _JANUARY_ 2018, by and between THE BOEING COMPANY, a Delaware corporation with its principal offices in the City of Seattle, State of Washington, USA (Boeing). and GAC INC., a company organized under the laws of the Cayman Islands (Buyer):

### W I T N E S S E T H:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of Boeing Model 737-8 aircraft (Aircraft);

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;

PA3780 SA-9                                  l                                  GOT

**BOEING PROPRIETARY**





WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:

1.   Table of Contents.

1.1 Remove and replace, in its entirety, the Table of Contents with a new Table of Contents attached to this SA-9 and made a part hereof by this reference.



PA 3780 SA-9                        2                        GOT

**BOEING PROPRIETARY**



### 5. Confidential Treatment.

Buyer and Boeing each understands that certain commercial and financial information contained in this Supplemental Agreement are considered by both Buyer and Boeing as confidential. Buyer and Boeing agree that each will treat this Supplemental Agreement and the information contained herein as confidential and, except as otherwise required by law, will not, without the prior written consent of the other party, disclose this Supplemental Agreement or any information contained herein to any other person or entity.

PA 3780 SA-9

3

**BOEING PROPRIETARY**

GOL



The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.



PA 3780 SA-9

4

GOT

BOEING PROPRIETARY

## SUPPLEMENTAL AGREEMENT NO. 10

to

### Purchase Agreement No. 3780

between

### THE BOEING COMPANY

and

### GAC INC.

Relating to Boeing Model 737-8 Aircraft **and 737-10 Aircraft**

THIS SUPPLEMENTAL AGREEMENT, entered into as of the _**29+h**_ day of _**June**_ 2018, by and between THE BOEING COMPANY, a Delaware corporation with its principal offices in the City of Seattle, State of Washington, USA (Boeing), and GAC INC., a company organized under the laws of the Cayman Islands (Buyer);

### W I T N E S S E T H:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of Boeing Model 737-8 and Model 737-10 aircraft (individually, 737-8 Aircraft and 737-10 Aircraft, and collectively, Aircraft);

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;



**BOEING PROPRIETARY**



WHEREAS, Boeing and Buyer have also agreed to amend the Agreement to incorporate certain other changes as may be described herein;

NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:

1.      Table of Contents.

1.1 Remove and replace, in its entirety, the Table of Contents with a new Table of Contents attached to this SA-10 and made a part hereof by this reference.







**BOEING PROPRIETARY**





5.      Confidential Treatment.

      Buyer and Boeing each understands that certain commercial and financial information contained in this Supplemental Agreement are considered by both Buyer and Boeing as confidential. Buyer and Boeing agree that each will treat this Supplemental Agreement and the information contained herein as confidential and, except as otherwise required by law, will not, without the prior written consent of the other party, disclose this Supplemental Agreement or any information contained herein to any other person or entity.



PA 3780 SA-10                    4                                    GOT

**BOEING PROPRIETARY**

The Purchase Agreement, Exhibits and Letter Agreements shall be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.



**BOEING PROPRIETARY**

**SUPPLEMENTAL AGREEMENT NO. 11**

**to**

**Purchase Agreement No. 3780**

**between**

**THE BOEING COMPANY**

**and**

**GAC INC.**

**Relating to Boeing Model 737-8 Aircraft and 737-10 Aircraft**

THIS SUPPLEMENTAL AGREEMENT, entered into as of the 21st day of November 2018, by and between THE BOEING COMPANY, a Delaware corporation with principal offices in the City of Seattle, State of Washington, USA (Boeing), and GAC INC., a company organized under the laws of the Cayman Islands (Buyer);

WITNESSETH:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of Boeing Model 737-8 and Model 737-10 aircraft (individually, 737-8 Aircraft and 737-10 Aircraft, and collectively, Aircraft);

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;



PA3780 SA-11                              1                              GOT

NeoEngine    JU-190

**BOEING PROPRIETARY**





NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:

1.    Table of Contents.

Remove and replace, in its entirety, the Table of Contents with a new Table of Contents attached to this SA-11 and made a part hereof by this reference.



3. Confidential Treatment.

Buyer and Boeing each understands that certain commercial and financial information contained in this Supplemental Agreement are considered by both Buyer and Boeing as confidential. Buyer and Boeing agree that each will treat this Supplemental Agreement and the information contained herein as confidential and, except as otherwise required by law, will not, without the prior written consent of the other party, disclose this Supplemental Agreement or any information contained herein to any other person or entity.

The Purchase Agreement, be deemed amended to the extent herein provided and as so amended shall continue in full force and effect. In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.

**BOEING PROPRIETARY**







**BOEING PROPRIETARY**

# SUPPLEMENTAL AGREEMENT NO. 12

**to**

**Purchase Agreement No. 3780**

**between**

## THE BOEING COMPANY

**and**

## GAC INC.

**Relating to Boeing Model 737-8 Aircraft and 737-10 Aircraft**

THIS SUPPLEMENTAL AGREEMENT, entered into as of the _23_____ day of ____September____ 2019, by and between THE BOEING COMPANY, a Delaware corporation (Boeing), and GAC INC., a company organized under the laws of the Cayman Islands (Buyer);

W I T N E S S E T H:

WHEREAS, Boeing and Buyer entered into Purchase Agreement No. 3780, dated October 1st, 2012, as amended and supplemented (the Agreement) relating to the purchase and sale of Boeing Model 737-8 and Model 737-10 aircraft (individually, 737-8 Aircraft and 737-10 Aircraft, and collectively, Aircraft);

WHEREAS, Buyer and Boeing now wish to amend certain terms and conditions associated with the Agreement;



NOW, THEREFORE, in consideration of the mutual covenants contained herein, the parties agree to amend the Agreement as follows:

**BOEING PROPRIETARY**

The Purchase Agreement, be deemed amended to the extent herein provided and as so amended shall continue in full force and effect.  In the event of any inconsistency between the above provisions and those provisions contained in the Purchase Agreement, the terms of this Supplemental Agreement will govern and control.

EXECUTED IN DUPLICATE as of the day and year first above written.

GAC INC.

By _____          By _____

Its _____          Its _____

Witness_____          Witness_____

**BOEING PROPRIETARY**

## SUPPLEMENTAL AGREEMENT NO. GOT-PA-3780-SA-13

### to

### Purchase Agreement No. PA-3780

### between

### THE BOEING COMPANY

### and

### GAC Inc..

### Relating to Boeing Model 737-8 Aircraft

THIS SUPPLEMENTAL AGREEMENT is made between THE BOEING COMPANY, a Delaware corporation (**Boeing**), and GAC Inc., a company organized under the laws of the Cayman Island (**Customer**);

Customer and Boeing entered into Purchase Agreement No. PA-3780, dated October 01, 2012 as amended, and supplemented, (**Purchase Agreement**) relating to the purchase and sale of Boeing Model 737-8 (the **737-8 Aircraft**) and 737-10 (the **737-10 Aircraft**) (collectively and individually **Aircraft**); and this Supplemental Agreement No. 13 (**SA-13**) is an amendment to and is incorporated into the Purchase Agreement:



**BOEING PROPRIETARY**





NOW, THEREFORE, the parties agree that the Purchase Agreement is amended as set forth below and otherwise agree as follows:

1.    <u>Table of Contents</u>.

Remove and replace, in its entirety, the current Table of Contents with the new Table of Contents (attached hereto), to reflect the incorporation of this SA-13 into the Purchase Agreement.



**BOEING PROPRIETARY**



5. <u>Miscellaneous</u>.

    5.1    The Purchase Agreement is amended as set forth above, and all other terms and conditions of the Purchase Agreement remain unchanged and are in full force and effect. Any Tables of Contents, Tables, Supplemental Exhibits, Letter Agreements or other documents that are listed in the Sections above are incorporated into this SA-13 by this reference.

    5.2    This SA-13 will become effective upon execution and receipt by both Parties on or before J**uly 26, 2021**, after which date this SA-13 will be null and void and have no force or effect.

AGREED AND ACCEPTED this

  July 26, 2021
_____
Date



**BOEING PROPRIETARY**

# TABLE OF CONTENTS

## SUPPLEMENTAL AGREEMENT NUMBER 13

ARTICLES
Article 1.        Quantity, Model and Description
Article 2.        Delivery Schedule
Article 3.        Price
Article 4.        Payment
Article 5.        Additional Terms

TABLE

**1R**        **737-8 Aircraft Information Table**                                    **SA-13**
**1-1R**      **737-8 Aircraft Information Table**                                    **SA-13**
**1-3R**      **737-10 Aircraft Information Table**                                   **SA-13**
**1-4**       **737-8 ███████ Aircraft Information Table**                            **SA-13**


EXHIBIT
A          737-8 Aircraft Configuration                          SA-9
A2         737-10 Aircraft Configuration                         SA-10
**A3**         **737-8 Aircraft Configuration**                          **SA-13**
**A4**         **737-8 Aircraft Configuration**                          **SA-13**
**A5**         **737-8 Aircraft Configuration**                          **SA-13**
**A6**         **737-8 Aircraft Configuration**                          **SA-13**
**A7**         **737-8 Aircraft Configuration**                          **SA-13**
**A8**         **737-8 Aircraft Configuration**                          **SA-13**
B          Aircraft Delivery Requirements and Responsibilities

SUPPLEMENTAL EXHIBITS
AE1.       Escalation Adjustment/Airframe and Optional Features
BFE1.      BFE Variables                                         SA-8
CS1.       Customer Support Variables                            SA-9
EE1.       Engine Escalation/Engine Warranty and Patent Indemnity
SLP1.      Service Life Policy Components

**BOEING PROPRIETARY**



| LETTER AGREEMENTS | SA Number |
|---|---|
| GOT-PA-3780-LA-1207832 | |
| GOT-PA-3780-LA-1207833 | |
| GOT-PA-3780-LA-1207834 | |
| GOT-PA-3780-LA-1207835R1 | SA-7 |
| **GOT-PA-3780-LA-1207836R4** | **SA-13** |
| GOT-PA-3780-LA-1207838R1 | SA-3 |
| **GOT-PA-3780-LA-1207737R4** | **SA-13** |
| GOT-PA-3780-LA-1207734R1 | SA-3 |
| GOT-PA-3780-LA-1207839 | |
| GOT-PA-3780-LA-1207840R4 | SA-10 |
| GOT-PA-3780-LA-1207841 | |
| GOT-PA-3780-LA-1207842R1 | SA-10 |
| GOT-PA-3780-LA-1207845 | |
| **GOT PA 3780 LA 1207848R5** | **SA-13** |
| GOT-PA-3780-LA-1207735R2 | |
| GOT-PA-3780-LA-1207830 | |
| GOT-PA-3780-LA-1207847 | |
| GOT-PA-3780-LA-1501790R1 | SA-7 |
| GOT-PA-3780-LA-1600544 | SA-10 |
| GOT-PA-3780-LA-1701805 | SA-9 |
| GOT-PA-3780-LA-1804583 | SA-10 |
| **GOT-PA-3780-LA-1804642R1** | **SA-13** |
| GOT-PA-3780-LA-1804661 | SA-10 |
| GOT-PA-3780-LA-1804029 | SA-10 |
| GOT-PA-3780-LA-1804679 | SA-10 |
| GOT-PA-3780-LA-1804682 | SA-10 |
| **GOT-PA-3780-LA-2102847** | **SA-13** |
| **GOT-PA-3780-LA-2103050** | **SA-13** |



**BOEING PROPRIETARY**



## RECORD OF SUPPLEMENTAL AGREEMENTS

| | | | |
|---|---|---|---|
| SA-1 | 1 | October | 2012 |
| SA-2 | 4 | November | 2013 |
| SA-3 | 2 | October | 2015 |
| SA-4 | 2 | October | 2015 |
| SA-5 | 6 | November | 2015 |
| SA-6 | | Not used | 2016 |
| SA-7 | 19 | April | 2016 |
| SA-8 | 5 | December | 2016 |
| SA-9 | 22 | January | 2017 |
| SA-10 | 12 | September | 2018 |
| SA-11 | 21 | November | 2018 |
| SA-12 | 23 | September | 2019 |
| **SA-13** | **26** | **July** | **2021** |

**BOEING PROPRIETARY**

DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9799C94DD5BB

**Table 1R To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**



Total:

Note: The Block 1 and Block 2 designations are tied to GOT-PA-3780-LA-1207836R3

DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9799C94DD6BB 9

**Table 1-1R To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**



DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9799C94DD6BB 9

**Table 1-1R To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**





GOT-PA-03780

Boeing Proprietary

DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9799C94DD6BB 9

## Table 1-1R To
## Purchase Agreement No. PA-03780
## Aircraft Delivery, Description, Price and Advance Payments





**Table 1-3R To**
**Purchase Agreement No. PA-03780**
**737-10 Aircraft Delivery, Description, Price and Advance Payments**



**Table 1-3R To**
**Purchase Agreement No. PA-03780**
**737-10 Aircraft Delivery, Description, Price and Advance Payments**





Table 1-4 To
Purchase Agreement No. PA-03780
Aircraft Delivery, Description, and Price



BOEING PROPRIETARY

# AIRCRAFT CONFIGURATION

# BETWEEN

# THE BOEING COMPANY

# AND

# GAC, INC.

# Exhibit A3 to Purchase Agreement Number 3780

**BOEING PROPRIETARY**

**EXHIBIT A3**

**AIRCRAFT CONFIGURATION**

**DATED July 21, 2021**

**relating to**

**BOEING MODEL 737-8 AIRCRAFT**

The Detail Specification provides further description of Customer's configuration set forth in this Exhibit A





GOT-PA-03780 SA-13                                                    Page 3

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



BOEING PROPRIETARY



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



GOT-PA-03780 SA-13                                                         Page 11

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

# AIRCRAFT CONFIGURATION

# BETWEEN

# THE BOEING COMPANY

# AND

# GAC, INC.

# Exhibit A4 to Purchase Agreement Number 3780

BOEING PROPRIETARY

**EXHIBIT A4**

**AIRCRAFT CONFIGURATION**

**DATED July 21, 2021**

**relating to**

**BOEING MODEL 737-8 AIRCRAFT**

     The Detail Specification provides further description of Customer's configuration set forth in this Exhibit A.

GOT-PA-03780 SA-13

**BOEING PROPRIETARY**



GOT-PA-03780 SA-13                                                      Page 3

**BOEING PROPRIETARY**





**BOEING PROPRIETARY**



GOT-PA-03780 SA-13                                                                Page 5

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



GOT-PA-03780 SA-13                                                    Page 7

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



GOT-PA-03780 SA-13

**BOEING PROPRIETARY**



GOT-PA-03780 SA-13

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

# AIRCRAFT CONFIGURATION

# BETWEEN

# THE BOEING COMPANY

# AND

# GAC, INC.

# Exhibit A5 to Purchase Agreement Number 3780

**BOEING PROPRIETARY**

**EXHIBIT A5**

**AIRCRAFT CONFIGURATION**

**DATED July 21, 2021**

**relating to**

**BOEING MODEL 737-8 AIRCRAFT**

The Detail Specification provides further description of Customer's configuration set forth in this Exhibit A.





**BOEING PROPRIETARY**



GOT-PA-03780 SA-13                                                                        Page 5

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



GOT-PA-03780 SA-13                                                                    Page 7

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**





**BOEING PROPRIETARY**





**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9790C04DD6BB-0

# AIRCRAFT CONFIGURATION

# BETWEEN

# THE BOEING COMPANY

# AND

# GAC, INC.

# Exhibit A6 to Purchase Agreement Number 3780

**BOEING PROPRIETARY**

## EXHIBIT A6

## AIRCRAFT CONFIGURATION

## DATED July 21, 2021

### relating to

## BOEING MODEL 737-8 AIRCRAFT

The Detail Specification provides further description of Customer's configuration set forth in this Exhibit A.



GOT-PA-03780 SA-13                                                    Page 3

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**





DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9790C04DD5BB



GOT-PA-03780 SA-13

**BOEING PROPRIETARY**



# AIRCRAFT CONFIGURATION

# BETWEEN

# THE BOEING COMPANY

# AND

# GAC, INC.

# Exhibit A7 to Purchase Agreement Number 3780

**BOEING PROPRIETARY**

**EXHIBIT A7**

**AIRCRAFT CONFIGURATION**

**DATED July 21, 2021**

**relating to**

**BOEING MODEL 737-8 AIRCRAFT**

The Detail Specification provides further description of Customer's configuration set forth in this Exhibit A.

**BOEING PROPRIETARY**





**BOEING PROPRIETARY**



BOEING PROPRIETARY



**BOEING PROPRIETARY**

DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9790C94DD6BB-0



**BOEING PROPRIETARY**



GOT-PA-03780 SA-13

**BOEING PROPRIETARY**



GOT-PA-03780 SA-13                                                    Page 8

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9790C04DD6BB-9





**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

# AIRCRAFT CONFIGURATION

# BETWEEN

# THE BOEING COMPANY

# AND

# GAC, INC.

## Exhibit A8 to Purchase Agreement Number 3780

**BOEING PROPRIETARY**

**EXHIBIT A8**

**AIRCRAFT CONFIGURATION**

**DATED July 21, 2021**

**relating to**

**BOEING MODEL 737-8 AIRCRAFT**

The Detail Specification provides further description of Customer's configuration set forth in this Exhibit A.

**BOEING PROPRIETARY**



GOT-PA-03780 SA-13                                                    Page 3

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**





**BOEING PROPRIETARY**



BOEING PROPRIETARY



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



DocuSign Envelope ID: 6F515284-7A85-41C3-9432-9790C94DD6B9-0

**BOEING**

GOT-PA-3780-LA-2102847

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:      █████████████████████

Reference:   Purchase Agreement No. 3780 (**Purchase Agreement**) between The
             Boeing Company (**Boeing**) and GAC INC. (**Customer**) relating to
             Model 737-8 aircraft (**Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the
Purchase Agreement and ██████████████████████████████████████████████
████████████████████████████████████████  All capitalized terms which are not
otherwise defined herein shall have the definitions specified in the Purchase
Agreement.

Except as expressly amended by the terms of this Letter Agreement, ███████
████████ are in all other respects "Aircraft" under the terms of the Purchase Agreement.

**BOEING PROPRIETARY**



GOT-PA-3780-LA-2102847

**BOEING PROPRIETARY**





**BOEING PROPRIETARY**





8.    <u>Confidentiality</u>.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,

AGREED AND ACCEPTED this

July 26, 2021
_____
Date



GOT-PA-3780-LA-2102847                                    Page 4
                                                          SA-13

**BOEING PROPRIETARY**



DocuSign Envelope ID: 6F515284-7A85-41C3-9432-9790C94DD6BB-0



The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-2103050

GAC Inc.
PO Box 309, Uglanda House
Grand Cayman
KY-1104
Cayman Islands

Subject: ████████████████████████████

Reference: a) Purchase Agreement No. PA-3780 (**Purchase Agreement**) between The Boeing Company (**Boeing**) and Gol Linhas Aereas S.A. (**Customer**) relating to Model 737-8, 737-10 aircraft (**Aircraft**)

b) ████████████████████████████████████

This letter agreement (**Letter Agreement**) amends and supplements the Purchase Agreement. All terms used but not defined in this Letter Agreement will have the same meaning as in the Purchase Agreement.

Boeing and Customer agree to administratively incorporate already agreed to terms and conditions of the Agreement into the Purchase Agreement for the Aircraft as follows:



GOT-PA-3780-LA-2103050                                    **SA-13**
Page 1
████████████████████████

**BOEING PROPRIETARY**





5.    **Confidentiality**.

      Customer understands and agrees that the information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties.  Customer agrees to limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

BOEING PROPRIETARY

Very truly yours,

AGREED AND ACCEPTED this

July 26, 2021
Date

**BOEING PROPRIETARY**

DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9790C94DD6BB-0

**_BOEING_**

The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-1207737**R4**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:      ███████████

Reference:    Purchase Agreement No. 3780 (**Purchase Agreement**) between The
              Boeing Company (**Boeing**) and GAC Inc. (**Customer**) relating to
              Model 737-8 aircraft and 737-10 aircraft (individually, **737-8 Aircraft** and
              **737-10 Aircraft**, and collectively, **Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the Purchase
Agreement, and reflects the mutual agreement of the parties concerning certain
business considerations pertaining to the Aircraft ████████████████





GOT-PA-3780-LA-1207737**R4**
███████████

**BOEING PROPRIETARY**



GOT-PA-3780-LA-1207737**R4**





GOT-PA-3780-LA-1207737**R4**





GOT-PA-3780-LA-1207737**R4**







DocuSign Envelope ID: 6F515284-7A85-41C3-9432-9790C94DD6BB-9





DocuSign Envelope ID: 6F515284-7A85-41C3-9432-9790C94DD6BB-9





GOT-PA-3780-LA-1207737**R4**







## 17.    Confidentiality

Customer understands and agrees that the information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer agrees to limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing. In addition to any equitable relief that may be available to Boeing in the event of a breach of this clause, Boeing may rescind the Launch Customer Credit Memorandum contained in paragraph 4 above, in the event of any unauthorized disclosure by Customer.

If the foregoing correctly sets forth your understanding of our agreement with respect to the matters treated above, please indicate your acceptance and approval below.

Very truly yours,

AGREED AND ACCEPTED this

July 26, 2021
_____
Date





The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-1207836**R4**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:  ████████████████████

Reference:  a) Purchase Agreement No. PA-3780 (**PA 3780**) between The Boeing Company (**Boeing**) and GAC Inc. (**Customer**) relating to Model 737-8 and 737-10 aircraft (individually, **737-8 Aircraft** and **737-10 Aircraft**, and collectively, **Aircraft**)

b) Purchase Agreement No. 2910 (**PA 2910**) between The Boeing Company (Boeing) and GOL Transportes Aereos SA (**the 737-800 Customer**) relating to Model 737-8EH aircraft (the **737-800 Aircraft**)

This letter agreement (Letter Agreement) amends and supplements the Purchase Agreement.  All terms used but not defined in this Letter Agreement have the same meaning as in the Purchase Agreement.



GOT-PA-3780-LA-1207836R4                                                **SA-13**
                                                                         Page 1
████████████████

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836R**4**

**BOEING PROPRIETARY**







**BOEING PROPRIETARY**



DocuSign Envelope ID: 6E515284-7A85-41C3-9432-9790C94DD5BB-0



GOT-PA-3780-LA-1207836R**4**

**SA-13**
Page 5

**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836R**4**

**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836R**4**

BOEING PROPRIETARY



8.    **Confidential Treatment**

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties.  Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,

AGREED AND ACCEPTED this

July 26, 2021
Date



**BOEING PROPRIETARY**



The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-1804642**R1**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:    ▮▮▮▮▮▮▮▮▮▮▮▮▮

Reference:   Purchase Agreement No. 3780 (**Purchase Agreement**) between The
Boeing Company (**Boeing**) and GAC INC. (**Customer**) relating to
Model 737-8 aircraft and Model 737-10 aircraft (individually, **737-8
Aircraft** and **737-10 Aircraft**, and collectively, **Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the
Purchase Agreement.  All terms used but not defined in this Letter Agreement shall
have the same meaning as in the Purchase Agreement.



GOT-PA-3780-LA-1804642**R1**



**BOEING PROPRIETARY**

**SA-13**
Page 1

DocuSign Envelope ID: 6F515284-7A85-41C3-8432-9709C94DD6BB-9





GOT-PA-3780-LA-1804642**R1**

**SA-13**
Page 2

*BOEING*

███████████████████████████████████ .

6.    <u>Confidential Treatment</u>.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,

AGREED AND ACCEPTED this

July 26, 2021
Date

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

GOT-PA-3780-LA-1804642**R1**
████████████████████

**BOEING PROPRIETARY**



DocuSign Envelope ID: C77916E4-1FF9-4810-8540-26D3E6DFB6F7

**SUPPLEMENTAL AGREEMENT NO. GOT-PA-3780-SA-14**

to

**Purchase Agreement No. PA-3780**

between

**THE BOEING COMPANY**

and

**GAC Inc..**

**Relating to Boeing Model 737-8 Aircraft**

THIS SUPPLEMENTAL AGREEMENT is made between THE BOEING COMPANY, a Delaware corporation (**Boeing**), and GAC Inc., a company organized under the laws of the Cayman Island (**Customer**);

Customer and Boeing entered into Purchase Agreement No. PA-3780, dated October 01, 2012 as amended, and supplemented, (**Purchase Agreement**) relating to the purchase and sale of Boeing Model 737-8 (the **737-8 Aircraft**) and 737-10 (the **737-10 Aircraft**) (collectively and individually **Aircraft**); and this Supplemental Agreement No. 14 (**SA-14**) is an amendment to and is incorporated into the Purchase Agreement:

WHEREAS, Customer and Boeing wish to amend the Purchase Agreement ▇▇▇

NOW, THEREFORE, the parties agree that the Purchase Agreement is amended as set forth below and otherwise agree as follows:

1.     Table of Contents.

Remove and replace, in its entirety, the current Table of Contents with the new Table of Contents (attached hereto), to reflect the incorporation of this SA-14 into the Purchase Agreement.

3.     Miscellaneous.

3.1     The Purchase Agreement is amended as set forth above, and all other terms and conditions of the Purchase Agreement remain unchanged and are in full force and effect.  Any Tables of Contents, Tables, Supplemental Exhibits, Letter Agreements

**BOEING PROPRIETARY**



DocuSign Envelope ID: C77916E4-1FF9-4810-8540-26D3E6DFB6F7

or other documents that are listed in the Sections above are incorporated into this SA-14 by this reference.

     3.2    This SA-14 will become effective upon execution and receipt by both Parties on or before **November 11, 2021**, after which date this SA-14 will be null and void and have no force or effect.

AGREED AND ACCEPTED this

Nov 10, 2021
_____

Date



DocuSign Envelope ID: C77916E4-1FF9-4810-8540-26D3E6DFB6F7

# TABLE OF CONTENTS

## SUPPLEMENTAL AGREEMENT NUMBER **14**

ARTICLES
| | |
|---|---|
| Article 1. | Quantity, Model and Description |
| Article 2. | Delivery Schedule |
| Article 3. | Price |
| Article 4. | Payment |
| Article 5. | Additional Terms |

TABLE

| | | |
|---|---|---|
| 1R1 | 737-8 Aircraft Information Table | SA-13 |
| 1-1R1 | 737-8 Aircraft Information Table | SA-13 |
| 1-3R1 | 737-10 Aircraft Information Table | SA-13 |
| **1-4** | **737-8 ▮▮▮▮▮ Aircraft Information Table** | **SA-14** |

EXHIBIT

| | | |
|---|---|---|
| A | 737-8 Aircraft Configuration | SA-9 |
| A2 | 737-10 Aircraft Configuration | SA-10 |
| A3 | 737-8 Aircraft Configuration | SA-13 |
| A4 | 737-8 Aircraft Configuration | SA-13 |
| A5 | 737-8 Aircraft Configuration | SA-13 |
| A6 | 737-8 Aircraft Configuration | SA-13 |
| A7 | 737-8 Aircraft Configuration | SA-13 |
| A8 | 737-8 Aircraft Configuration | SA-13 |
| B | Aircraft Delivery Requirements and Responsibilities | |

SUPPLEMENTAL EXHIBITS

| | | |
|---|---|---|
| AE1. | Escalation Adjustment/Airframe and Optional Features | |
| BFE1. | BFE Variables | SA-8 |
| CS1. | Customer Support Variables | SA-9 |
| EE1. | Engine Escalation/Engine Warranty and Patent Indemnity | |
| SLP1. | Service Life Policy Components | |

DocuSign Envelope ID: C77916E4-1FF9-4810-8540-26D3E6DFB6F7

| LETTER AGREEMENTS | SA Number |
|---|---|
| GOT-PA-3780-LA-1207832 | |
| GOT-PA-3780-LA-1207833 | |
| GOT-PA-3780-LA-1207834 | |
| GOT-PA-3780-LA-1207835R1 | SA-7 |
| GOT-PA-3780-LA-1207836R4 | SA-13 |
| GOT-PA-3780-LA-1207838R1 | SA-3 |
| GOT-PA-3780-LA-1207737R4 | SA-13 |
| GOT-PA-3780-LA-1207734R1 | SA-3 |
| GOT-PA-3780-LA-1207839 | |
| GOT-PA-3780-LA-1207840R4 | SA-10 |
| GOT-PA-3780-LA-1207841 | |
| GOT-PA-3780-LA-1207842R1 | SA-10 |
| GOT-PA-3780-LA-1207845 | |
| ~~GOT-PA-3780-LA-1207848R5~~ | SA-13 |
| GOT-PA-3780-LA-1207735R2 | |
| GOT-PA-3780-LA-1207830 | |
| GOT-PA-3780-LA-1207847 | |
| GOT-PA-3780-LA-1501790R1 | SA-7 |
| GOT-PA-3780-LA-1600544 | SA-10 |
| GOT-PA-3780-LA-1701805 | SA-9 |
| GOT-PA-3780-LA-1804583 | SA-10 |
| GOT-PA-3780-LA-1804642R1 | SA-13 |
| GOT-PA-3780-LA-1804661 | SA-10 |
| GOT-PA-3780-LA-1804029 | SA-10 |
| GOT-PA-3780-LA-1804679 | SA-10 |
| GOT-PA-3780-LA-1804682 | SA-10 |
| GOT-PA-3780-LA-2102847 | SA-13 |
| GOT-PA-3780-LA-2103050 | SA-13 |

DocuSign Envelope ID: C77916E4-1FF9-4810-8540-26D3E6DFB6F7

## RECORD OF SUPPLEMENTAL AGREEMENTS

| | | | |
|---|---|---|---|
| SA-1 | 1 | October | 2012 |
| SA-2 | 4 | November | 2013 |
| SA-3 | 2 | October | 2015 |
| SA-4 | 2 | October | 2015 |
| SA-5 | 6 | November | 2015 |
| SA-6 | | Not used | 2016 |
| SA-7 | 19 | April | 2016 |
| SA-8 | 5 | December | 2016 |
| SA-9 | 22 | January | 2017 |
| SA-10 | 12 | September | 2018 |
| SA-11 | 21 | November | 2018 |
| SA-12 | 23 | September | 2019 |
| SA-13 | 31 | July | 2021 |
| **SA-14** | **11** | **Nov** | **2021** |

GOT PA 3780 SA-**14**

**BOEING PROPRIETARY**

Page 3



DocuSign Envelope ID: C77916E4-1FF9-4810-8540-26D3E6DFB6F7

Table 1-4 To
Purchase Agreement No. PA-03780
Aircraft Delivery, Description, and Price



GOT-PA-03780
APRs 117319, 117320

BOEING PROPRIETARY

DocuSign Envelope ID: 563ACC75-D061-44FC-A0B5-A2F145BFEBC1

### SUPPLEMENTAL AGREEMENT NO. GOT-PA-3780-SA-15

to

### Purchase Agreement No. PA-3780

between

### THE BOEING COMPANY

and

### GAC Inc.

### Relating to Boeing Model 737-8 Aircraft

THIS SUPPLEMENTAL AGREEMENT is made between THE BOEING COMPANY, a Delaware corporation (**Boeing**), and GAC Inc., a company organized under the laws of the Cayman Island (**Customer**);

Customer and Boeing entered into Purchase Agreement No. PA-3780, dated October 01, 2012 as amended, and supplemented, (**Purchase Agreement**) relating to the purchase and sale of Boeing Model 737-8 (the **737-8 Aircraft**) and 737-10 (the **737-10 Aircraft**) (collectively and individually **Aircraft**); and this Supplemental Agreement No. 15 (**SA-15**) is an amendment to and is incorporated into the Purchase Agreement:



NOW, THEREFORE, the parties agree that the Purchase Agreement is amended as set forth below and otherwise agree as follows:

**BOEING PROPRIETARY**

DocuSign Envelope ID: 563ACC75-D061-44FC-A0B5-A2F145BFEBC1

1.    <u>Table of Contents</u>.

Remove and replace, in its entirety, the current Table of Contents with the new Table of Contents (attached hereto), to reflect the incorporation of this SA-15 into the Purchase Agreement.



3.    <u>Miscellaneous</u>.

3.1    The Purchase Agreement is amended as set forth above, and all other terms and conditions of the Purchase Agreement remain unchanged and are in full force and effect. Any Tables of Contents, Tables, Supplemental Exhibits, Letter Agreements or other documents that are listed in the Sections above are incorporated into this SA-15 by this reference.

3.2    This SA-15 will become effective upon execution and receipt by both Parties on or before January 28, 2022, after which date this SA-15 will be null and void and have no force or effect.

AGREED AND ACCEPTED this

January 28, 2022
_____
Date





DocuSign Envelope ID: 563ACC75-D061-44FC-A0B5-A2F145BFEBC1

# TABLE OF CONTENTS

## SUPPLEMENTAL AGREEMENT NUMBER **15**

<u>ARTICLES</u>
Article 1.       Quantity, Model and Description
Article 2.       Delivery Schedule
Article 3.       Price
Article 4.       Payment
Article 5.       Additional Terms


<u>TABLE</u>

1R1          737-8 Aircraft Information Table                         SA-13
1-1R1        737-8 Aircraft Information Table                         **SA-15**
1-3R1        737-10 Aircraft Information Table                        SA-13
1-4          737-8 Remarket Aircraft Information Table                SA-14


<u>EXHIBIT</u>
A            737-8 Aircraft Configuration                             SA-9
A2           737-10 Aircraft Configuration                            SA-10
A3           737-8 Aircraft Configuration                             SA-13
A4           737-8 Aircraft Configuration                             SA-13
A5           737-8 Aircraft Configuration                             SA-13
A6           737-8 Aircraft Configuration                             SA-13
A7           737-8 Aircraft Configuration                             SA-13
A8           737-8 Aircraft Configuration                             SA-13
B            Aircraft Delivery Requirements and Responsibilities

SUPPLEMENTAL EXHIBITS
AE1.         Escalation Adjustment/Airframe and Optional Features
BFE1.        BFE Variables                                            SA-8
CS1.         Customer Support Variables                               SA-9
EE1.         Engine Escalation/Engine Warranty and Patent Indemnity
SLP1.        Service Life Policy Components

**BOEING PROPRIETARY**



DocuSign Envelope ID: 563ACC75-D061-44FC-A0B5-A2F145BFEBC1

| LETTER AGREEMENTS | SA Number |
|---|---|
| GOT-PA-3780-LA-1207832 | |
| GOT-PA-3780-LA-1207833 | |
| GOT-PA-3780-LA-1207834 | |
| GOT-PA-3780-LA-1207835R1 | SA-7 |
| GOT-PA-3780-LA-1207836R4 | SA-13 |
| GOT-PA-3780-LA-1207838R1 | SA-3 |
| GOT-PA-3780-LA-1207737R4 | SA-13 |
| GOT-PA-3780-LA-1207734R1 | SA-3 |
| GOT-PA-3780-LA-1207839 | |
| GOT-PA-3780-LA-1207840R4 | SA-10 |
| GOT-PA-3780-LA-1207841 | |
| GOT-PA-3780-LA-1207842R1 | SA-10 |
| GOT-PA-3780-LA-1207845 | |
| ~~GOT-PA-3780-LA-1207848R5~~ | SA-13 |
| GOT-PA-3780-LA-1207735R2 | |
| GOT-PA-3780-LA-1207830 | |
| GOT-PA-3780-LA-1207847 | |
| GOT-PA-3780-LA-1501790R1 | SA-7 |
| GOT-PA-3780-LA-1600544 | SA-10 |
| GOT-PA-3780-LA-1701805 | SA-9 |
| GOT-PA-3780-LA-1804583 | SA-10 |
| GOT-PA-3780-LA-1804642R1 | SA-13 |
| GOT-PA-3780-LA-1804661 | SA-10 |
| GOT-PA-3780-LA-1804029 | SA-10 |
| GOT-PA-3780-LA-1804679 | SA-10 |
| GOT-PA-3780-LA-1804682 | SA-10 |
| GOT-PA-3780-LA-2102847 | SA-13 |
| GOT-PA-3780-LA-2103050 | SA-13 |



DocuSign Envelope ID: 563ACC75-D061-44FC-A0B5-A2F145BFEBC1

## RECORD OF SUPPLEMENTAL AGREEMENTS

| | | | |
|------|-----|-----------|------|
| SA-1 | 1 | October | 2012 |
| SA-2 | 4 | November | 2013 |
| SA-3 | 2 | October | 2015 |
| SA-4 | 2 | October | 2015 |
| SA-5 | 6 | November | 2015 |
| SA-6 | | Not used | 2016 |
| SA-7 | 19 | April | 2016 |
| SA-8 | 5 | December | 2016 |
| SA-9 | 22 | January | 2017 |
| SA-10 | 12 | September | 2018 |
| SA-11 | 21 | November | 2018 |
| SA-12 | 23 | September | 2019 |
| SA-13 | 31 | July | 2021 |
| SA-14 | 10 | Nov | 2021 |
| **SA-15** | 28 | January | **2022** |

**BOEING PROPRIETARY**



**Table 1-1R1 To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**

Table 1-1R1 To
Purchase Agreement No. PA-03780
Aircraft Delivery, Description, Price and Advance Payments

**Table 1-1R1 To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**



## SUPPLEMENTAL AGREEMENT NO. GOT-PA-3780-SA-16

### to

### Purchase Agreement No. PA-3780

### between

### THE BOEING COMPANY

### and

### GAC Inc.

### Relating to Boeing Model 737-8 and 737-10 Aircraft

THIS SUPPLEMENTAL AGREEMENT is made between THE BOEING COMPANY, a Delaware corporation (**Boeing**), and GAC Inc., a company organized under the laws of the Cayman Island (**Customer**);

Customer and Boeing entered into Purchase Agreement No. PA-3780, dated October 01, 2012 as amended, and supplemented, (**Purchase Agreement**) relating to the purchase and sale of Boeing Model 737-8 (the **737-8 Aircraft**) and 737-10 (the **737-10 Aircraft**) (collectively and individually **Aircraft**); and this Supplemental Agreement No. 16 (**SA-16**) is an amendment to and is incorporated into the Purchase Agreement:

**BOEING PROPRIETARY**

| | | |
|---|---|---|
| ███ | █████ | ████ |
| ███ | ███████ | ███ |
| ███ | ████ | ██████ |
| ███ | ████ | ██████ |
| ██ | ████ | █████ |
| ██ | ████ | █████ |
| ██ | ████ | ████ |
| ███ | ████ | ███ |
| ██ | ████ | ███ |
| ██ | █████ | ███ |
| ██ | █████ | ███ |
| ███ | █████ | ███ |
| ██ | █████ | █████ |
| ██ | ██████ | ███ |
| ██ | █████ | ██████ |
| ███ | ████ | ████ |
| ██ | █████ | ██████ |
| ██ | █████ | ██████ |
| ██ | █████ | ████ |
| ██ | █████ | ████ |
| ██ | ████ | █████ |
| ███ | █████ | ████ |
| ███ | █████ | ████ |

**BOEING PROPRIETARY**



| | | |
|---|---|---|
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |

NOW, THEREFORE, the parties agree that the Purchase Agreement is amended as set forth below and otherwise agree as follows:

1.    Table of Contents.

Remove and replace, in its entirety, the current Table of Contents with the new Table of Contents (attached hereto), to reflect the incorporation of this SA-16 into the Purchase Agreement.

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-9A2A-3B029173355D4



GOT-PA-3780-SA-16

**BOEING PROPRIETARY**



5.    Miscellaneous.

5.1    The Purchase Agreement is amended as set forth above, and all other terms and conditions of the Purchase Agreement remain unchanged and are in full force and effect. Any Tables of Contents, Tables, Supplemental Exhibits, Letter Agreements or other documents that are listed in the Sections above are incorporated into this SA-16 by this reference.

5.2    This SA-16 will become effective upon execution and receipt by both Parties on or before March 31, 2023, after which date this SA-16 will be null and void and have no force or effect.

AGREED AND ACCEPTED this

March 31, 2023
Date



# TABLE OF CONTENTS

## SUPPLEMENTAL AGREEMENT NUMBER **16**

<u>ARTICLES</u>
Article 1.          Quantity, Model and Description
Article 2.          Delivery Schedule
Article 3.          Price
Article 4.          Payment
Article 5.          Additional Terms


<u>TABLE</u>

1R1          737-8 Aircraft Information Table          **SA-16**

1-1R**2**          737-8 Aircraft Information Table          **SA-16**

1-3R**2**          737-10 Aircraft Information Table          **SA-16**

1-4**R1**          737-8 ███████ Aircraft Information Table          **SA-16**

**1-5**          **737-10 Aircraft Information Table**          **SA-16**


EXHIBIT
A          737-8 Aircraft Configuration          SA-9
A2          737-10 Aircraft Configuration          SA-10
A3          737-8 Aircraft Configuration          SA-13
A4          737-8 Aircraft Configuration          SA-13
A5          737-8 Aircraft Configuration          SA-13
A6          737-8 Aircraft Configuration          SA-13
A7          737-8 Aircraft Configuration          SA-13
A8          737-8 Aircraft Configuration          SA-13
**A9**          **737-8 Aircraft Configuration**          **SA-16**
**A10**          **737-8 Aircraft Configuration**          **SA-16**
B          Aircraft Delivery Requirements and Responsibilities

SUPPLEMENTAL EXHIBITS
AE1.          Escalation Adjustment/Airframe and Optional Features
BFE1.          BFE Variables          SA-8
CS1.          Customer Support Variables          SA-9
EE1.          Engine Escalation/Engine Warranty and Patent Indemnity
SLP1.          Service Life Policy Components

**BOEING PROPRIETARY**



| LETTER AGREEMENTS | SA Number |
|---|---|
| GOT-PA-3780-LA-1207832 | |
| GOT-PA-3780-LA-1207833 | |
| GOT-PA-3780-LA-1207834 | |
| GOT-PA-3780-LA-1207835R1 | SA-7 |
| GOT-PA-3780-LA-1207836R**5** | **SA-16** |
| GOT-PA-3780-LA-1207838R1 | SA-3 |
| GOT-PA-3780-LA-1207737R**5** | **SA-16** |
| GOT-PA-3780-LA-1207734R**2** | **SA-16** |
| GOT-PA-3780-LA-1207839 | |
| GOT-PA-3780-LA-1207840R**5** | **SA-16** |
| GOT-PA-3780-LA-1207841 | |
| GOT-PA-3780-LA-1207842R1 | SA-10 |
| GOT-PA-3780-LA-1207845 | |
| ~~GOT-PA-3780-LA-1207848R5~~ | SA-13 |
| GOT-PA-3780-LA-1207735R2 | |
| GOT-PA-3780-LA-1207830 | |
| GOT-PA-3780-LA-1207847 | |
| GOT-PA-3780-LA-1501790R1 | SA-7 |
| GOT-PA-3780-LA-1600544 | SA-10 |
| GOT-PA-3780-LA-1701805 | SA-9 |
| GOT-PA-3780-LA-1804583 | SA-10 |
| GOT-PA-3780-LA-1804642R1 | SA-13 |
| GOT-PA-3780-LA-1804661 | SA-10 |
| GOT-PA-3780-LA-1804029**R1** | **SA-16** |
| GOT-PA-3780-LA-1804679 | SA-10 |
| GOT-PA-3780-LA-1804682**R1** | **SA-16** |
| GOT-PA-3780-LA-2102847**R1** | **SA-16** |
| GOT-PA-3780-LA-2103050 | SA-13 |
| **GOT-PA-3780-LA-2204635** | **SA-16** |
| **GOT-PA-3780-LA-2204638** | **SA-16** |
| **GOT-PA-3780-LA-2204660** | **SA-16** |
| **GOT-PA-3780-LA-2204992** | **SA-16** |
| **GOT-PA-3780-LA-2205025** | **SA-16** |

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173350A

## RECORD OF SUPPLEMENTAL AGREEMENTS

| | | | |
|---|---|---|---|
| SA-1 | 1 | October | 2012 |
| SA-2 | 4 | November | 2013 |
| SA-3 | 2 | October | 2015 |
| SA-4 | 2 | October | 2015 |
| SA-5 | 6 | November | 2015 |
| SA-6 | | Not used | 2016 |
| SA-7 | 19 | April | 2016 |
| SA-8 | 5 | December | 2016 |
| SA-9 | 22 | January | 2017 |
| SA-10 | 12 | September | 2018 |
| SA-11 | 21 | November | 2018 |
| SA-12 | 23 | September | 2019 |
| SA-13 | 31 | July | 2021 |
| SA-14 | 10 | November | 2021 |
| SA-15 | 28 | January | 2022 |
| **SA-16** | **31** | **March** | **2023** |

**BOEING PROPRIETARY**



**Table 1R1 To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**



**Table 1-1R2 To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**

**Table 1-1R2 To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**



**Table 1-1R2 To**
**Purchase Agreement No. PA-03780**
**Aircraft Delivery, Description, Price and Advance Payments**



**Boeing Proprietary**

**Table 1-3R2 To**
**Purchase Agreement No. PA-03780**
**737-10 Aircraft Delivery, Description, Price and Advance Payments**



**Table 1-3R2 To**
**Purchase Agreement No. PA-03780**
**737-10 Aircraft Delivery, Description, Price and Advance Payments**



Notes:
(1) Block 1 Aircraft: subject to terms in GOT-PA-3780-LA-1207836R6█████████████
(2) Aircraft subject to SA-16████████████ per GOT-PA-3780-LA-1207737R5███████████

Table 1-4**R1** To
Purchase Agreement No. PA-03780
Aircraft Delivery, Description, and Price



**Table 1-5 To**
**Purchase Agreement No. PA-03780**
**737-10 Block 3 Aircraft Delivery, Description, Price and Advance Payments**



**Boeing Proprietary**

**Table 1-5 To**
**Purchase Agreement No. PA-03780**
**737-10 Block 3 Aircraft Delivery, Description, Price and Advance Payments**

Notes:
(1) Block 3 Aircraft

**Boeing Proprietary**

# AIRCRAFT CONFIGURATION

# BETWEEN

# THE BOEING COMPANY

# AND

# GAC, INC.

# Exhibit A9 to Purchase Agreement Number 3780

BOEING PROPRIETARY

# EXHIBIT A9

## AIRCRAFT CONFIGURATION

### DATED  March 31, 2023

**relating to**

### BOEING MODEL 737-8 AIRCRAFT

The Detail Specification provides further description of Customer's configuration set forth in this Exhibit A.



This Exhibit A9 to the Purchase Agreement is subject to change upon mutual agreement between Customer and Boeing, in accordance with Letter Agreement No. GOT-PA-3780-LA-2204660, entitled "█████████████████████████".



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**











**BOEING PROPRIETARY**

# AIRCRAFT CONFIGURATION

# BETWEEN

# THE BOEING COMPANY

# AND

# GAC, INC.

# Exhibit A10 to Purchase Agreement Number 3780

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B028173B5D4

# EXHIBIT A10

## AIRCRAFT CONFIGURATION

**DATED**    March 31, 2023

**relating to**

## BOEING MODEL 737-8 AIRCRAFT

The Detail Specification provides further description of Customer's configuration set forth in this Exhibit A.



This Exhibit A10 to the Purchase Agreement is subject to change upon mutual agreement between Customer and Boeing, in accordance with Letter Agreement No. GOT-PA-3780-LA-2204660, entitled "█████████████████████".

BOEING PROPRIETARY

DocuSign Envelope ID: 91D1600C-5B95-474E-842A-3B0281733ED4



BOEING PROPRIETARY

BOEING PROPRIETARY



BOEING PROPRIETARY

BOEING PROPRIETARY



BOEING PROPRIETARY



BOEING PROPRIETARY



BOEING PROPRIETARY

BOEING PROPRIETARY



BOEING PROPRIETARY





The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-1207840**R5**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:    ███████████████████████

Reference:  Purchase Agreement No. 3780 (**Purchase Agreement**) between The
            Boeing Company (**Boeing**) and GAC INC. (**Customer**) relating to
            Model 737-8 aircraft (**Aircraft**)

        This letter agreement (**Letter Agreement**) amends and supplements the
Purchase Agreement. All terms used but not defined in this Letter Agreement shall
have the same meaning as in the Purchase Agreement. This Letter Agreement shall
only apply to the 737-8 Aircraft ████████████████████████████████
as of SA-10**.**

1.    Definitions.

            ██████████ **Notice** means the written communication provided by Boeing to
Customer in accordance with the requirements of Article 4.1, below.

            █████████████ means each Aircraft specified in Table **1R1 and Table** 1-1**R2**
(of the Purchase Agreement as of the date of this Letter Agreement.

██  ████████████

        ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████

██  ████████████

        ████████████████████████████████
████████████████████████████████████
████████████████████████████████████





GOT-PA-3780-LA-1207840**R5**

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

*BOEING*

8.  <u>Confidential Treatment</u>.

Customer understands and agrees that the information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer agrees to limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,



GOT-PA-3780-LA-1207840**R5**

**SA-16**
Page 4



**BOEING PROPRIETARY**



GOT-PA-3780-LA-1207840**R5**

**BOEING PROPRIETARY**



GOT-PA-3780-LA-1207840**R5**



**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173355D4



GOT-PA-3780-LA-1207840**R5**

**SA-16**
Page 9

**BOEING PROPRIETARY**



DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B0291733ED4



GOT-PA-3780-LA-1207840**R5**

**SA-16**
Page 11

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

*BOEING*

The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-1207737**R5**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:          ███████████

Reference:   Purchase Agreement No. 3780 (**Purchase Agreement**) between The
                    Boeing Company (**Boeing**) and GAC Inc. (**Customer**) relating to
                    Model 737-8 aircraft and 737-10 aircraft (individually, **737-8 Aircraft** and
                    **737-10 Aircraft**, and collectively, **Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the Purchase
Agreement, and reflects the mutual agreement of the parties concerning certain
business considerations pertaining to the Aircraft ████████████████████

GOT-PA-3780-LA-1207737**R5**

███████████

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-9A2A-3B029173355D4



GOT-PA-3780-LA-1207737**R5**

Page 2
**SA-16**

**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207737**R5**

**BOEING PROPRIETARY**



GOT-PA-3780-LA-1207737**R5**



**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207737**R5**

Page 5
**SA-16**

**BOEING PROPRIETARY**



DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B028173358D4



GOT-PA-3780-LA-1207737**R5**

**BOEING PROPRIETARY**



DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173365D4



GOT-PA-3780-LA-1207737**R5**

**BOEING PROPRIETARY**





**BOEING PROPRIETARY**





**BOEING PROPRIETARY**



DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173357D4



GOT-PA-3780-LA-1207737**R5**

Page 10
**SA-16**

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173E5D4







GOT-PA-3780-LA-1207737**R5**

**BOEING PROPRIETARY**





DocuSign Envelope ID: 91D1600C-5B95-474E-9A2A-3B0291733FD4





GOT-PA-3780-LA-1207737**R5**

**BOEING PROPRIETARY**



## 18.    Confidentiality

Customer understands and agrees that the information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer agrees to limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing. ████████████████████████████

If the foregoing correctly sets forth your understanding of our agreement with respect to the matters treated above, please indicate your acceptance and approval below.

Very truly yours,

AGREED AND ACCEPTED this

March 31, 2023
_____
Date



SA-16

**BOEING PROPRIETARY**



DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173350A

_BOEING_

The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-1207836**R5**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:        ███████████████████

Reference:      a) Purchase Agreement No. PA-3780 (**PA 3780**) between The Boeing
                Company (**Boeing**) and GAC Inc. (**Customer**) relating to Model 737-8
                and 737-10 aircraft (individually, **737-8 Aircraft** and **737-10 Aircraft**,
                and collectively, **Aircraft**)

                b) Purchase Agreement No. 2910 (**PA 2910**) between The Boeing
                Company (Boeing) and GOL Transportes Aereos SA (**the 737-800
                Customer**) relating to Model 737-8EH aircraft (the **737-800 Aircraft**)


        This letter agreement (**Letter Agreement**) amends and supplements the
Purchase Agreement. All terms used but not defined in this Letter Agreement have the
same meaning as in the Purchase Agreement.

        For the purposes of this Letter Agreement, (i) "Block 1 Aircraft" are defined as
the remaining ████████████ 737-8 Aircraft and the ████████████ 737-10 Aircraft, (ii)
the "Block 2" Aircraft are defined as the ████████ 737-8 Aircraft as designated on Table
1R1, 1-1R21 and 1-3R2, **and (iii) the "Block 3" Aircraft are defined as the** ████████
**737-10 Aircraft listed on Table 1-5,** as of the date of this SA-1**6.**

██  ████████████████████████

        ██████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████

GOT-PA-3780-LA-1207836R**5**                                                    **SA-16**
Advance Payment Matters                                                          Page 1
                              **BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836R**5**

**BOEING PROPRIETARY**



DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173335D4





GOT-PA-3780-LA-1207836R**5**

**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836R**5**

**SA-16**
Page 4

**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836R**5**

**BOEING PROPRIETARY**



DocuSign Envelope ID: 91D1600C-5B95-474E-9A2A-3B029173BED4



GOT-PA-3780-LA-1207836R**5**

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173365D4



GOT-PA-3780-LA-1207836R**5**

**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836R**5**

**BOEING PROPRIETARY**





8.    **Confidential Treatment**

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,

AGREED AND ACCEPTED this

March 31, 2023
_____
Date



GOT-PA-3780-LA-1207836R**5**                              CRO                              **SA-16**
Page 9

**BOEING PROPRIETARY**

DocuSign Envelope ID: 94D1600C-5B95-4745-8A2A-3B9281735DA

*BOEING*

The Boeing Company
P.O. Box 3707
Seattle, WA 98124

GOT-PA-3780-LA-1804029**R1**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:          ████████████████████████

Reference:    Purchase Agreement No. PA-3780 (**Purchase Agreement**) between
The Boeing Company (**Boeing**) and GAC, Inc. (**Customer**) relating to Model 737-8
aircraft and 737-10 aircraft (individually, **737-8 Aircraft** and **737-10 Aircraft**, and
collectively, **Aircraft**)

          Subject to Boeing corporate approval, this letter agreement (**Letter
Agreement**) amends and supplements the Purchase Agreement. All terms used but
not defined in this Letter Agreement will have the same meaning as in the Purchase
Agreement.  This Letter Agreement only applies to the 737-10 Aircraft.

1.    <u>Definitions</u>.

████████████████ ███████████████████████████
██████████████████████████████

██████████████████████████████
██████████████████

███████████████████████████████
██████████████████████████████████
████████

          ████████  **Notice**  means  the  written  communication  from  Boeing  to
Customer in accordance with Article 3.

          ████████  **Aircraft**  means  each  Aircraft  in  Table  1-3**R2**  of  the  Purchase
Agreement as of the date of this Letter Agreement**.**

████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████

████████████████████████████████████
████████████████████

████████████████████████████████████
████████████████

**BOEING PROPRIETARY**





**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-4745-8A2A-3B9281735DA



**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-4745-8A2A-3B9281735DA

**BOEING**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7.    ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8.    <u>Confidentiality</u>.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

ACCEPTED AND AGREED TO this

Date:    <u>March 31, 2023</u>



**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-4745-8A2A-3B0281735D4

**ATTACHMENT A**



**BOEING PROPRIETARY**

**ATTACHMENT B**



**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-4745-8A2A-3B9281735D4



**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-4745-8A2A-3B9281735D4...





**BOEING PROPRIETARY**





**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-4745-8A2A-3B0281735DA





The Boeing Company
P.O. Box 3707
Seattle, WA 98124

GOT-PA-3780-LA-1804682**R1**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:        ██████████████████████

Reference:  Purchase  Agreement  No.  3780  (**Purchase  Agreement**)  between
The Boeing Company (**Boeing**) and GAC INC. (**Customer**) relating
to  Model  737-8  aircraft  and  737-10  aircraft  (individually,  **737-8
Aircraft** and **737-10 Aircraft**, and collectively, **Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the
Purchase  Agreement.  All  terms  used  but  not  defined  in  this  Letter  Agreement
shall have the same meaning as in the Purchase Agreement.



For all other ███████████████, the following terms and conditions apply:

SA-16

████████████████████
**BOEING PROPRIETARY**



GOT-PA-3780-LA-1804682**R1**    SA-**16**

**BOEING PROPRIETARY**





7.          <u>Confidential Treatment</u>.

**BOEING PROPRIETARY**



The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,





**BOEING PROPRIETARY**

The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-2102847**R1**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:    ████████████████████

Reference:  Purchase Agreement No. 3780 (**Purchase Agreement**) between The
Boeing Company (**Boeing**) and GAC INC. (**Customer**) relating to
Model 737-8 aircraft (**Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the
Purchase Agreement and is only applicable to ████████████ Aircraft listed in Table 1-
4**R1** to the Purchase Agreement ████████████ **Aircraft**). All capitalized terms which are
not otherwise defined herein shall have the definitions specified in the Purchase
Agreement.

Except as expressly amended by the terms of this Letter Agreement, ████████
Aircraft are in all other respects "Aircraft" under the terms of the Purchase Agreement.

██  ████████████████

██  █████████████████████████████████████
██████  ███  ████  ███  ██  ███  █████  ████  ███  ████  ███
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
███████████████████████████

██  █████████████████████████████████
██████████████████████████████████████

██  █████████████████████████████████████
██████████████████████████  █  ████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
███████████

GOT-PA-3780-LA-2102847**R1**                                              Page 1

████████████████████████                                            **SA-16**

**BOEING PROPRIETARY**



GOT-PA-3780-LA-2102847**R1**

Page 2
**SA-16**

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B029173355D4



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B028173365D4

████████████████████████████████████████
████████████████████████████████████████
████████████████████

8.      **Confidentiality**.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,



GOT-PA-3780-LA-2102847**R1**

████████████████████

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B028173B5D4

**BOEING**

The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-2204635

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:    ███████████████████████████████

Reference:  Purchase Agreement No. 3780 (**Purchase Agreement**) between The
Boeing Company (**Boeing**) and GAC Inc. (**Customer**) relating to Model
737-8 aircraft and 737-10 aircraft (individually, **737-8 Aircraft** and **737-10
Aircraft**, and collectively, **Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the
Purchase Agreement, and reflects the mutual agreement of the parties concerning
certain business considerations pertaining to the Aircraft ███████████████████

GOT-PA-3780-LA-2204635                                        Page 1
                                                             SA-16

**BOEING PROPRIETARY**







**BOEING**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B028173B5D4



5.        <u>Confidentiality</u>.

Customer understands and agrees that the information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer agrees to limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If the foregoing correctly sets forth your understanding of our agreement with respect to the matters treated above, please indicate your acceptance and approval below.





Very truly yours,





The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-2204638

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject: ███████████████████

Reference: Purchase Agreement No. 3780 (**Purchase Agreement**) between The Boeing Company (**Boeing**) and GAC Inc. (**Customer**) relating to Model 737-8 aircraft and 737-10 aircraft (individually, **737-8 Aircraft** and **737-10 Aircraft**, and collectively, **Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the Purchase Agreement. All terms used but not defined in this Letter Agreement shall have the same meaning as in the Purchase Agreement.

**BOEING PROPRIETARY**





7.    Confidentiality.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need

GOT-PA-3780-LA-2204638                                          Page 2
Delivery Deferral Rights                                        SA-16
**BOEING PROPRIETARY**





to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

If the foregoing correctly sets forth your understanding of our agreement with respect to the matters treated above, please indicate your acceptance and approval below.

Very truly yours,

**BOEING PROPRIETARY**



*BOEING*

The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-2204660

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:        ███████████████████████████

Reference:  Purchase  Agreement  No.  3780  (**Purchase  Agreement**)  between  The
Boeing  Company  (**Boeing**)  and  GAC  Inc.  (**Customer**)  relating  to  Model
737-8  aircraft  and  737-10  aircraft  (individually,  **737-8 Aircraft**  and  **737-10
Aircraft**, and collectively, **Aircraft**)

        This  letter  agreement  (**Letter  Agreement**)  amends  and  supplements  the
Purchase Agreement. All terms used but not defined in this Letter Agreement shall have
the same meaning as in the Purchase Agreement.

1.      Definitions.

        1.1      "███████████ **Aircraft**" means the ███████████ Aircraft ranked
████████████████ as set forth in Table 1-4R1 of the Purchase Agreement.

        1.2      "███████████ **Notice"** means the written notice from Boeing to
Customer ███████████████████████████.

        1.3      "██████████ **Deadline"** means ███████████████ or as otherwise
mutually agreed.

██  ██████████████

        ████  ████  ████████  █████  ████████  ████  ████  ████████
████  ████████  ████  ████  ████  █  ████  █████  ████  ████
██████████████████████████████████████████████
████████████████████████  ████
██████████████

        ██  █  ████████████████████████████████
████████████████████████████████████████████████
█████████

| ████████ | ██████████ | ████████ |
|---|---|---|
| ████ | | ██████ |
| ██████ | ██████ | ██████ |
| ████████ | ██████ | ██████ |

SA-16
Page 1

**BOEING PROPRIETARY**



5.    Confidentiality.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

GOT-PA-3780-LA-2204660

SA-16
Page 2



*BOEING*

ACCEPTED AND AGREED TO this

Date:  <u>March 31, 2023</u>



GOT-PA-3780-LA-2204660

**BOEING PROPRIETARY**

*BOEING*

The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-2204992

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject: ███████████████████████████

Reference:    Purchase Agreement No. PA-3780 (**Purchase Agreement**) between The
Boeing Company (**Boeing**) and GAC Inc. (**Customer**) relating to
Model 737-8 and 737-10 aircraft (individually, **737-8 Aircraft** and **737-10
Aircraft**, and collectively, **Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the
Purchase Agreement. All terms used but not defined in this Letter Agreement will have
the same meaning as in the Purchase Agreement.

██    █████████

█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
██████████████████████

██    █████████

█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████

██    █████

█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████████████████

Page 1

DocuSign Envelope ID: 91D1600C-5B95-474E-9A2A-3B029173355D4



6.    <u>Confidentiality</u>.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

ACCEPTED AND AGREED TO this

Date:    March 31, 2023



GOT-PA-3780-LA-2204992

**BOEING PROPRIETARY**



DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B028173365D4



The Boeing Company
P.O. Box 3707
Seattle, WA 98124

GOT-PA-3780-LA-2205025

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:        ███████████████████████████

Reference:    Purchase Agreement No. PA-3780 (**Purchase Agreement**) between The Boeing Company (**Boeing**) and GAC, Inc. (**Customer**) relating to Model 737-8 aircraft and 737-10 aircraft (individually, **737-8 Aircraft** and **737-10 Aircraft**, and collectively, **Aircraft**)

      This letter agreement (**Letter Agreement**) amends and supplements the Purchase Agreement. All terms used but not defined in this Letter Agreement will have the same meaning as in the Purchase Agreement. This Letter Agreement only applies to the 737-10 Aircraft in Table 1-5 of the Purchase Agreement (**Block 3 Aircraft**).

███  ███████

██████  ████  ██████  ███████  ██████  ██  ███  ███  █████  █
███████████████████████████████████
███████████████████████  ███████████
██████████████████████████████████████
█████████  █████
██████████████████████████████████
████████████  ███
███  ██████████████████████
████  ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████  ██████
████  ██████████████████████████████
████████████████████████████████████████
███████████████  ███████
███  ████████  ██████████████████
████████  ██████████
███  ████████  █████████████████

**BOEING PROPRIETARY**





4. <u>Confidentiality</u>.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B028173B5D4

Agreement and who understand they are not to disclose its contents to any other person
or entity without the prior written consent of Boeing.

Very truly yours,

AGREED AND ACCEPTED this

March 31, 2023
Date





**ATTACHMENT A**

**BOEING PROPRIETARY**

DocuSign Envelope ID: 91D1600C-5B95-474E-8A2A-3B028173B5D4



**ATTACHMENT B**



**BOEING PROPRIETARY**



GOT-PA-3780-LA-2205025                                                    Page 6

**BOEING PROPRIETARY**





GOT-PA-3780-LA-2205025                                                      Page 7

**BOEING PROPRIETARY**







The Boeing Company
P.O. Box 3707
Seattle, WA  98124-2207

GOT-PA-03780-LA-1207734R2

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:        ███████████████████████████

Reference:  Purchase Agreement No. 3780 (**Purchase Agreement**) between The
Boeing Company (**Boeing**) and GAC INC. (**Customer**) relating to
Model 737-8 aircraft and 737-10 aircraft (individually, **737-8 Aircraft** and
**737-10 Aircraft**, and collectively, **Aircraft**)

        This letter agreement (**Letter Agreement**) amends and supplements the
Purchase Agreement.  All terms used but not defined in this Letter Agreement shall
have the same meaning as in the Purchase Agreement.





**BOEING PROPRIETARY**





GOT-PA-03780-LA-1207734R2

**BOEING PROPRIETARY**



GOT-PA-03780-LA-1207734R2

SA-16
Page 3

**BOEING PROPRIETARY**



7.    <u>Confidential Treatment</u>.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,



GOT-PA-03780-LA-1207734R2

**BOEING PROPRIETARY**

## SUPPLEMENTAL AGREEMENT NO. GOT-PA-3780-SA-17

### to

### Purchase Agreement No. PA-3780

### between

### THE BOEING COMPANY

### and

### GAC Inc.

### Relating to Boeing Model 737-8 and 737-10 Aircraft

THIS SUPPLEMENTAL AGREEMENT is made between THE BOEING COMPANY, a Delaware corporation (**Boeing**), and GAC Inc., a company organized under the laws of the Cayman Island (**Customer**);

Customer and Boeing entered into Purchase Agreement No. PA-3780, dated October 01, 2012 as amended, and supplemented, (**Purchase Agreement**) relating to the purchase and sale of Boeing Model 737-8 (the **737-8 Aircraft**) and 737-10 (the **737-10 Aircraft**) (collectively and individually **Aircraft**); and this Supplemental Agreement No. 17 (**SA-17**) is an amendment to and is incorporated into the Purchase Agreement:

WHEREAS, Customer and Boeing wish to amend the Purchase Agreement to ███████████████████████████████████████████████████.

NOW, THEREFORE, the parties agree that the Purchase Agreement is amended as set forth below and otherwise agree as follows:

1. <u>Table of Contents</u>.

Remove and replace, in its entirety, the current Table of Contents with the new Table of Contents (attached hereto), to reflect the incorporation of this SA-17 into the Purchase Agreement.



3. <u>Miscellaneous</u>.

3.1 The Purchase Agreement is amended as set forth above, and all other terms and conditions of the Purchase Agreement remain unchanged and are in full force and effect. Any Tables of Contents, Tables, Supplemental Exhibits, Letter Agreements

**BOEING PROPRIETARY**



or other documents that are listed in the Sections above are incorporated into this SA-17 by this reference.



    3.3    This SA-17 will become effective upon execution and receipt by both Parties on or before December 21, 2023, after which date this SA-17 will be null and void and have no force or effect.

AGREED AND ACCEPTED this

<u>        December 21, 2023         </u>
Date



**BOEING PROPRIETARY**

# TABLE OF CONTENTS

## SUPPLEMENTAL AGREEMENT NUMBER 17

ARTICLES
Article 1.        Quantity, Model and Description
Article 2.        Delivery Schedule
Article 3.        Price
Article 4.        Payment
Article 5.        Additional Terms

TABLE

| 1R1 | 737-8 Aircraft Information Table | SA-16 |
| 1-1R2 | 737-8 Aircraft Information Table | SA-16 |
| 1-3R2 | 737-10 Aircraft Information Table | SA-16 |
| 1-4R1 | 737-8 Remarket Aircraft Information Table | SA-16 |
| 1-5 | 737-10 Aircraft Information Table | SA-16 |

EXHIBIT

| A | 737-8 Aircraft Configuration | SA-9 |
| A2 | 737-10 Aircraft Configuration | SA-10 |
| A3 | 737-8 Aircraft Configuration | SA-13 |
| A4 | 737-8 Aircraft Configuration | SA-13 |
| A5 | 737-8 Aircraft Configuration | SA-13 |
| A6 | 737-8 Aircraft Configuration | SA-13 |
| A7 | 737-8 Aircraft Configuration | SA-13 |
| A8 | 737-8 Aircraft Configuration | SA-13 |
| A9 | 737-8 Aircraft Configuration | SA-16 |
| A10 | 737-8 Aircraft Configuration | SA-16 |
| B | Aircraft Delivery Requirements and Responsibilities | |

SUPPLEMENTAL EXHIBITS

| AE1. | Escalation Adjustment/Airframe and Optional Features | |
| BFE1. | BFE Variables | SA-8 |
| CS1. | Customer Support Variables | SA-9 |
| EE1. | Engine Escalation/Engine Warranty and Patent Indemnity | |
| SLP1. | Service Life Policy Components | |

**BOEING PROPRIETARY**

| LETTER AGREEMENTS | SA Number |
|---|---|
| GOT-PA-3780-LA-1207832 | |
| GOT-PA-3780-LA-1207833 | |
| GOT-PA-3780-LA-1207834 | |
| GOT-PA-3780-LA-1207835R1 | SA-7 |
| GOT-PA-3780-LA-1207836R**6** | **SA-17** |
| GOT-PA-3780-LA-1207838R1 | SA-3 |
| GOT-PA-3780-LA-1207737R5 | SA-16 |
| GOT-PA-3780-LA-1207734R1 | SA-3 |
| GOT-PA-3780-LA-1207839 | |
| GOT-PA-3780-LA-1207840R5 | SA-16 |
| GOT-PA-3780-LA-1207841 | |
| GOT-PA-3780-LA-1207842R1 | SA-10 |
| GOT-PA-3780-LA-1207845 | |
| ~~GOT PA 3780 LA 1207848R5~~ | SA-13 |
| GOT-PA-3780-LA-1207735R2 | |
| GOT-PA-3780-LA-1207830 | |
| GOT-PA-3780-LA-1207847 | |
| GOT-PA-3780-LA-1501790R1 | SA-7 |
| GOT-PA-3780-LA-1600544 | SA-10 |
| GOT-PA-3780-LA-1701805 | SA-9 |
| GOT-PA-3780-LA-1804583 | SA-10 |
| GOT-PA-3780-LA-1804642R1 | SA-13 |
| GOT-PA-3780-LA-1804661 | SA-10 |
| GOT-PA-3780-LA-1804029R1 | SA-16 |
| GOT-PA-3780-LA-1804679 | SA-10 |
| GOT-PA-3780-LA-1804682R1 | SA-16 |
| GOT-PA-3780-LA-2102847R1 | SA-16 |
| GOT-PA-3780-LA-2103050 | SA-13 |
| GOT-PA-3780-LA-2204635 | SA-16 |
| GOT-PA-3780-LA-2204638 | SA-16 |
| GOT-PA-3780-LA-2204660 | SA-16 |
| GOT-PA-3780-LA-2204992 | SA-16 |
| GOT-PA-3780-LA-2205025 | SA-16 |



RECORD OF SUPPLEMENTAL AGREEMENTS

| | | | |
|---|---|---|---|
| SA-1 | 1 | October | 2012 |
| SA-2 | 4 | November | 2013 |
| SA-3 | 2 | October | 2015 |
| SA-4 | 2 | October | 2015 |
| SA-5 | 6 | November | 2015 |
| SA-6 | | Not used | 2016 |
| SA-7 | 19 | April | 2016 |
| SA-8 | 5 | December | 2016 |
| SA-9 | 22 | January | 2017 |
| SA-10 | 12 | September | 2018 |
| SA-11 | 21 | November | 2018 |
| SA-12 | 23 | September | 2019 |
| SA-13 | 31 | July | 2021 |
| SA-14 | 10 | November | 2021 |
| SA-15 | 28 | January | 2022 |
| SA-16 | 31 | March | 2023 |
| **SA-17** | 21 | **December** | **2023** |

**BOEING PROPRIETARY**



The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-PA-3780-LA-1207836**R6**

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject: ███████████████

Reference:  a) Purchase Agreement No. PA-3780 (**PA 3780**) between The Boeing Company (**Boeing**) and GAC Inc. (**Customer**) relating to Model 737-8 and 737-10 aircraft (individually, 737-8 Aircraft and 737-10 Aircraft, and collectively, **Aircraft**)

b) Purchase Agreement No. 2910 (**PA 2910**) between The Boeing Company (Boeing) and GOL Transportes Aereos SA (**the 737-800 Customer**) relating to Model 737-8EH aircraft (the **737-800 Aircraft**)

This letter agreement (**Letter Agreement**) amends and supplements the Purchase Agreement. All terms used but not defined in this Letter Agreement have the same meaning as in the Purchase Agreement.

For the purposes of this Letter Agreement, (i) "Block 1 Aircraft" are defined as the remaining ██████████ 737-8 Aircraft and the ██████████ 737-10 Aircraft, (ii) the "Block 2" Aircraft are defined as the ██████ 737-8 Aircraft as designated on Table 1R1, 1-1R21 and 1-3R2, and (iii) the "Block 3" Aircraft are defined as the ██████ 737-10 Aircraft listed on Table 1-5, as of the date of this SA-**17.**



████████████████

**BOEING PROPRIETARY**





**BOEING PROPRIETARY**





**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836**R6**

**BOEING PROPRIETARY**





**BOEING PROPRIETARY**





GOT-PA-3780-LA-1207836**R6**

**BOEING PROPRIETARY**



**BOEING PROPRIETARY**



**BOEING PROPRIETARY**





**BOEING PROPRIETARY**



**9.    Confidential Treatment**

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under the Purchase Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing.

Very truly yours,

AGREED AND ACCEPTED this

_____
December 21, 2023

Date





## **EXHIBIT B**

**Accommodations Agreement**



The Boeing Company
P.O. Box 3707
Seattle, WA 98124 2207

GOT-LA-2405786

GAC, Inc.
PO Box 309, Ugland House
Grand Cayman
KY1-1104
Cayman Islands

Subject:      Accommodations for 737 Aircraft

This agreement (**Agreement**) is between GAC, Inc. (**Customer**) and The Boeing Company (**Boeing**).  Under Purchase Agreement No. 3780 (as amended, supplemented or otherwise modified from time to time prior to the date hereof, the **Purchase Agreement**), Customer has committed to purchase Boeing model 737-8 and Boeing model 737-10 aircraft. At the time of this Agreement, there are ninety-two (92) undelivered aircraft under the Purchase Agreement (collectively, the **737 Undelivered Aircraft**) comprised of fifty-five (55) undelivered model 737-8 aircraft (**737-8 Undelivered Aircraft**) and thirty-seven (37) undelivered model 737-10 aircraft (**737-10 Undelivered Aircraft**).

Customer has requested Boeing's assistance in connection with ███████ ████████████████████████████████████████ other challenges of Customer related to the Chapter 11 Cases (as defined below) (collectively, the **Business Disruption**). For the avoidance of doubt, "Business Disruption" is not inclusive of any further delivery delay beyond the "Revised Delivery Month" as noted in Tables A and C attached hereto for any 737 Undelivered Aircraft. In recognition of Boeing and Customer's longstanding relationship and Customer's commitment to Boeing products, Boeing desires to provide the business considerations described herein to assist Customer in achieving its restructuring objectives.

The parties recently entered into Agreement No. GOT-LA-2406656, titled Conditional Accommodations Agreement for 737 Aircraft, dated December 10, 2024, in furtherance of addressing the Business Disruption (the **Prior Accommodations Agreement**). Boeing offers the further business considerations described herein to Customer to fully resolve all issues relating to the Business Disruption. These business considerations are offered in consideration of Customer's obligations herein, as well as its commitment to perform all obligations under the Purchase Agreement (as modified by this Agreement and the Prior Accommodations Agreement) including taking delivery of all 737 Undelivered Aircraft on the date tendered for delivery by Boeing pursuant to the Purchase Agreement (or as modified by this Agreement and the Prior Accommodations Agreement).  This Agreement together with the Prior Accommodations Agreement

GOT-LA-2405786

Purchase Agreement 3780

**BOEING PROPRIETARY**

cancels and supersedes any other previous offers and any other representations verbal or written that Customer received from Boeing regarding the Business Disruption.

Customer and certain of its affiliates that are, collectively, debtors and debtors in possession (**Debtors**), have filed voluntary petitions for relief under chapter 11 of the title 11 of the United States Code, 11 U.S.C. § 101, et seq. (**Bankruptcy Code**) with the United States Bankruptcy Court for the Southern District of New York (**Bankruptcy Court**) commencing the jointly administered chapter 11 cases before the Bankruptcy Court and styled *In re GOL Linhas Aéreas Inteligentes S.A., et al.*, case no. 24-10118 (MG) (Bankr. S.D.N.Y. Jan. 25, 2024) (**Chapter 11 Cases**).

<u>Definitions</u>.

"**2025 Goods and Services Credit Memorandum**" has the meaning specified in Article 1.2.3.

"**737 Undelivered Aircraft**" means ███████████ undelivered aircraft comprised of each 737-8 Undelivered Aircraft █████, 737-8 Undelivered Aircraft ████████, 737-10 Undelivered Aircraft ██████, 737-10 Undelivered Aircraft (Table 1-5) and 737-10 Undelivered Aircraft ███████.

███████████████████████████████████

████████████████████████

"**737-8 Undelivered Aircraft**" means the 737-8 Undelivered Aircraft ████ and the 737-8 Undelivered Aircraft ████.

"**737-8 Undelivered Aircraft** ██████" means (i) the ███████ 737-8 Undelivered Aircraft, under ██████ of the Purchase Agreement, with current contract delivery months in calendar years ████████, and (ii) the █████ 737-8 Undelivered Aircraft, under ██████ of the Purchase Agreement, with current contract delivery months in calendar years ████ identified in Table A attached hereto.

"**737-8 Undelivered Aircraft** ██████" means the ████████ 737-8 Undelivered Aircraft, under ██████ of the Purchase Agreement, with current contract delivery months in calendar years █████████ identified in Table B attached hereto.

████████████████████████

████████████████████

"**737-10 Undelivered Aircraft**" means the 737-10 Undelivered Aircraft (██████, the 737-10 Undelivered Aircraft ██████ and the 737-10 Undelivered Aircraft ██.

**BOEING**

"**737-10 Undelivered Aircraft** ▮▮▮▮▮" means the ▮▮▮▮ 737-10 Undelivered Aircraft, under ▮▮▮▮▮ of the Purchase Agreement, with current contract delivery months in calendar years ▮▮▮▮▮ identified in Table C attached hereto.

"**737-10 Undelivered Aircraft** ▮▮▮▮▮" means the ▮▮▮▮ 737-10 Undelivered Aircraft, under ▮▮▮▮▮ of the Purchase Agreement, with current contract delivery months in calendar years ▮▮ identified in Table D attached hereto.

"**737-10 Undelivered Aircraft** ▮▮▮▮▮" means the ▮▮▮ 737-10 Undelivered Aircraft, under ▮▮▮▮▮ of the Purchase Agreement, with current contract delivery months in calendar years ▮▮▮▮▮ identified in Table E attached hereto.

"**Airframe Price Adjustment**" has the meaning specific in Article 9.1.2.

"**Additional Advance Payment**" has the meaning specified in Article 7.2.

"**Additional Payment**" has the meaning specified in Article 7.1.

"**Agreement**" has the meaning specified in the recitals.

"**All Boeing Operator**" has the meaning specified in Article 10.

▮▮▮▮ has the meaning specified in Article 11.

"**Bankruptcy Code**" has the meaning specified in the recitals.

"**Bankruptcy Court**" has the meaning specified in the recitals.

"**Bankruptcy Filings**" has the meaning specified in Article 12.2.

"**Boeing**" has the meaning specified in the recitals.

"**Business Disruption**" has the meaning specified in the recitals.

"▮▮▮▮▮" has the meaning specified in Article 7.1.

"**Chapter 11 Cases**" has the meaning specified in the recitals.

"**Chapter 11 Plan**" means a plan of reorganization filed for Debtors pursuant to 11 U.S.C. §§ 1121 *et seq.* in connection with the Chapter 11 Cases.

"**Chapter 11 Plan Effective Date**" means the date that the Bankruptcy Court approves the Chapter 11 Plan.

"**Corporate Transaction**" has the meaning specified in Article 15.2.

"**Court Approval**" has the meaning specified in Article 12.1.

"**Customer**" has the meaning specified in the recitals.

"**Debtors**" has the meaning specified in the recitals.

███████████████ has the meaning specified in Article 6.2.

███████████ has the meaning specified in Article 6.2.

███████████████ has the meaning specified in Article 9.1.1.

██████████████ has the meaning specified in Article 9.1.2.

"**Estate**" has the meaning specified in Article 13.

"**Last Aircraft**" has the meaning specified in Article 1.1.

█████████ has the meaning specified in Article 11.

"**MTOW**" means maximum take-off weight.

"**Prior Accommodations Agreement**" means that certain Letter Agreement No. GOT-LA-2406656, titled Conditional Accommodations Agreement for 737 Aircraft, dated December 10, 2024 as amended by Letter Agreement No. GOT-LA-2406656R1 dated February 4, 2025.

███████████████ has the meaning specified in Article 9.

"**Purchase Agreement**" has the meaning specified in the recitals.

"██████████████████████ has the meaning specified in Article 7.2.

"**STE**" means the referenced amount is "subject to escalation" pursuant to the airframe escalation terms set forth in the Purchase Agreement applicable to the Aircraft.

"**Substitute Aircraft**" has the meaning specified in Article 3.4.1.

"**Thirty-Five Aircraft**" has the meaning specified in Article 7.2.

███████████ has the meaning specified in Article 9.1.2.

1.   <u>Revisions Applicable to</u> ████████ <u>737-8 Undelivered Aircraft</u> ████████.

Each of the business considerations described in this Article 1 apply exclusively to the 737-8 Undelivered Aircraft ████████.











1.2    Pricing.

1.2.1    1B█ Engine Thrust Rating.  Contingent on Customer purchasing the 1B28 thrust rating at the time of delivery of a 737-8 Undelivered Aircraft ███ per 737-8 Undelivered Aircraft ███, Boeing will provide to Customer a 1B█ engine thrust ratin█



1.2.2    ███ Pounds MTOW.  Contingent on Customer purchasing █ pounds of MTOW at the time of delivery of a 737-8 Undelivered Aircraft ███





[BOEING logo]

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

2.    <u>Revisions Applicable to</u> ██████████ <u>737-8 Undelivered Aircraft</u> ████████.

Each of the business considerations described in this Article 2 apply exclusively to the 737-8 Undelivered Aircraft ██████████.

2.1    <u>Pricing</u>.

2.1.1    <u>Basic Credit Memorandum</u>. The Basic Credit Memorandum in Letter Agreement No. GOT-PA-3780-LA-1207737R ██████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████

2.1.2    <u>1B█ Engine Thrust Rating</u>.  Contingent on Customer purchasing the 1B█ thrust rating at the time of delivery of a 737-8 Undelivered Aircraft ████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

██████████ <u>Pounds  MTOW</u>.   Contingent  on  Customer  purchasing █████ pounds of MTOW at the time of delivery of a 737-8 Undelivered Aircraft ████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

3.    <u>Revisions Applicable to</u> ██████████ <u>737-10 Undelivered Aircraft</u> ████████.

Each of the business considerations described in this Article 3 apply exclusively to the 737-10 Undelivered Aircraft ██████████.

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

GOT-LA-2405786

**BOEING PROPRIETARY**



3.2    <u>Pricing</u>.

3.2.1    <u>1B██ Engine Thrust Rating</u>.  Contingent on Customer purchasing the 1B██ thrust rating at the time of delivery of a 737-10 Undelivered Aircraft ████████ per ████████

3.2.2    <u>████ Pounds MTOW</u>.    Contingent on Customer purchasing ████ pounds of MTOW at the time of delivery of a 737-10 Undelivered Aircraft ████████



3.4    Substitution of ███████████████ Aircraft.

    3.4.1    Boeing acknowledges Customer's request to substitute the ████

████████████████████████████████████████████ aircraft pursuant to the Substitution Letter Agreement.    Boeing will provide Customer with available delivery positions for Boeing model ████

    3.4.2    Notwithstanding Article 1.1, paragraph 2 (ii) of Letter Agreement GOT-PA-3780-LA1804682R1

4.    Revisions Applicable to ████████ 737-10 Undelivered Aircraft ████████.

    Each of the business considerations described in this Article 4 apply exclusively to the 737-10 Undelivered Aircraft ████████.

4.1    Pricing.

    4.1.1    1B██ Engine Thrust Rating.    Contingent on Customer purchasing the 1B28 thrust rating at the time of delivery of a 737-10 Undelivered Aircraft ████

    4.1.2    ████████ Pounds MTOW.    Contingent on Customer purchasing ████ pounds of MTOW at the time of delivery of a 737-10 Undelivered Aircraft ████

GOT-LA-2405786
Purchase Agreement 3780                                                                                    Page 10
**BOEING PROPRIETARY**



██████ Substitute Aircraft. Notwithstanding Article 1.1, paragraph 2 (ii) of the Substitution Letter Agreement, ████████████

████████████████████████████████████████

5.    Revisions to Applicable to ██████ 737-10 Undelivered Aircraft ████████.

Each of the business considerations described in this Article 5 apply exclusively to the 737-10 Undelivered Aircraft ████████.

5.1    Pricing.

████ Basic Credit Memorandum. The Basic Credit Memorandum in Letter Agreement No. GOT-PA-3780-LA-1207737R5 ████████████

████ 1B██ Engine Thrust Rating.  Contingent on Customer purchasing the 1B28 thrust rating at the time of delivery of a 737-10 Undelivered Aircraft ████

████████████████████████████████████████

5.1.3    ██████ Pounds MTOW.   Contingent on Customer purchasing ████ pounds of MTOW at the time of delivery of a 737-10 Undelivered Aircraft ████

████████████████████████████████████████

██████ Substitute Aircraft. Notwithstanding Article 1.1, paragraph 2 (ii) of the Substitution Letter Agreement, ████████████

████████████████████████████████████████

6.    Aircraft Delivery ████████.

Letter Agreement No. GOT-PA-3780-LA-2204638 ████████████ is replaced and superseded and revised as follows:



6.4     All other terms and conditions of Letter Agreement No. GOT-PA-3780-LA-2204638 remain unchanged and are in full force and effect.

7.     <u>Advance Payments</u>.

Boeing and Customer agree that the payments in the



7.2     Per  Letter  Agreement  No.  GOT-PA-3780-LA-1207836R6

GOT-LA-2405786
Purchase Agreement 3780                                                     Page 12



7.3   After Customer has paid

8.   <u>Delivery Guidance</u>.

For any Delayed Aircraft listed in Tables A and C attached hereto

9.   <u>Escalation</u>.







10.   <u>All Boeing Operator.</u>

Customer must be an All-Boeing Operator █████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████.

11.   ████████████████████.



12.    <u>Additional Requirements and Contingencies</u>.

12.1    Customer must obtain approval of the United States Bankruptcy Court for the Southern District of New York having jurisdiction over the jointly administered cases under 11 U.S.C. § 101, et seq., as amended from time to time, styled *In re GOL Linhas Aéreas Inteligentes S.A., et al.*, Case No. 24-10118 (MG) (Jointly Administered), in order to enter into this Agreement and related agreements described herein and to proceed with the transactions contemplated by this Agreement (**Court Approval**). By entering into this Agreement, Customer confirms that it has obtained each of (i) such Court Approval, (ii) Court Approval of the Prior Accommodations Agreement, and (iii) any other required approvals from the Bankruptcy Court.

12.2    Customer agrees to provide to Boeing any proposed Bankruptcy Court filings in respect of, and any Bankruptcy Court motions or pleadings relating to, each of this Agreement, the Prior Accommodations Agreement and the Purchase Agreement at least three (3) business days in advance of filing, and will file any such filings, motions and pleadings (**Bankruptcy Filings**) in a form reasonably acceptable to Boeing, including providing for appropriate permanent redactions of or permanent sealing of such Bankruptcy Filings acceptable to and agreed to by Boeing in advance of the filing thereof.

12.3    Any bankruptcy, reorganization, insolvency or financial indebtedness (or related cross defaults) related default, event of default or termination event (including default, event of default or termination event with respect to a representation or a warranty) under the Purchase Agreement, in each case occurring on or prior to the Chapter 11 Plan Effective Date, is waived by Boeing and (ii) any default, event of default or termination event under the Purchase Agreement deemed to have occurred with respect to any obligations that relate to or arise from any agreement (other than the Purchase Agreement) entered into between Customer or an affiliate of Customer and Boeing or any other third party, in each case occurring on or prior to the Chapter 11 Plan Effective Date, shall (A) not be enforceable and (B) be deemed to be cured or waived. Additionally, and solely as a one-time consideration, Boeing releases Customer, and its successors, affiliates and subsidiaries from all present, past and future rights, remedies, claims and causes of action whether arising at law or otherwise, known or unknown, relating to or arising from the Business Disruption. The aforementioned does not release either Customer or Boeing from all remaining obligations under this Agreement or the Purchase Agreement.

12.4    Immediately upon receipt of Court Approval, the Purchase Agreement, as amended by this Agreement, shall be assumed by Customer in its Chapter 11 Cases pursuant to Section 365 of the Bankruptcy Code. Customer and Boeing agree that there are no cure (as defined in Section 365(b) of the Bankruptcy Code) obligations or any cure amount due upon assumption of the Purchase Agreement.

13.    <u>Sufficient Consideration; Waiver of Claims</u>.

Customer agrees that, effective upon receipt of Court Approval, on behalf of itself, the estate created for Customer upon commencement of its chapter 11 cases pursuant to section 541 of the Bankruptcy Code (**Estate**), and each of their respective successors and assigns that, in addition to the existing terms under the Purchase Agreement applicable to the 737 Undelivered Aircraft, the considerations contained in this Agreement and the Prior Accommodations Agreement are the exclusive remedies of Customer and its Estate (in each case on behalf of themselves and their respective successors and assigns) for the purposes of resolving all issues with respect to the Business Disruption, and are in lieu of all other rights, remedies, claims and causes of action Customer or its Estate (in each case on behalf of themselves and their respective successors and assigns), may have, arising at law or otherwise, in connection therewith and will constitute complete, full and final settlement and satisfaction of any and all of Boeing's obligations and liabilities to Customer and its Estate in connection therewith (in each case on behalf of themselves and their respective successors and assigns).  Customer and its Estate, in each case on behalf of themselves and their respective successors and assigns, hereby release Boeing and its successors, affiliates and subsidiaries from all present, past and future rights, remedies, claims and causes of action whether arising at law or otherwise, known or unknown, relating to or arising from the Business Disruption.  The aforementioned does not release either Customer or Boeing from all remaining obligations under this Agreement or the Purchase Agreement.

14.    <u>Administrative Supplemental Agreement</u>.

Customer and Boeing will execute a supplemental agreement to the Purchase Agreement within sixty (60) days of receipt of Court Approval in order to administratively incorporate the terms of this Agreement. All other terms under the Purchase Agreement remain unchanged by this Agreement. Failure to execute a supplemental agreement does not nullify any agreements set forth in this Agreement.

15.    <u>Assignment and Change of Control</u>.

15.1    Subject to Article 15.2, the rights and obligations described in this Agreement cannot be assigned by Customer, in whole or in part, without the prior written consent of Boeing.

15.2    Customer or any affiliate of Customer may (i) dispose, convey or transfer all or a material part of its assets to another affiliate or (ii) consolidate or merge with any other affiliate (whether by one or a series of transactions, related or not) (each, a **Corporate Transaction**), and no termination event under the Purchase Agreement shall

GOT-LA-2405786
Purchase Agreement 3780                                        Page 16

occur as a result therefrom; provided that such transaction is pursuant to a Chapter 11 Plan; and provided further that, if Customer is the subject of such Corporate Transaction, (x) the surviving entity shall have assumed the obligations of Customer under the Purchase Agreement on the same terms and conditions provided for herein, and subject to completion by Boeing of satisfactory "know your customer" checks and receipt by Boeing of any documentation reasonably requested by Boeing and (y) Boeing shall not be economically prejudiced by such Corporate Transaction. For the avoidance of doubt, no "change of control" or "merger transaction" or change of "control" (or similar term, howsoever defined) shall be deemed to occur under the Purchase Agreement, as amended by this Agreement, as a result of any Corporate Transaction and (ii) any change of control in respect of the cancellation of existing equity or issuance of new equity in connection with the Chapter 11 Plan or the Chapter 11 Cases shall not be deemed a termination event under the Purchase Agreement.

16.    Duplication of Benefits.

The parties agree it is not the intent to provide benefits hereunder that duplicate benefits to be provided in any other agreement between Boeing and Customer.

17.    Governing Law and Jurisdiction.

17.1    This Agreement will be interpreted under and governed by the laws of the state of Washington, U.S.A., except that the conflict of laws provisions under Washington law will not be applied for the purpose of making other law applicable.

17.2    THE BANKRUPTCY COURT WILL (I) HAVE EXCLUSIVE JURISDICTION TO HEAR DISPUTES ARISING FROM OR RELATED TO THIS AGREEMENT AND THE PURCHASE AGREEMENT DURING THE PENDENCY OF THE CHAPTER 11 CASES AND (II) RETAIN SUCH JURISDICTION PURSUANT TO THE TERMS OF THE CHAPTER 11 PLAN CONFIRMED BY THE BANKRUPTCY COURT WITH RESPECT TO ADMINISTRATIVE EXPENSE CLAIMS OR UNSECURED CLAIMS AGAINST ONE OR MORE DEBTORS WITH RESPECT TO THIS AGREEMENT OR THE PURCHASE AGREEMENT. EACH PARTY RESERVES ALL RIGHTS, AND WAIVES NONE, REGARDING THE BANKRUPTCY COURT'S JURISDICTION TO HEAR DISPUTES ON OTHER MATTERS BETWEEN THE PARTIES NOT EXPRESSLY ADDRESSED BY THE SUBJECT MATTER OF THIS AGREEMENT.

18.    Confidentiality.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Customer will limit the disclosure of its contents to its (i) employees and its bankruptcy representatives and bankruptcy advisors with a need to know the contents for purposes of helping Customer perform its respective obligations under this Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing. In the case of Customer's bankruptcy representatives and bankruptcy advisors, Customer will be responsible to Boeing for compliance with such obligations of

confidence. In addition to any equitable relief that may be available to Boeing, in the event of a breach of this clause by Customer, Boeing may rescind the considerations provided under this Agreement and Customer will be obligated where applicable to reimburse Boeing for the above accommodations.  Notwithstanding the foregoing, Customer and its bankruptcy representatives and bankruptcy advisors may also disclose this Agreement and such other documents entered into between Customer and Boeing relating hereto on a confidential basis to the Bankruptcy Court and the Office of the United States Trustee, and on a "professional eyes only basis" to the Official Committee of Unsecured Creditors and the lenders under a debtor-in-possession financing in the Chapter 11 Cases to the extent necessary to obtain Court Approval as described herein.

Please indicate Customer's acceptance of this Agreement on or before **March 20, 2025**, after which date this offer will expire.


ACCEPTED AND AGREED TO

**GAC, INC.**

By:     _____

Title:    _____

Date:    _____

**THE BOEING COMPANY**

By:     _____

Title:    _____

Date:    _____



**Table A to GOT-LA-2405786**
"737-8 Undelivered Aircraft

**Table B to GOT-LA-2405786**
"737-8 Undelivered Aircraft ▬▬▬▬▬



**Table C to GOT-LA-2405786**
"737-10 Undelivered Aircraft _____)"[1]



(2)



## Table D to GOT-LA-2405786
"737-10 Undelivered Aircraft ▮▮▮▮▮▮▮



**Table E to GOT-LA-2405786**

"737-10 Undelivered Aircraft (



**<u>EXHIBIT C</u>**

**BGS Agreement**

**_BOEING_**

April _____, 2025
GOT-LA-2405896

Gol Linhas Aéreas S.A.
Praca Comandante Linneu Gomes s/n Portaria 3 Jardim Aeroporto
Sao Paulo Minas Gerais
04626-020
Brazil

| | |
|---|---|
| Subject: | Boeing Global Services (**BGS**) Special Business Consideration |
| Reference A: | Customer Services General Terms Agreement No. GOT, as amended and supplemented (**CSGTA**) between The Boeing Company (**Boeing**) and Gol Linhas Aéreas S.A. (**Customer**) |
| Reference B: | Leased Weight Order (Fixed Term) Agreement No. GOT-LE-1801973 between Boeing and Customer (**Leased Weight Agreement**) |

This letter agreement (**Letter Agreement**) incorporates the terms and conditions of the CSGTA, by reference and amends the Leased Weight Agreement in accordance with the terms of this Letter Agreement. All terms used but not defined in this Letter Agreement have the same meaning as in the CSGTA.

Customer and certain of its affiliates that are, collectively, debtors and debtors in possession (**Debtors**), have filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (**Bankruptcy Code**) with the United States Bankruptcy Court for the Southern District of New York (**Bankruptcy Court**) commencing the jointly administered chapter 11 cases before the Bankruptcy Court and styled _In re GOL Linhas Aéreas Inteligentes S.A., et al._, case no. 24-10118 (MG) (Bankr. S.D.N.Y. Jan. 25, 2024) (**Chapter 11 Cases**).

In consideration of the long-standing relationship between Boeing and Customer, Boeing is pleased to offer the following business considerations to Customer.

1.    Leased Weight Agreement.

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████ representing the number of Aircraft the Customer has enrolled in the Leased Weight Program as of the issuance of this Letter Agreement.

Page 1

**BOEING PROPRIETARY**



1.2    <u>Payment Plan for Currently Enrolled Aircraft</u>.

The total amount of invoices due ███████████████████████████████

███████████████████████████ which shall be paid pursuant to the terms of the Leased Weight Agreement and ███████████████████████████████████

███████████████████████ The Parties recognize that there are other active orders under the CSGTA under which Customer may have current amounts payable or past due amounts. Assumption of those orders is not addressed in this Letter Agreement and remain an open issue between the Parties. Any and all other obligations required to be cured in connection with the assumption of the Leased Weight Agreement are hereby satisfied and/or waived by Boeing in accordance with Section 7 hereof.



2.    <u>Approval</u>.

Promptly upon execution of this Letter Agreement by Customer and Boeing, Customer and Boeing will seek to obtain any necessary approval from the Bankruptcy Court required for Customer and Boeing to proceed with the transactions contemplated by this Letter Agreement (**Court Approval**).

Immediately upon receipt of Court Approval, (i) this Agreement shall be effective and (ii) the Leased Weight Agreement, as amended by this Letter Agreement, and the CSGTA, shall be assumed by Customer in its Chapter 11 Cases pursuant to Section 365 of the Bankruptcy Code. Customer and Boeing agree that there are no cure (as defined in Section 365(b) of the Bankruptcy Code) obligations or any cure amount due upon assumption of the Leased Weight Agreement, as amended by this Letter Agreement, and the CSGTA.

The execution of this Letter Agreement does not, and is not intended to, effectuate (i) an assumption by Customer of any other agreement entered into between Boeing and Customer or an affiliate of Customer (collectively, the **Other Agreements**), including but not limited to any Other Agreements that are governed by, reference,

**BOEING PROPRIETARY**



incorporate by reference, or are ancillary to the CSGTA or (ii) a modification of any of the terms of any such Other Agreements.

3.    Assignment.

Subject to the following paragraph, this Letter Agreement and any business considerations issued hereunder may not be assigned, in whole or in part, without the prior written consent of Boeing.

Customer or any affiliate of Customer may (i) dispose, convey or transfer all or a material part of its assets to another affiliate or (ii) consolidate or merge with any other affiliate (whether by one or a series of transactions, related or not) (each, a **Corporate Transaction**) No termination event under this Letter Agreement, the CSGTA or the Leased Weights Agreement shall occur as a result from a Corporate Transaction provided that such transaction is pursuant to a Chapter 11 Plan. In addition, if Customer is the subject of such Corporate Transaction, (i) the surviving entity shall have assumed the obligations of Customer under this Letter Agreement, the CSGTA and the Leased Weights Agreement on the same terms and conditions provided for herein and therein, and subject to completion by Boeing of satisfactory "know your customer" checks and receipt by Boeing of any documentation reasonably requested by Boeing and (ii) Boeing shall not be economically prejudiced by such Corporate Transaction.

For the avoidance of doubt, no "change of control" or "merger transaction" or change of "control" (or similar term, howsoever defined) shall be deemed to occur under the CSGTA or the Leased Weight Agreement (collectively, the **Operative Agreements**), as amended by this Letter Agreement, as a result of any Corporate Transaction and (ii) any change of control in respect of the cancellation of existing equity or issuance of new equity in connection with the Chapter 11 Plan or the Chapter 11 Cases shall not be deemed to be a termination of, in whole or in part, the Operative Agreements.

4.    Confidentiality.

The information contained herein represents confidential business information and has value precisely because it is not available generally or to other parties. Subject to the last sentence of this Section 4, Customer will limit the disclosure of its contents to employees of Customer with a need to know the contents for purposes of helping Customer perform its obligations under this Letter Agreement and who understand they are not to disclose its contents to any other person or entity without the prior written consent of Boeing. In addition to any equitable relief that may be available to Boeing in the event of a breach of this clause, Boeing may rescind any business considerations issued hereunder, in the event of any unauthorized disclosure by Customer. Notwithstanding the foregoing, Customer and its representatives and advisors may disclose this Letter Agreement and such other documents entered into between Customer and Boeing relating hereto on a confidential basis to the Bankruptcy Court and the Office of the United States Trustee, and on a "professional eyes only basis" to the Official Committee of Unsecured Creditors and the lenders under a debtor-in-possession

BOEING PROPRIETARY

financing in the Chapter 11 Cases to the extent necessary to obtain Court Approval as described herein.

5.    <u>Reservation of Rights</u>.

Customer hereby expressly reserves all of its rights and remedies under any agreement between Boeing and Customer or an affiliate of Customer other than under the Other Agreements.  Boeing is advised that no oral communication from or on behalf of Customer by any person shall constitute any agreement, commitment or evidence of any assurance or intention of Customer with respect to this Letter Agreement or the Other Agreements.  Any agreement, commitment, assurance or intention of Customer with respect to this Letter Agreement or the Other Agreements shall be effective only if in writing and duly executed on behalf of Customer.  Furthermore, any prior or current discussions or course of conduct between Boeing and Customer shall not (and have not been intended to) constitute a waiver of any default or event of default or any rights or remedies of Customer or an affiliate of Customer under, or an amendment or other modification of, this Letter Agreement or any Other Agreement.

6.    <u>Jurisdiction</u>.

The Bankruptcy Court shall (i) have exclusive jurisdiction to hear disputes arising from or related to this Letter Agreement and the Leased Weight Agreement during the pendency of the Chapter 11 Cases and (ii) retain such jurisdiction pursuant to the terms of any plan of reorganization filed for Debtors pursuant to 11 U.S.C. §§ 1121 *et seq*. in connection with the Chapter 11 Cases and confirmed by the Bankruptcy Court with respect to administrative expense claims or unsecured claims against one or more Debtors with respect to this Letter Agreement or the Leased Weight Agreement.

7.    <u>Miscellaneous</u>.

Any bankruptcy, reorganization, insolvency or financial indebtedness (or related cross defaults) related default, event of default or termination event (including default, event of default or termination event with respect to a representation or a warranty) under the Operative Agreements, in each case occurring on or prior to the Chapter 11 Plan Effective Date, is waived by Boeing and any default, event of default or termination event under the Operative Agreements deemed to have occurred with respect to any obligations that relate to or arise from any agreement (other than the Operative Agreements) entered into between Customer or an affiliate of Customer and Boeing or any other third party, in each case occurring on or prior to the Chapter 11 Plan Effective Date, shall (A) not be enforceable and (B) be deemed to be cured or waived.  For the avoidance of doubt, such cure and waiver of defaults under the Bankruptcy Code includes any existing default that continues through the Chapter 11 Effective Date.

**BOEING PROPRIETARY**

Very Truly Yours,

THE BOEING COMPANY

_____
Signature



Agreed and Accepted

Date:    _____

GOL LINHAS AEREAS S.A.

Signature:    _____

Printed name:    _____

Title:    _____

**BOEING PROPRIETARY**