| | |
|---|---|
| Evan R. Fleck | Andrew M. Leblanc |
| Lauren C. Doyle | Erin E. Dexter (admitted *pro hac vice*) |
| Bryan V. Uelk | **MILBANK LLP** |
| **MILBANK LLP** | 1850 K St. NW, Suite 1100 |
| 55 Hudson Yards | Washington, DC 20006 |
| New York, NY 10001 | Telephone: (202) 835-7500 |
| Telephone: (212) 530-5000 | Facsimile: (202) 263-7586 |
| Facsimile: (212) 530-5219 | |

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GOL LINHAS AÉREAS INTELIGENTES S.A., *et al.*,[1] | Case No. 24-10118 (MG) |
| Debtors. | (Jointly Administered) |

**AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON MAY 20, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:   The Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before the Court in Courtroom No. 523, located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004. For those wishing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

to participate remotely, the Hearing will be conducted using Zoom for Government. Parties wishing to appear at the Hearing, whether in person or via Zoom for Government, must make an electronic appearance (an "eCourtAppearance") through the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances no later than 4:00 p.m. (prevailing Eastern time) on May 19, 2025.

**I.    CONFIRMATION MATTERS**

1.    **Fourth Modified Third Amended Plan.** *Notice of Filing of Fourth Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1630]

   **Related Documents:**

   a.    **Chapter 11 Plan.** *Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1141]

      i.    **Amended Chapter 11 Plan.** *Notice of Filing of Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1239]

      ii.    **Second Amended Chapter 11 Plan.** *Notice of Filing of Second Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1317]

      iii.    **Third Amended Chapter 11 Plan.** *Notice of Filing of Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1336]

      iv.    **Modified Third Amended Chapter 11 Plan.** *Notice of Filing of Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1364]

      v.    **Second Modified Third Amended Chapter 11 Plan.** *Notice of Filing of Solicitation Version of the Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1389]

      vi.    **Third Modified Third Amended Plan.** *Notice of Filing of Third Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1592]

   b.    **Disclosure Statement.** *Disclosure Statement for Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1142]

    i. **Amended Disclosure Statement.** *Notice of Filing of Disclosure Statement for Amended Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1240]

    ii. **Second Amended Disclosure Statement.** *Notice of Filing of Disclosure Statement for Third Amended Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1337]

    iii. **Third Amended Disclosure Statement.** *Notice of Filing of Disclosure Statement for Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1365]

    iv. **Third Amended Disclosure Statement.** *Notice of Filing of Solicitation Version of the Disclosure Statement for Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1390]

c. **Disclosure Statement Order.** *Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures; (III) Approving Forms of Ballots; (IV) Establishing Procedures for Allowing Certain Claims for Voting Purposes; (V) Scheduling a Confirmation Hearing; and (VI) Establishing Notice and Objection Procedures* [Docket No. 1388]

d. **Plan Supplement.** *Notice of Filing of Plan Supplement* [Docket No. 1539]

    i. **Second Plan Supplement.** *Notice of Filing of Second Plan Supplement* [Docket No. 1558]

    ii. **Third Plan Supplement.** *Notice of Filing of Third Plan Supplement* [Docket No. 1571]

    iii. **Fourth Plan Supplement.** *Notice of Filing of Fourth Plan Supplement* [Docket No. 1604]

    iv. **Fifth Plan Supplement.** *Notice of Filing of Fifth Plan Supplement* [Docket No. 1629]

    v. **Sixth Plan Supplement.** *Notice of Filing of Sixth Plan Supplement* [Docket No. 1631]

    vi. **Seventh Plan Supplement.** *Notice of Filing of Seventh Plan Supplement* [Docket No. 1633]

e. **Confirmation Brief.** *Debtors' (I) Memorandum of Law in Support of Confirmation of the Third Modified Third Amended Joint Chapter 11 Plan of*

  *Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors and (II) Responses to Objections Thereto* [Docket No. 1596]

 f. **Bliley Declaration.** *Declaration of Joseph W. Bliley in Support of Confirmation of Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1594]

 g. **Luth Declaration.** *Declaration of John E. Luth in Support of Confirmation of Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1595]

  i. **Supplemental Luth Declaration.** *Supplemental Declaration of John E. Luth in Support of Confirmation of Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1625]

 h. **Kroll Declaration.** *Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1603]

 i. **Revised Proposed Confirmation Order.** *Notice of Filing of Revised Proposed Order (I) Confirming Third Modified Third Amended Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors and (II) Granting Relate Relief* [Docket No. 1632]

  i. **Proposed Confirmation Order.** *Notice of Filing of Proposed Order (I) Confirming Third Modified Third Amended Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors and (II) Granting Relate Relief* [Docket No. 1600]

**Responses Received:**

 a. **United States Trustee Objection.** *United States Trustee's Objection to Confirmation of The Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1577]

 b. **Oracle Cure Objection and Reservation of Rights.** *Oracle's Assumption and Cure Objection and Reservation of Rights Regarding Debtors' Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aereas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1583]

  i. **Oracle's Withdrawal of Objection and Reservation of Rights.** *Notice of Withdrawal* [Docket No. 1634]

 c. **Ad Hoc Group of Abra Noteholders and DIP Lenders' Reservation of Rights.** *Reservation of Rights of the Ad Hoc Group of Abra Noteholders and*

        *DIP Lenders Regarding the Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1586]

    d. **Senior Notes Trustee Provisional Objection and Reservation of Rights.** *Provisional Objection and Reservation of Rights of the Senior Notes Trustee to Confirmation of Joint Chapter 11 Plan of Reorganization* [Docket No. 1587]

    e. **Senior Notes Trustee Amended Provisional Objection and Reservation of Rights.** *Amended Provisional Objection and Reservation of Rights of the Senior Notes Trustee to Confirmation of Joint Chapter 11 Plan of Reorganization* [Docket No. 1588]

    f. **Official Committee of Unsecured Creditors Statement.** *Statement of the Official Committee of Unsecured Creditors in Support of the Third Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1597]

    g. **TAM Cure Objection and Reservation of Rights.** *TAM's Assumption and Cure Objection and Reservation of Rights Regarding Debtors' Second Modified Third Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1599]

        i. **TAM's Withdrawal of Objection and Reservation of Rights.** *Notice of Withdrawal of TAM's Assumption and Cure Objection and Reservation of Rights Regarding Debtors' Second Modified Third Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 1602]

**Status:** This matter is going forward.

        [*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: New York, New York<br>May 19, 2025 | **MILBANK LLP**<br><br>*/s/ Evan R. Fleck*<br>Evan R. Fleck<br>Lauren C. Doyle<br>Bryan V. Uelk<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>-and-<br><br>Andrew M. Leblanc<br>Erin E. Dexter (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1850 K St NW, Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 835-7500<br>Facsimile: (202) 263-7586<br><br>-and-<br><br>Gregory A. Bray<br>**MILBANK LLP**<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br><br>*Counsel for Debtors and Debtors-in-Possession* |