UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ x
                                                       :
In re                                                  :   Chapter 11
                                                       :
GOL Linhas Aéreas Inteligentes, S.A., et al.,¹         :   Case No. 24-10118 (MG)
                                                       :
                              Debtors.                 :   (Jointly Administered)
                                                       :
------------------------------------------------------ x
```

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1. <u>Name(s) of appellant(s)</u>:

    William K. Harrington, United States Trustee for Region 2

2. <u>Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal</u>:

    | For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
    |---|---|
    | ❑ Plaintiff | ❑ Debtor |
    | ❑ Defendant | ❑ Creditor |
    | ❑ Other (describe) | ❑ Trustee |
    | | ✓ Other (describe)  <u>United States Trustee</u> |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

**Part 2:  Identify the subject of this appeal**

1. <u>Describe the judgment—or the appealable order or decree—from which the appeal is taken</u>:

    Order (I) Confirming Fifth Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors and (II) Granting Related Relief (the "**Confirmation Order**") (Docket No. 1646), and all interlocutory orders that merged into the Confirmation Order.

2. <u>State the date on which the judgment—or the appealable order or decree—was entered</u>:

    The Confirmation Order was entered on May 21, 2025.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment— or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| *Party* | *Attorney* |
|---|---|
| GOL Linhas Aéreas Inteligentes S.A.; GOL Linhas Aéreas S.A.; GTX S.A.; GAC, Inc.; Gol Finance (Luxembourg); Gol Finance (Cayman); Smiles Fidelidade S.A.; Smiles Viagens e Turismo S.A.; Smiles Fidelidade Argentina S.A.; Smiles Viajes y Turismo S.A.; Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior; Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior; and Gol Equity Finance | Evan R. Fleck<br>Lauren C. Doyle<br>Bryan V. Uelk<br>MILBANK LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>Andrew M. Leblanc<br>Erin E. Dexter<br>MILBANK LLP<br>1850 K St NW, Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 835-7500<br>Facsimile: (202) 263-7586<br><br>Gregory A. Bray<br>MILBANK LLP<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063 |

2

| | |
|---|---|
| United States Securities and Exchange Commission | Alan Maza<br>United States Securities and Exchange Commission<br>100 Pearl Street<br>Suite 20-100<br>New York, NY 10004<br>(212) 336-1100 |
| Official Committee of Unsecured Creditors | Brett H. Miller<br>Todd M. Goren<br>Craig A. Damast<br>James H. Burbage<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111 |
| Two Seas Global (Master) Fund LP | Andrew K. Glenn<br>Shai Schmidt<br>Naznen Rahman<br>GLENN AGRE BERGMAN & FUENTES LLP<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600 |
| Whitebox Advisors LLC | Richard J. Cooper<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999 |
| Avenue Aviation Opportunities Fund III (Onshore) L.P.; GLG Partners, L.P. (as Investment Advisor on behalf of Man Funds VI plc, Man Funds XII SPC, and Man GLG Credit Multi-Strategy Master Fund); Global Investment Opportunities ICAV; ICU Trading Ltd.; IPG Investment Advisors, LLC; Plenisfer Investments SGR S.p.A. (as Investment Advisor on behalf of the Plenisfer Funds); Sandglass Capital Advisors LLC (as Investment Advisor on behalf of Sandglass Funds); Seamrog Distressed Credit and Special Situations | David H. Botter<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999 |

| | |
|---|---|
| Sub-Fund; Shiprock Capital Master Fund LP; VR Global Partners, L.P.; Wilmington Trust, N.A. (as Indenture Trustee with respect to the 2026 Senior Secured Notes) | |
| Oracle do Brasil Sistemas Ltda.; Oracle America, Inc. | Mark F. Magnozzi, Esq.<br>Benjamin Rachelson, Esq.<br>THE MAGNOZZI LAW FIRM, P.C.<br>23 Green Street, Suite 302<br>Huntington, New York 11743<br>Telephone: (631) 923-2858<br><br>Shawn M. Christianson, Esq.<br>BUCHALTER, A Professional Corporation<br>425 Market Street, Suite 2900<br>San Francisco, California 94105-2126<br>Telephone: (415) 227-0900 |
| Ad Hoc Group of Abra Noteholders and DIP Lenders | Allan S. Brilliant<br>Eric Hilmo<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>(212) 698-3500 |
| Wilmington Trust, National Association, in its capacity as Indenture Trustee | Glenn E. Siegel, Esq.<br>William D. Curtis, Esq.<br>Halee M. Smith, Esq.<br>Moore & Van Allen PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003<br>Telephone: 704-331-1197 |
| TAM Linhas Aéreas S.A. | TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Kyle J. Ortiz<br>Jared C. Borriello<br>Amanda C. Glaubach |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

Not applicable.

4

**Part 5: Sign below**

Dated: New York, New York
May 23, 2025

                                      Respectfully submitted,

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE, Region 2

                                      By: */s/ Linda A. Riffkin*
                                            Linda A. Riffkin
                                            Assistant United States Trustee

| | |
|---|---|
| RAMONA D. ELLIOTT | WILLIAM K. HARRINGTON |
| Deputy Director/General Counsel | United States Trustee for Region 2 |
| P. MATTHEW SUTKO | LINDA A. RIFFKIN |
| Associate General Counsel | Assistant United States Trustee |
| FREDERICK GASTON HALL | ANNIE WELLS |
| Trial Attorney | RACHAEL E. SIEGEL |
| | ANDREW D. VELEZ-RIVERA |
| Department of Justice | Trial Attorneys |
| Executive Office for | |
|  United States Trustees | Department of Justice |
| 441 G Street, N.W., Suite 6150 | Office of the United States Trustee |
| Washington, DC  20530 | Alexander Hamilton U.S. Custom House |
| (202) 307-1399 | One Bowling Green, Room 534 |
| Fax:  (202) 307-2397 | New York, NY 10004 |
| | (212) 510-0500 |
| | Fax:  (212) 668-2361 |

5