JS 44C/SDNY
REV. 12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
William K. Harrington, United States Trustee for Region 2

**DEFENDANTS**
GOL Linhas Aéreas Inteligentes S.A. et al.
See Attachment A for listing of appellees

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
See Attachment A

**ATTORNEYS (IF KNOWN)**
See Attachment A

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 158(a)(1) - appeal from findal order of the bankruptcy court confirming a chapter 11 plan and merged interlocutory orders

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [✓] Yes [ ] _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

Is this an international arbitration case? No [X] Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)

## NATURE OF SUIT

### TORTS

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner)
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ ACCOMMODATIONS
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 448 EDUCATION

**PERSONAL INJURY**
- [ ] 367 HEALTHCARE/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING

- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
- [ ] 463 ALIEN DETAINEE
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION
- [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT

### ACTIONS UNDER STATUTES

**FORFEITURE/PENALTY**
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 740 RAILWAY LABOR ACT
- [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA)
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT (ERISA)

**IMMIGRATION**
- [ ] 462 NATURALIZATION APPLICATION
- [ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
- [X] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION
- [ ] 840 TRADEMARK
- [ ] 880 DEFEND TRADE SECRETS ACT

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 375 FALSE CLAIMS
- [ ] 376 QUI TAM
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 485 TELEPHONE CONSUMER PROTECTION ACT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 891 AGRICULTURAL ACTS
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 896 ARBITRATION
- [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: YES [ ]  NO [ ]

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [x] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)




DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:




**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE 05/23/2025    /s/ Linda A. Riffkin
SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED  Mo. Nov.  Yr. 1985 )
Attorney Bar Code # 2017689

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

Clear Form     Save     Print

## Attachment A

| *Parties* | *Attorneys* |
|---|---|
| William K. Harrington, United States Trustee for Region 2<br><br>*Appellant* | WILLIAM K. HARRINGTON<br>United States Trustee for Region 2<br>LINDA A. RIFFKIN<br>Assistant United States Trustee<br>ANNIE WELLS<br>RACHAEL E. SIEGEL<br>ANDREW D. VELEZ-RIVERA<br>Trial Attorneys<br><br>Department of Justice<br>Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408<br>Tel.: (212) 510-0500<br>linda.riffkin@usdoj.gov<br>annie.wells@usdoj.gov<br>rachael.e.siegel@usdoj.gov<br>andy.velez-rivera@usdoj.gov<br><br>RAMONA D. ELLIOTT<br>Deputy Director/General Counsel<br>P. MATTHEW SUTKO<br>Associate General Counsel<br>FREDERICK GASTON HALL<br>Trial Attorney<br><br>Department of Justice<br>Executive Office for<br>  United States Trustees<br>441 G Street, NW, Suite 6150<br>Washington, DC 20530<br>Tel.: (202) 307-1399<br>frederick.g.hall@usdoj.gov |

1

| | |
|---|---|
| GOL Linhas Aéreas Inteligentes S.A.; GOL Linhas Aéreas S.A.; GTX S.A.; GAC, Inc.; Gol Finance (Luxembourg); Gol Finance (Cayman); Smiles Fidelidade S.A.; Smiles Viagens e Turismo S.A.; Smiles Fidelidade Argentina S.A.; Smiles Viajes y Turismo S.A.; Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior; Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior; and Gol Equity Finance<br><br>*Appellees* | Evan R. Fleck<br>Lauren C. Doyle<br>Bryan V. Uelk<br>MILBANK LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>efleck@milbank.com<br>ldoyle@milbank.com<br>buelk@milbank.com<br><br>Andrew M. Leblanc<br>Erin E. Dexter<br>MILBANK LLP<br>1850 K St NW, Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 835-7500<br>Facsimile: (202) 263-7586<br>aleblanc@milbank.com<br>edexter@milbank.com<br><br>Gregory A. Bray<br>MILBANK LLP<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br>gbray@milbank.com |
| United States Securities and Exchange Commission<br><br>*Appellee* | Alan Maza<br>United States Securities and Exchange Commission<br>100 Pearl Street<br>Suite 20-100<br>New York, NY 10004<br>(212) 336-1100<br>mazaa@sec.gov |

2

| | |
|---|---|
| Official Committee of Unsecured Creditors<br><br>*Appellee* | Brett H. Miller<br>Todd M. Goren<br>Craig A. Damast<br>James H. Burbage<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>bmiller@willkie.com<br>tgoren@willkie.com<br>cdamast@willkie.com<br>jburbage@willkie.com |
| Two Seas Global (Master) Fund LP<br><br>*Appellee* | Andrew K. Glenn<br>Shai Schmidt<br>Naznen Rahman<br>GLENN AGRE BERGMAN & FUENTES LLP<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>aglenn@glennagre.com<br>sschmidt@glennagre.com<br>nrahman@glennagre.com |
| Whitebox Advisors LLC<br><br>*Appellee* | Richard J. Cooper<br>Thomas S. Kessler<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>rcooper@cgsh.com<br>tkessler@cgsh.com |

| | |
|---|---|
| Avenue Aviation Opportunities Fund III (Onshore) L.P.; GLG Partners, L.P. (as Investment Advisor on behalf of Man Funds VI plc, Man Funds XII SPC, and Man GLG Credit Multi-Strategy Master Fund); Global Investment Opportunities ICAV; ICU Trading Ltd.; IPG Investment Advisors, LLC; Plenisfer Investments SGR S.p.A. (as Investment Advisor on behalf of the Plenisfer Funds); Sandglass Capital Advisors LLC (as Investment Advisor on behalf of Sandglass Funds); Seamrog Distressed Credit and Special Situations Sub-Fund; Shiprock Capital Master Fund LP; VR Global Partners, L.P.; Wilmington Trust, N.A. (as Indenture Trustee with respect to the 2026 Senior Secured Notes)<br><br>*Appellees* | David H. Botter<br>Luke A. Barefoot<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>dbotter@cgsh.com<br>lbarefoot@cgsh.com<br>jvanlare@cgsh.com |
| Oracle do Brasil Sistemas Ltda.; Oracle America, Inc.<br><br>*Appellees* | Mark F. Magnozzi, Esq.<br>Benjamin Rachelson, Esq.<br>THE MAGNOZZI LAW FIRM, P.C.<br>23 Green Street, Suite 302<br>Huntington, New York 11743<br>Telephone: (631) 923-2858<br>mmagnozzi@magnozzilaw.com<br><br>Shawn M. Christianson, Esq.<br>BUCHALTER, A Professional Corporation<br>425 Market Street, Suite 2900<br>San Francisco, California 94105-2126<br>Telephone: (415) 227-0900<br>schristianson@buchalter.com |
| Ad Hoc Group of Abra Noteholders and DIP Lenders<br><br>*Appellees* | Allan S. Brilliant<br>Eric Hilmo<br>DECHERT LLP<br>1095 Avenue of the Americas |

4

| | |
|---|---|
| | New York, NY 10036-6797<br>(212) 698-3500<br>allan.brilliant@dechert.com<br>eric.hilmo@dechert.com |
| Wilmington Trust, National Association, in its capacity as Indenture Trustee<br><br>*Appellee* | Glenn E. Siegel, Esq.<br>William D. Curtis, Esq.<br>Halee M. Smith, Esq.<br>Moore & Van Allen PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003<br>Telephone: 704-331-1197<br>glennsiegel@mvalaw.com<br>williamcurtis@mvalaw.com<br>haleesmith@mvalaw.com |
| TAM Linhas Aéreas S.A.<br><br>*Appellee* | TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000<br>Kyle J. Ortiz<br>Jared C. Borriello<br>Amanda C. Glaubach<br>kortiz@teamtogut.com<br>jborriello@teamtogut.com<br>aglaubach@teamtogut.com |