| | |
|---|---|
| Evan R. Fleck | Andrew M. Leblanc |
| Lauren C. Doyle | Erin E. Dexter (admitted *pro hac vice*) |
| Bryan V. Uelk | **MILBANK LLP** |
| **MILBANK LLP** | 1850 K St. NW, Suite 1100 |
| 55 Hudson Yards | Washington, DC 20006 |
| New York, NY 10001 | Telephone: (202) 835-7500 |
| Telephone: (212) 530-5000 | Facsimile: (202) 263-7586 |
| Facsimile: (212) 530-5219 | |

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| GOL LINHAS AÉREAS INTELIGENTES S.A., *et al.*,[1] | Case No. 24-10118 (MG) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

# NOTICE OF APPOINTMENT OF AGENTS
# ON BEHALF OF HOLDERS OF ALLOWED GENERAL UNSECURED CLAIMS OF
# GOL LINHAS AÉREAS INTELIGENTES S.A. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that on January 25, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 in the United States Bankruptcy Court for the Southern District of New York (the "Court") commencing cases under Chapter 11 of the Bankruptcy Code;

**PLEASE TAKE FURTHER NOTICE** that on May 20, 2025, the Debtors filed the *Fifth Modified Third Amended Joint Chapter 11 Plan of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1643] (as modified, amended, or supplemented from time to time, the "Plan");

**PLEASE TAKE FURTHER NOTICE** that on May 21, 2025, the Court entered the *Order (I) Confirming Fifth Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aereas Inteligentes S.A. and its Affiliated Debtors and (II) Granting Related Relief* (the "Confirmation Order") [Docket No. 1646];[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 13 of the Confirmation Order, (i) The Bank of New York Mellon is hereby appointed as Agent for the legal record holders and beneficial holders of the 2024 Senior Exchangeable Notes, 2025 Senior Notes, and Perpetual Notes and (ii) the Committee is hereby appointed as Agent for such holders and any other holders of Allowed General Unsecured Claims;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 13 of the Confirmation Order, the Agents (i) shall be granted all powers and authorizations in the name and on behalf of the applicable holders of Allowed General Unsecured Claims to do any things or acts, take any actions and execute and deliver any documents, necessary or useful in order to implement, or in connection with, the Contribution, including but not limited to the execution of any contribution and subscription agreement for the purposes of the issuance of the New Equity by the board of directors of New GOL Parent under its authorized share capital and to be recorded before a Luxembourg civil law notary in a deed of acknowledgment of share capital increase (constat d'augmentation de capital), in accordance with article 420-22 et seq. of the Luxembourg law of 10 August 1915 on commercial companies, as amended and (ii) shall have no liability whatsoever arising from, relating to, or in connection with the Confirmation Order or the execution of any documentation consistent with paragraph 13 of the Confirmation Order or any other action taken in connection with the Confirmation Order;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 13 of the Confirmation Order, this notice be deemed an exhibit to the Confirmation Order.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given them in the Plan or Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that copies of this notice can be viewed and/or obtained by: (i) accessing the Court's website at http://www.nysb.uscourts.gov, (ii) from the Debtors' claims and noticing agent, Kroll, at https://cases.ra.kroll.com/GOL, or by calling 844.553.2247 (U.S./Canada) (toll free) or +1.646.777.2315 (International) or by e-mail via GOLInfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Court's website.

Dated: New York, New York
June 2, 2025

**MILBANK LLP**

*/s/ Evan R. Fleck*
Evan R. Fleck
Lauren C. Doyle
Bryan V. Uelk
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

Andrew M. Leblanc
Erin E. Dexter (admitted *pro hac vice*)
**MILBANK LLP**
1850 K St NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East
33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*