| | |
|---|---|
| Evan R. Fleck | Andrew M. Leblanc |
| Lauren C. Doyle | Erin E. Dexter (admitted *pro hac vice*) |
| Bryan V. Uelk | **MILBANK LLP** |
| **MILBANK LLP** | 1850 K St. NW, Suite 1100 |
| 55 Hudson Yards | Washington, DC 20006 |
| New York, NY 10001 | Telephone: (202) 835-7500 |
| Telephone: (212) 530-5000 | Facsimile: (202) 263-7586 |
| Facsimile: (212) 530-5219 | |

-and-

Gregory A. Bray
**MILBANK LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
GOL LINHAS AÉREAS INTELIGENTES S.A., : Case No. 24-10118 (MG)
*et al.*,[1] : 
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

# NOTICE OF FILING OF SHARE ALLOCATIONS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GOL Linhas Aéreas Inteligentes S.A. (N/A); GOL Linhas Aéreas S.A. (0124); GTX S.A. (N/A); GAC, Inc. (N/A); Gol Finance (Luxembourg) (N/A); Gol Finance (Cayman) (N/A); Smiles Fidelidade S.A. (N/A); Smiles Viagens e Turismo S.A. (N/A); Smiles Fidelidade Argentina S.A. (N/A); Smiles Viajes y Turismo S.A. (N/A); Capitânia Air Fundo de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); Sorriso Fundo de Investimento em Cotas de Fundos de Investimento Multimercado Crédito Privado Investimento no Exterior (N/A); and Gol Equity Finance (N/A). The Debtors' service address is Praça Comandante Linneu Gomes, S/N, Portaria 3, Jardim Aeroporto, 04626-020 São Paulo, São Paulo, Federative Republic of Brazil.

**PLEASE TAKE NOTICE** that on May 21, 2025, the United States Bankruptcy Court for the Southern District of New York entered the *Order (I) Confirming Fifth Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors and (II) Granting Related Relief* [Docket No. 1646], confirming the *Fifth Modified Third Amended Joint Chapter 11 Plan of Reorganization of GOL Linhas Aéreas Inteligentes S.A. and Its Affiliated Debtors* [Docket No. 1646-1] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Transaction Steps and the Plan, New Equity is being distributed to applicable holders of Allowed Claims on the applicable Distribution Date or as soon as reasonably practicable thereafter.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a schedule of the amounts of New Equity to be distributed on the Effective Date to each applicable holder of a Claim that is Allowed as of the Effective Date. Attached hereto as **Exhibit B** is a schedule of the amounts of New Equity to be distributed on the next applicable Distribution Date after the Effective Date to each applicable holder of a Claim that becomes Allowed after the Effective Date, assuming that no additional General Unsecured Claims become Allowed after the Effective Date.

*[Remainder of page intentionally left blank]*

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan, and all other pleadings filed on the docket of these Chapter 11 Cases, can be viewed and/or obtained (i) by accessing the Bankruptcy Court's website at http://www.nysb.uscourts.gov, or (ii) from the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC, at https://cases.ra.kroll.com/GOL, or by calling 844.553.2247 (U.S./Canada) (toll free) or +1.646.777.2315 (International) or by e-mail via GOLInfo@ra.kroll.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

| | |
|---|---|
| Dated: New York, New York<br>June 5, 2025 | **MILBANK LLP**<br><br>*/s/ Evan R. Fleck*<br>Evan R. Fleck<br>Lauren C. Doyle<br>Bryan V. Uelk<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>Andrew M. Leblanc<br>Erin E. Dexter (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1850 K St NW, Suite 1100<br>Washington, DC 20006<br>Telephone: (202) 835-7500<br>Facsimile: (202) 263-7586<br><br>Gregory A. Bray<br>**MILBANK LLP**<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br><br>*Counsel for Debtors and Debtors-in-Possession* |

Exhibit A

| Claim Number | Name | Debtor | Allowed Unsecured Claim Amount | Share Count |
|---|---|---|---|---|
| 1266 | Abra Global Finance | Gol Equity Finance | $ 621,032,244 | 62,102,959,088 |
| 1563 | Abra Global Finance | Gol Finance (Luxembourg) | $ 319,311,995 | 31,931,063,112 |
| 872 | The Bank of New York Mellon, as Trustee for the 7.000% Senior Notes Due 2025 | Gol Finance (Luxembourg) | $ 354,092,132 | 7,236,632,473 |
| 2086 | The Bank of New York Mellon, as Trustee for the 7.000% Senior Notes Due 2025 | GOL Linhas Aéreas Inteligentes S.A. | $ 354,092,132 | 511,939,437 |
| 2085 | The Bank of New York Mellon, as Trustee for the 7.000% Senior Notes Due 2025 | GOL Linhas Aéreas S.A. | $ 354,092,132 | 3,920,428,288 |
| 927 | The Bank of New York Mellon, as Trustee for the 8.75% Perpetual Notes | Gol Finance (Cayman) | $ 139,287,818 | 511,308,278 |
| 2088 | The Bank of New York Mellon, as Trustee for the 8.75% Perpetual Notes | GOL Linhas Aéreas Inteligentes S.A. | $ 139,287,818 | 201,379,588 |
| 2087 | The Bank of New York Mellon, as Trustee for the 8.75% Perpetual Notes | GOL Linhas Aéreas S.A. | $ 139,287,818 | 1,542,163,334 |
| 848 | The Bank of New York Mellon, as Trustee for the 3.75% Exchangeable Senior Notes Due 2024 | Gol Equity Finance | $ 42,180,893 | 711,456,117 |
| 2084 | The Bank of New York Mellon, as Trustee for the 3.75% Exchangeable Senior Notes Due 2024 | GOL Linhas Aéreas Inteligentes S.A. | $ 42,180,893 | 60,984,305 |
| 2083 | The Bank of New York Mellon, as Trustee for the 3.75% Exchangeable Senior Notes Due 2024 | GOL Linhas Aéreas S.A. | $ 42,180,893 | 467,017,339 |
| 1355 | Wilmington Trust SP Services (Dublin) Limited | GOL Linhas Aéreas S.A. | $ 35,365,125 | 391,554,700 |
| 256 | Celestial Sverige Aircraft Leasing Worldwide AB | GOL Linhas Aéreas Inteligentes S.A. | $ 31,051,477 | 44,893,615 |
| 254 | Celestial Sverige Aircraft Leasing Worldwide AB | GOL Linhas Aéreas S.A. | $ 31,051,477 | 343,794,956 |
| 1307 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 24,056,698 | 266,350,339 |
| 2131 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas S.A. | $ 21,388,853 | 236,812,558 |
| 2136 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 19,557,489 | 28,275,833 |
| 2135 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas S.A. | $ 19,557,489 | 216,536,114 |
| 725 | AerDragon Aviation Partners Limited | GOL Linhas Aéreas S.A. | $ 18,789,986 | 208,038,494 |
| 2051 | Sapphire Leasing I (AOE 7) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 17,197,756 | 24,864,178 |
| 2050 | Sapphire Leasing I (AOE 7) Limited | GOL Linhas Aéreas S.A. | $ 17,197,756 | 190,409,684 |
| 2138 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 15,305,206 | 22,127,966 |
| 2139 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas S.A. | $ 15,305,206 | 169,455,791 |
| 1186 | Wings 41166 LLC | GOL Linhas Aéreas S.A. | $ 15,205,523 | 168,352,120 |
| 868 | Dragao Aviacao Leasing Limited | GOL Linhas Aéreas S.A. | $ 14,583,789 | 161,468,420 |
| 1158 | Merino Aerospace Finance 35845 Limited | GOL Linhas Aéreas S.A. | $ 13,361,804 | 147,938,883 |
| 709 | BOC Aviation (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,927,325 | 18,690,072 |
| 713 | BOC Aviation (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,927,325 | 143,128,429 |
| 720 | BOC Aviation (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,892,736 | 18,640,064 |
| 714 | BOC Aviation (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,892,736 | 142,745,468 |
| 1662 | SASOF III (A6) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 12,780,887 | 18,478,356 |
| 1630 | SASOF III (A6) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 12,780,887 | 141,507,105 |
| 1028 | AS Air Lease 98 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,133,816 | 17,542,832 |
| 1198 | AS Air Lease 98 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,133,816 | 134,342,872 |
| 1275 | As Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,128,097 | 17,534,565 |
| 1278 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,128,097 | 134,279,561 |
| 1238 | AS Air Lease 99 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,118,239 | 17,520,312 |
| 1188 | AS Air Lease 99 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,118,239 | 134,170,415 |
| 1040 | AS Air Lease 100 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 11,922,990 | 17,238,024 |
| 1000 | AS Air Lease 100 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 11,922,990 | 132,008,657 |
| 1700 | SASOF III (A12) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 11,673,017 | 16,876,618 |
| 1638 | SASOF III (A12) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 11,673,017 | 129,241,014 |
| 1166 | Macquarie AirFinance Acquisitions (UK) Limited | GOL Linhas Aéreas S.A. | $ 11,553,280 | 127,915,313 |
| 1318 | Jetair 10 Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 10,433,764 | 15,084,930 |
| 1608 | Jetair 10 Limited | GOL Linhas Aéreas S.A. | $ 10,433,764 | 115,520,281 |
| 1229 | Jetair 11 Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 10,136,682 | 14,655,415 |
| 1230 | Jetair 11 Limited | GOL Linhas Aéreas S.A. | $ 10,136,682 | 112,231,054 |
| 1192 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 10,019,278 | 14,485,675 |
| 1267 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 10,019,278 | 110,931,189 |
| 614 | Genesis Funding Sweden 1 AB | GOL Linhas Aéreas Inteligentes S.A. | $ 9,952,555 | 14,389,208 |
| 612 | Genesis Funding Sweden 1 AB | GOL Linhas Aéreas S.A. | $ 9,952,555 | 110,192,443 |
| 1219 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 9,520,364 | 13,764,355 |
| 1250 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 9,520,364 | 105,407,324 |
| 1738 | SASOF III (A12) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 9,519,247 | 13,762,740 |
| 1694 | SASOF III (A12) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 9,519,247 | 105,394,956 |
| 1270 | Aguapei Aviation Leasing Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 9,434,044 | 13,639,555 |
| 1221 | Aguapei Aviation Leasing Limited | GOL Linhas Aéreas S.A. | $ 9,434,044 | 104,451,608 |
| 1126 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 9,214,727 | 102,023,380 |
| 1345 | Sky High LXXXVII Leasing Company Limited | GOL Linhas Aéreas S.A. | $ 8,573,453 | 94,923,343 |
| 890 | Navigator Aviation MSN 39613 Trust | GOL Linhas Aéreas S.A. | $ 8,253,905 | 91,385,371 |
| 1020 | Pioneer Aircraft Leasing Three Limited | GOL Linhas Aéreas S.A. | $ 8,151,450 | 90,251,018 |
| 2152 | Celestial Sverige Aircraft Leasing Worldwide A.B. | GOL Linhas Aéreas Inteligentes S.A. | $ 8,000,000 | 11,566,243 |
| 2153 | Celestial Sverige Aircraft Leasing Worldwide A.B. | GOL Linhas Aéreas S.A. | $ 8,000,000 | 88,574,197 |
| 1507 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 7,974,584 | 11,529,497 |
| 1271 | Bank of Utah, not in its individual capacity but soley as owner trustee | GOL Linhas Aéreas S.A. | $ 7,974,584 | 88,292,802 |
| 1115 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 7,848,544 | 11,347,270 |
| 1343 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 7,848,544 | 86,897,306 |
| 1666 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 7,516,085 | 10,866,608 |
| 1696 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 7,516,085 | 83,216,397 |
| 1679 | JET -i 34295 Leasing Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 7,455,904 | 10,779,599 |
| 1678 | Jet-I 34295 Leasing Limited | GOL Linhas Aéreas S.A. | $ 7,455,904 | 82,550,088 |
| 1332 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 7,316,976 | 81,011,906 |
| 955 | DAE 40235 Trust | GOL Linhas Aéreas S.A. | $ 7,198,055 | 79,695,245 |
| 1017 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 7,050,180 | 78,058,003 |
| 923 | DAE (SABS) Leasing (Ireland) 45 Designated Activity Company | GOL Linhas Aéreas Inteligentes S.A. | $ 6,943,696 | 10,039,059 |
| 930 | DAE (SABS) Leasing (Ireland) 45 Designated Activity Company | GOL Linhas Aéreas S.A. | $ 6,943,696 | 76,879,036 |
| 1004 | Global Aviation Equipment Leasing I Ireland Limited | GOL Linhas Aéreas S.A. | $ 6,875,247 | 76,121,186 |
| 986 | DAE (SABS) Leasing (Ireland) 45 Designated Activity Company | GOL Linhas Aéreas Inteligentes S.A. | $ 6,607,105 | 9,552,422 |
| 903 | DAE (SABS) Leasing (Ireland) 45 Designated Activity Company | GOL Linhas Aéreas S.A. | $ 6,607,105 | 73,152,378 |
| 1669 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 6,533,709 | 9,446,308 |
| 1667 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 6,533,709 | 72,339,755 |
| 1153 | Merino Aerospace Finance 36566 Limited | GOL Linhas Aéreas S.A. | $ 6,142,802 | 68,011,719 |
| 1258 | SMBC Aviation Capital Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 6,072,571 | 8,779,603 |
| 1137 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 6,072,571 | 67,234,135 |
| 1303 | Sapphire Leasing I (AOE 7) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 5,919,594 | 8,558,432 |
| 1152 | Sapphire Leasing I (AOE 7) Limited | GOL Linhas Aéreas S.A. | $ 5,919,594 | 65,540,410 |
| 1101 | SMBC Aviation Capital Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 5,658,161 | 8,180,458 |
| 1306 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 5,658,161 | 62,645,884 |
| 1714 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 5,521,435 | 7,982,782 |
| 1687 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 5,521,435 | 61,132,080 |
| 2107 | Yamasa Sangyo Co., Ltd | GOL Linhas Aéreas Inteligentes S.A. | $ 5,482,351 | 7,926,275 |
| 2106 | Yamasa Sangyo Co., Ltd. | GOL Linhas Aéreas S.A. | $ 5,482,351 | 60,699,350 |
| 1698 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 5,441,651 | 7,867,431 |
| 1689 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 5,441,651 | 60,248,729 |
| 1108 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 5,274,271 | 58,395,540 |

| Claim Number | Name | Debtor | Allowed Unsecured Claim Amount | Share Count |
|---|---|---|---|---|
| 1014 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 5,146,351 | 56,979,242 |
| 1677 | Accipiter Investment Aircraft 1 Limited | GOL Linhas Aéreas S.A. | $ 5,065,242 | 56,081,221 |
| 2101 | Yamasa Sangyo Co., Ltd. | GOL Linhas Aéreas Inteligentes S.A. | $ 4,946,794 | 7,151,978 |
| 2102 | Yamasa Sangyo Co., Ltd. | GOL Linhas Aéreas S.A. | $ 4,946,794 | 54,769,789 |
| 1651 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 4,788,676 | 6,923,374 |
| 1645 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 4,788,676 | 53,019,142 |
| 1075 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 4,702,409 | 52,064,013 |
| 1106 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 4,685,209 | 51,873,578 |
| 1072 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 4,309,508 | 47,713,901 |
| 1327 | ORIX Aviation Systems Limited | GOL Linhas Aéreas S.A. | $ 4,266,758 | 47,240,579 |
| 1034 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 3,792,589 | 41,990,691 |
| 1237 | UMB Bank, N.A. | GOL Linhas Aéreas S.A. | $ 3,319,004 | 36,747,260 |
| 1664 | Wells Fargo Trust Company, N.A., not in its individual capacity but solely as Owner Trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 3,285,694 | 4,750,392 |
| 1736 | Wells Fargo Trust Company, N.A., not in its individual capacity but solely as Owner Trustee | GOL Linhas Aéreas S.A. | $ 3,285,694 | 36,378,466 |
| 1654 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 3,279,926 | 4,742,052 |
| 1750 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 3,279,926 | 36,314,597 |
| 1313 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 3,119,219 | 34,535,290 |
| 1333 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 3,118,894 | 34,531,692 |
| 1683 | SASOF IV (A5) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 3,084,411 | 4,459,381 |
| 1668 | SASOF IV (A5) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 3,084,411 | 34,149,903 |
| 1323 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 2,948,589 | 32,646,113 |
| 1309 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 2,897,891 | 32,084,796 |
| 1241 | UMB Bank, N.A. | GOL Linhas Aéreas S.A. | $ 2,824,569 | 31,272,988 |
| 1710 | Wells Fargo Trust Company N.A., not in its individual capacity but solely as Owner Trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 2,676,752 | 3,869,995 |
| 1703 | Wells Fargo Trust Company N.A., not in its individual capacity but solely as Owner Trustee | GOL Linhas Aéreas S.A. | $ 2,676,752 | 29,636,394 |
| 1652 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 2,646,741 | 3,826,607 |
| 1717 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 2,646,741 | 29,304,125 |
| 1684 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 2,646,701 | 3,826,548 |
| 1699 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 2,646,701 | 29,303,675 |
| 808 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 2,588,279 | 28,656,242 |
| 1707 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 2,000,614 | 2,892,449 |
| 1629 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 2,000,614 | 22,150,351 |
| 1715 | SASOF IV (A5) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 1,700,066 | 2,457,922 |
| 1646 | SASOF IV (A5) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 1,700,066 | 18,822,749 |
| 922 | The Bank of New York Mellon, as Depositary | GOL Linhas Aéreas Inteligentes S.A. | $ 1,665,772 | 2,408,341 |
| 1716 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 1,586,243 | 2,293,358 |
| 1642 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 1,586,243 | 17,562,521 |
| 750 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 1,556,915 | 17,237,812 |
| 785 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 1,504,841 | 16,661,260 |
| 1623 | SMBC Aero Engine Lease B.V. | GOL Linhas Aéreas S.A. | $ 1,467,247 | 16,245,024 |
| 935 | AWAS 43990 Trust | GOL Linhas Aéreas S.A. | $ 1,431,770 | 15,852,238 |
| 915 | AWAS 43989 Trust | GOL Linhas Aéreas S.A. | $ 1,390,689 | 15,397,396 |
| 602 | Genesis Funding Norway 1 AS | GOL Linhas Aéreas Inteligentes S.A. | $ 1,375,451 | 1,988,600 |
| 598 | Genesis Funding Norway 1 AS | GOL Linhas Aéreas S.A. | $ 1,375,451 | 15,228,681 |
| 975 | AWAS 43987 Trust | GOL Linhas Aéreas S.A. | $ 1,372,155 | 15,192,186 |
| 1003 | AWAS 43986 Trust | GOL Linhas Aéreas S.A. | $ 1,344,722 | 14,888,454 |
| 1315 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 1,297,138 | 14,361,620 |
| 1351 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 1,297,138 | 14,361,620 |
| 1316 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 1,282,006 | 14,194,082 |
| 1325 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 1,282,006 | 14,194,082 |
| 1626 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 1,170,822 | 1,692,752 |
| 1746 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 1,170,822 | 12,963,079 |
| 1616 | WWTAI AirOpCo II DAC | GOL Linhas Aéreas S.A. | $ 770,000 | 8,525,266 |
| 916 | AWAS 32415 Trust | GOL Linhas Aéreas S.A. | $ 586,360 | 6,492,043 |
| 1514 | Macquarie Bank Limited | GOL Linhas Aéreas S.A. | $ 578,183 | 6,401,512 |
| 1234 | UMB Bank, National Association, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 210,000 | 303,614 |
| 1296 | UMB Bank, National Association, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 210,000 | 303,614 |
| 1293 | UMB Bank, National Association, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 210,000 | 2,325,073 |
| 1294 | UMB Bank, National Association, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 210,000 | 2,325,073 |

Exhibit B

| Claim Number | Name | Debtor | Allowed Unsecured Claim Amount | Share Count |
|---|---|---|---|---|
| 872 | The Bank of New York Mellon, as Trustee for the 7.000% Senior Notes Due 2025 | Gol Finance (Luxembourg) | $ 354,092,132 | 801,015,238 |
| 2086 | The Bank of New York Mellon, as Trustee for the 7.000% Senior Notes Due 2025 | GOL Linhas Aéreas Inteligentes S.A. | $ 354,092,132 | 56,666,038 |
| 2085 | The Bank of New York Mellon, as Trustee for the 7.000% Senior Notes Due 2025 | GOL Linhas Aéreas S.A. | $ 354,092,132 | 433,948,084 |
| 927 | The Bank of New York Mellon, as Trustee for the 8.75% Perpetual Notes | Gol Finance (Cayman) | $ 139,287,818 | 56,596,176 |
| 2088 | The Bank of New York Mellon, as Trustee for the 8.75% Perpetual Notes | GOL Linhas Aéreas Inteligentes S.A. | $ 139,287,818 | 22,290,495 |
| 2087 | The Bank of New York Mellon, as Trustee for the 8.75% Perpetual Notes | GOL Linhas Aéreas S.A. | $ 139,287,818 | 170,700,438 |
| 848 | The Bank of New York Mellon, as Trustee for the 3.75% Exchangeable Senior Notes Due 2024 | Gol Equity Finance | $ 42,180,893 | 78,750,330 |
| 2084 | The Bank of New York Mellon, as Trustee for the 3.75% Exchangeable Senior Notes Due 2024 | GOL Linhas Aéreas Inteligentes S.A. | $ 42,180,893 | 6,750,289 |
| 2083 | The Bank of New York Mellon, as Trustee for the 3.75% Exchangeable Senior Notes Due 2024 | GOL Linhas Aéreas S.A. | $ 42,180,893 | 51,693,658 |
| 1355 | Wilmington Trust SP Services (Dublin) Limited | GOL Linhas Aéreas S.A. | $ 35,365,125 | 43,340,778 |
| 256 | Celestial Sverige Aircraft Leasing Worldwide AB | GOL Linhas Aéreas Inteligentes S.A. | $ 31,051,477 | 4,969,227 |
| 254 | Celestial Sverige Aircraft Leasing Worldwide AB | GOL Linhas Aéreas S.A. | $ 31,051,477 | 38,054,302 |
| 1307 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 24,056,698 | 29,482,039 |
| 2131 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas S.A. | $ 21,388,853 | 26,212,533 |
| 2136 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 19,557,489 | 3,129,822 |
| 2135 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas S.A. | $ 19,557,489 | 23,968,155 |
| 725 | AerDragon Aviation Partners Limited | GOL Linhas Aéreas S.A. | $ 18,789,986 | 23,027,562 |
| 2051 | Sapphire Leasing I (AOE 7) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 17,197,756 | 2,752,190 |
| 2050 | Sapphire Leasing I (AOE 7) Limited | GOL Linhas Aéreas S.A. | $ 17,197,756 | 21,076,248 |
| 2138 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 15,305,206 | 2,449,321 |
| 2139 | Sprite Aviation No. 3 DAC | GOL Linhas Aéreas S.A. | $ 15,305,206 | 18,756,883 |
| 1186 | Wings 41166 LLC | GOL Linhas Aéreas S.A. | $ 15,205,523 | 18,634,719 |
| 868 | Dragao Aviacao Leasing Limited | GOL Linhas Aéreas S.A. | $ 14,583,789 | 17,872,770 |
| 1158 | Merino Aerospace Finance 35845 Limited | GOL Linhas Aéreas S.A. | $ 13,361,804 | 16,375,199 |
| 709 | BOC Aviation (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,927,325 | 2,068,784 |
| 713 | BOC Aviation (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,927,325 | 15,842,735 |
| 720 | BOC Aviation (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,892,736 | 2,063,249 |
| 714 | BOC Aviation (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,892,736 | 15,800,346 |
| 1662 | SASOF III (A6) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 12,780,887 | 2,045,350 |
| 1630 | SASOF III (A6) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 12,780,887 | 15,663,273 |
| 1028 | AS Air Lease 98 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,133,816 | 1,941,798 |
| 1198 | AS Air Lease 98 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,133,816 | 14,870,271 |
| 1275 | As Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,128,097 | 1,940,883 |
| 1278 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,128,097 | 14,863,263 |
| 1238 | AS Air Lease 99 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 12,118,239 | 1,939,305 |
| 1188 | AS Air Lease 99 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 12,118,239 | 14,851,182 |
| 1040 | AS Air Lease 100 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 11,922,990 | 1,908,059 |
| 1000 | AS Air Lease 100 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 11,922,990 | 14,611,899 |
| 1700 | SASOF III (A12) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 11,673,017 | 1,868,055 |
| 1638 | SASOF III (A12) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 11,673,017 | 14,305,552 |
| 1166 | Macquarie AirFinance Acquisitions (UK) Limited | GOL Linhas Aéreas S.A. | $ 11,553,280 | 14,158,812 |
| 1318 | Jetair 10 Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 10,433,764 | 1,669,735 |
| 1608 | Jetair 10 Limited | GOL Linhas Aéreas S.A. | $ 10,433,764 | 12,786,818 |
| 1229 | Jetair 11 Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 10,136,682 | 1,622,192 |
| 1230 | Jetair 11 Limited | GOL Linhas Aéreas S.A. | $ 10,136,682 | 12,422,737 |
| 1192 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 10,019,278 | 1,603,404 |
| 1267 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 10,019,278 | 12,278,857 |
| 614 | Genesis Funding Sweden 1 AB | GOL Linhas Aéreas Inteligentes S.A. | $ 9,952,555 | 1,592,726 |
| 612 | Genesis Funding Sweden 1 AB | GOL Linhas Aéreas S.A. | $ 9,952,555 | 12,197,086 |
| 1219 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 9,520,364 | 1,523,562 |
| 1250 | AS Air Lease 111 (Ireland) Limited | GOL Linhas Aéreas S.A. | $ 9,520,364 | 11,667,426 |
| 1738 | SASOF III (A12) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 9,519,247 | 1,523,383 |
| 1694 | SASOF III (A12) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 9,519,247 | 11,666,057 |
| 1270 | Aguapei Aviation Leasing Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 9,434,044 | 1,509,748 |
| 1221 | Aguapei Aviation Leasing Limited | GOL Linhas Aéreas S.A. | $ 9,434,044 | 11,561,639 |
| 1126 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 9,214,727 | 11,292,861 |
| 1345 | Sky High LXXXVII Leasing Company Limited | GOL Linhas Aéreas S.A. | $ 8,573,453 | 10,506,965 |
| 890 | Navigator Aviation MSN 39613 Trust | GOL Linhas Aéreas S.A. | $ 8,253,905 | 10,115,351 |
| 1020 | Pioneer Aircraft Leasing Three Limited | GOL Linhas Aéreas S.A. | $ 8,151,450 | 9,989,790 |
| 2152 | Celestial Sverige Aircraft Leasing Worldwide A.B. | GOL Linhas Aéreas Inteligentes S.A. | $ 8,000,000 | 1,280,255 |
| 2153 | Celestial Sverige Aircraft Leasing Worldwide A.B. | GOL Linhas Aéreas S.A. | $ 8,000,000 | 9,804,185 |
| 1507 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 7,974,584 | 1,276,188 |
| 1271 | Bank of Utah, not in its individual capacity but soley as owner trustee | GOL Linhas Aéreas S.A. | $ 7,974,584 | 9,773,037 |
| 1115 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 7,848,544 | 1,256,017 |
| 1343 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 7,848,544 | 9,618,571 |
| 1666 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 7,516,085 | 1,202,813 |
| 1696 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 7,516,085 | 9,211,135 |
| 1679 | JET -i 34295 Leasing Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 7,455,904 | 1,193,182 |
| 1678 | Jet-I 34295 Leasing Limited | GOL Linhas Aéreas S.A. | $ 7,455,904 | 9,137,382 |
| 1332 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 7,316,976 | 8,967,123 |
| 955 | DAE 40235 Trust | GOL Linhas Aéreas S.A. | $ 7,198,055 | 8,821,383 |
| 1017 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 7,050,180 | 8,640,158 |
| 923 | DAE (SABS) Leasing (Ireland) 45 Designated Activity Company | GOL Linhas Aéreas Inteligentes S.A. | $ 6,943,696 | 1,111,213 |
| 930 | DAE (SABS) Leasing (Ireland) 45 Designated Activity Company | GOL Linhas Aéreas S.A. | $ 6,943,696 | 8,509,660 |
| 1004 | Global Aviation Equipment Leasing I Ireland Limited | GOL Linhas Aéreas S.A. | $ 6,875,247 | 8,425,774 |
| 986 | DAE (SABS) Leasing (Ireland) 45 Designated Activity Company | GOL Linhas Aéreas Inteligentes S.A. | $ 6,607,105 | 1,057,348 |
| 903 | DAE (SABS) Leasing (Ireland) 45 Designated Activity Company | GOL Linhas Aéreas S.A. | $ 6,607,105 | 8,097,160 |
| 1669 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 6,533,709 | 1,045,602 |
| 1667 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 6,533,709 | 8,007,211 |
| 1153 | Merino Aerospace Finance 36566 Limited | GOL Linhas Aéreas S.A. | $ 6,142,802 | 7,528,146 |
| 1258 | SMBC Aviation Capital Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 6,072,571 | 971,805 |
| 1137 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 6,072,571 | 7,442,076 |
| 1303 | Sapphire Leasing I (AOE 7) Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 5,919,594 | 947,324 |
| 1152 | Sapphire Leasing I (AOE 7) Limited | GOL Linhas Aéreas S.A. | $ 5,919,594 | 7,254,599 |
| 1101 | SMBC Aviation Capital Limited | GOL Linhas Aéreas Inteligentes S.A. | $ 5,658,161 | 905,486 |
| 1306 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 5,658,161 | 6,934,207 |
| 1714 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 5,521,435 | 883,606 |
| 1687 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 5,521,435 | 6,766,646 |
| 2107 | Yamasa Sangyo Co., Ltd | GOL Linhas Aéreas Inteligentes S.A. | $ 5,482,351 | 877,351 |
| 2106 | Yamasa Sangyo Co., Ltd. | GOL Linhas Aéreas S.A. | $ 5,482,351 | 6,718,747 |
| 1698 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 5,441,651 | 870,838 |
| 1689 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 5,441,651 | 6,668,868 |

Exhibit B

| Claim Number | Name | Debtor | Allowed Unsecured Claim Amount | Share Count |
|---|---|---|---|---|
| 1108 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 5,274,271 | 6,463,741 |
| 1014 | SMBC Aviation Capital Limited | GOL Linhas Aéreas S.A. | $ 5,146,351 | 6,306,972 |
| 1677 | Accipiter Investment Aircraft 1 Limited | GOL Linhas Aéreas S.A. | $ 5,065,242 | 6,207,571 |
| 2101 | Yamasa Sangyo Co., Ltd. | GOL Linhas Aéreas Inteligentes S.A. | $ 4,946,794 | 791,645 |
| 2102 | Yamasa Sangyo Co., Ltd. | GOL Linhas Aéreas S.A. | $ 4,946,794 | 6,062,410 |
| 1651 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 4,788,676 | 766,341 |
| 1645 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 4,788,676 | 5,868,633 |
| 1075 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 4,702,409 | 5,762,911 |
| 1106 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 4,685,209 | 5,741,832 |
| 1072 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 4,309,508 | 5,281,402 |
| 1327 | ORIX Aviation Systems Limited | GOL Linhas Aéreas S.A. | $ 4,266,758 | 5,229,010 |
| 1034 | Aviation Capital Group LLC | GOL Linhas Aéreas S.A. | $ 3,792,589 | 4,647,905 |
| 1237 | UMB Bank, N.A. | GOL Linhas Aéreas S.A. | $ 3,319,004 | 4,067,516 |
| 1664 | Wells Fargo Trust Company, N.A., not in its individual capacity but solely as Owner Trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 3,285,694 | 525,816 |
| 1736 | Wells Fargo Trust Company, N.A., not in its individual capacity but solely as Owner Trustee | GOL Linhas Aéreas S.A. | $ 3,285,694 | 4,026,694 |
| 1654 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 3,279,926 | 524,893 |
| 1750 | SASOF IV (A10) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 3,279,926 | 4,019,625 |
| 1313 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 3,119,219 | 3,822,675 |
| 1333 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 3,118,894 | 3,822,277 |
| 1683 | SASOF IV (A5) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 3,084,411 | 493,604 |
| 1668 | SASOF IV (A5) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 3,084,411 | 3,780,017 |
| 1323 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 2,948,589 | 3,613,564 |
| 1309 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 2,897,891 | 3,551,432 |
| 1241 | UMB Bank, N.A. | GOL Linhas Aéreas S.A. | $ 2,824,569 | 3,461,574 |
| 1710 | Wells Fargo Trust Company N.A., not in its individual capacity but solely as Owner Trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 2,676,752 | 428,366 |
| 1703 | Wells Fargo Trust Company N.A., not in its individual capacity but solely as Owner Trustee | GOL Linhas Aéreas S.A. | $ 2,676,752 | 3,280,421 |
| 1652 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 2,646,741 | 423,563 |
| 1717 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 2,646,741 | 3,243,643 |
| 1684 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 2,646,701 | 423,557 |
| 1699 | SASOF IV (A8) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 2,646,701 | 3,243,593 |
| 808 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 2,588,279 | 3,171,996 |
| 1707 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 2,000,614 | 320,162 |
| 1629 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 2,000,614 | 2,451,799 |
| 1715 | SASOF IV (A5) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 1,700,066 | 272,065 |
| 1646 | SASOF IV (A5) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 1,700,066 | 2,083,470 |
| 922 | The Bank of New York Mellon, as Depositary | GOL Linhas Aéreas Inteligentes S.A. | $ 1,665,772 | 266,577 |
| 1716 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 1,586,243 | 253,849 |
| 1642 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 1,586,243 | 1,943,977 |
| 750 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 1,556,915 | 1,908,035 |
| 785 | Bank of Utah, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 1,504,841 | 1,844,217 |
| 1623 | SMBC Aero Engine Lease B.V. | GOL Linhas Aéreas S.A. | $ 1,467,247 | 1,798,145 |
| 935 | AWAS 43990 Trust | GOL Linhas Aéreas S.A. | $ 1,431,770 | 1,754,668 |
| 915 | AWAS 43989 Trust | GOL Linhas Aéreas S.A. | $ 1,390,689 | 1,704,322 |
| 602 | Genesis Funding Norway 1 AS | GOL Linhas Aéreas Inteligentes S.A. | $ 1,375,451 | 220,116 |
| 598 | Genesis Funding Norway 1 AS | GOL Linhas Aéreas S.A. | $ 1,375,451 | 1,685,647 |
| 975 | AWAS 43987 Trust | GOL Linhas Aéreas S.A. | $ 1,372,155 | 1,681,607 |
| 1003 | AWAS 43986 Trust | GOL Linhas Aéreas S.A. | $ 1,344,722 | 1,647,987 |
| 1315 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 1,297,138 | 1,589,673 |
| 1351 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 1,297,138 | 1,589,673 |
| 1316 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 1,282,006 | 1,571,128 |
| 1325 | JSA International U.S. Holdings, LLC | GOL Linhas Aéreas S.A. | $ 1,282,006 | 1,571,128 |
| 1626 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas Inteligentes S.A. | $ 1,170,822 | 187,369 |
| 1746 | SASOF IV (F) Aviation Ireland DAC | GOL Linhas Aéreas S.A. | $ 1,170,822 | 1,434,870 |
| 1616 | WWTAI AirOpCo II DAC | GOL Linhas Aéreas S.A. | $ 770,000 | 943,653 |
| 916 | AWAS 32415 Trust | GOL Linhas Aéreas S.A. | $ 586,360 | 718,597 |
| 1514 | Macquarie Bank Limited | GOL Linhas Aéreas S.A. | $ 578,183 | 708,577 |
| 1234 | UMB Bank, National Association, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 210,000 | 33,607 |
| 1296 | UMB Bank, National Association, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas Inteligentes S.A. | $ 210,000 | 33,607 |
| 1293 | UMB Bank, National Association, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 210,000 | 257,360 |
| 1294 | UMB Bank, National Association, not in its individual capacity but solely as owner trustee | GOL Linhas Aéreas S.A. | $ 210,000 | 257,360 |